**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ENID BONILLA,

Plaintiff,

v.

ELECTROLIZING, INC., ALAN GODIN and DAVID RICHARDS,

Defendants.

C.A. No. 07-331S

**DEFENDANT ELECTROLIZING, INC.'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Electrolizing, Inc. hereby states that its parent corporation is the privately held Investment Holdings, Inc. No publicly held corporation owns 10% or more of the stock of Electrolizing, Inc. or Investment Holdings, Inc.

Dated: Providence, Rhode Island
September 19, 2007

ELECTROLIZING, INC.

By its attorneys,

/s/ *Geoffrey W. Millsom*
Richard R. Beretta, Jr. (#4313)
Geoffrey W. Millsom (#6483)
Jaime J. LaPorte (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607
rberetta@apslaw.com
gmillsom@apslaw.com
jlaporte@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2007, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Geoffrey W. Millsom*

*429590_1.doc*