**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ENID BONILLA,<br>Plaintiff,<br>v.<br>ELECTROLIZING, INC., ALAN GODIN and DAVID RICHARDS,<br>Defendants. | C.A. No. 07-331S |

**ENTRY OF APPEARANCE**

I, Richard R. Beretta, Jr. hereby enter my appearance on behalf the Defendants Electrolizing, Inc., Alan Godin and David Richards in the above-captioned case.

ELECTROLIZING, INC., ALAN GODIN and
DAVID RICHARDS,

By their attorneys,

*/s/ Richard R. Beretta*

Richard R. Beretta (#4313)
Geoffrey W. Millsom (#6483)
Jaime J. LaPorte (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607
rberetta@apslaw.com
gmillsom@apslaw.com
jlaporte@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2007, a copy of the foregoing Entry of Appearance on behalf of Electrolizing, Inc., Alan Godin and Dave Richards was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Richard R. Beretta*

*429595_1.doc*