**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ENID BONILLA,<br>Plaintiff | : | |
| v. | : | C.A. No. 07-331S |
| ELECTROLIZING, INC.,<br>ALAN GODIN, alias,<br>DAVE RICHARDS, alias, and<br>any and all defendants,<br>Defendants | : | |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES AND OTHER DATES SET FORTH IN PRETRIAL ORDER DATED OCTOBER 29, 2007.**

Now come the Parties in the above-captioned matter and hereby move this Honorable Court to extend the deadlines and other dates set forth in its Pretrial Order dated October 29, 2007 an additional sixty (60) days as follows: (1) From February 29, 2008 to April 30, 2008 for fact discovery; (2) From March 14, 2008 to May 15, 2008 for filing Dispositive Motions; and(3) and From March 29, 2008 to May 29, 2008 for filing Pretrial Memoranda.

As grounds for this Motion, the Parties state that they need additional time for discovery and the Parties would like to extend the time to file dispositive motions and/or the time for trial until after the settlement conference, which is currently scheduled for April 8, 2008.

ELECTROLIZING, INC.
ALAN GODIN, and
DAVE RICHARDS

By Their Attorneys,

/s/ Richard R. Beretta (#4313)
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
rberetta@apslaw.com

/s/ Geoffrey W. Millsom (#6483)
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
gmillsom@apslaw.com

/s/ Jaime J. Laporte (#6668)
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
jlaporte@asplaw.com

ENID BONILLA

By Her Attorney,

/s/ Mark P. Gagliardi (#6819)
LAW OFFICE OF MARK P. GAGLIARDI
111 Wayland Avenue
Providence, RI 02906
mark@gagliardilaw.net

**CERTIFICATION**

I hereby certify that on this **10th** day of **January**, 20**08**, I filed electronically this Motion with the Clerk of the U.S. District Court for the District of Rhode Island. The following counsels of record have received notice electronically:

Richard R. Beretta, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
rberetta@apslaw.com

Geoffrey W. Millsom, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
gmillsom@apslaw.com

Jaime J. Laporte, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
jlaporte@asplaw.com

/s/Mark P. Gagliardi