**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ENID BONILLA<br>Plaintiff,<br><br>v.<br><br>ELECTROLIZING, INC., ALAN GODIN, and DAVID RICHARDS<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-331S |

**NOTICE OF DEPOSITION**

DEPONENT: **ENID BONILLA**
c/o Mark P. Gagliardi, Esq.
111 Wayland Avenue
Providence, RI 02906

DATE & TIME OF TAKING: **March 14, 2008 at 9:30 a.m.**

PLEASE TAKE NOTICE that pursuant Rule 30 of the Federal Rules of Civil Procedure, Defendant will take testimony upon oral examination of the above-named deponent, at the offices of Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island at the date and time set forth above. The deposition will be continued from day to day until complete. This deposition will be recorded by stenographic means. This deposition may be used as testimony at the trial of this case.

Dated: February 29, 2008
Providence, RI

ELECTROLIZING, INC., ALAN GODIN and
DAVID RICHARDS,

By their attorneys,

*/s/ Jaime J. LaPorte*____________________
Richard R. Beretta (#4313)
Geoffrey W. Millsom (#6483)
Jaime J. LaPorte (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607
jlaporte@apslaw.com

**CERTIFICATE OF SERVICE**

Mark P. Gagliardi, Esq.
Law Office of Mark P. Gagliardi
111 Wayland Avenue
Providence, RI 02906

I hereby certify that I filed the within Notice of Deposition through the ECF system on the 29th day of February, 2008, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 07-331S.

*/s/ Jaime J. LaPorte*____________________