**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ENID BONILLA, Plaintiff | : | |
| v. | : | C.A. No. 07-331S |
| ELECTROLIZING, INC., ALAN GODIN, *alias*, DAVE RICHARDS, *alias*, and any and all defendants, Defendants | : | |

## PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES

Now comes Enid Bonilla, the Plaintiff in the above-captioned matter, pursuant to Rule 37 of the Federal Rules of Civil Procedure, and hereby moves that this Honorable Court order the Defendant Electrolizing, Inc. to answer fully and completely Interrogatories 14 and 17 previously propounded on Defendants.

As grounds for her Motion, Plaintiff relies on her Memorandum attached hereto and made a part hereof.

Enid Bonilla
By Her Attorney,

/s/Mark P. Gagliardi (#6819)
111 Wayland Avenue
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)
e-mail: mark@gagliardilaw.net

**REQUEST FOR ORAL ARGUMENT**

Plaintiff hereby requests an oral argument on the above matters.

/s/Mark P. Gagliardi

**CERTIFICATION**

I hereby certify that on this **31** st day of **March**, 20**08**, I filed electronically this Motion with the Clerk of the U.S. District Court for the District of Rhode Island. The following counsels of record have received notice electronically:

Geoffrey W. Millsom, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
gmillsom@apslaw.com

Jaime J. LaPorte, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
jlaporte@asplaw.com

Richard R. Beretta, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
rberetta@apslaw.com

/s/Mark P. Gagliardi