**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ENID BONILLA,<br>Plaintiff<br><br>v.<br><br>ELECTROLIZING, INC.,<br>ALAN GODIN, *alias*,<br>DAVE RICHARDS, *alias*, and<br>any and all defendants,<br>Defendants | : | C.A. No. 07-331S |

**PLAINTIFF'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS**

Now comes Enid Bonilla, the Plaintiff in the above-captioned matter, pursuant to Rule 37 of the Federal Rules of Civil Procedure, and hereby moves that this Honorable Court order the Defendant Electrolizing, Inc. to: (1) Produce its complete company payroll records from January 1, 2005 to February 24, 2006; (2) Produce all documentation of any and all payments Electrolizing made to subcontractors from January 1, 2005 to February 24, 2006; (3) Produce all documentation of any and all payments ME-92 Operations made to subcontractors from January 1, 2005 to February 24, 2006; and (4) Produce Alan Godin's complete personnel file.

As grounds for her Motion, Plaintiff relies on her Memorandum attached hereto and made a part hereof.

Enid Bonilla
By Her Attorney,

/s/Mark P. Gagliardi (#6819)
111 Wayland Avenue
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)
e-mail: mark@gagliardilaw.net

**REQUEST FOR ORAL ARGUMENT**

Plaintiff hereby requests an oral argument on the above matters.

/s/Mark P. Gagliardi

**CERTIFICATION**

I hereby certify that on this **31** st day of **March**, 20**08**, I filed electronically this Motion with the Clerk of the U.S. District Court for the District of Rhode Island. The following counsels of record have received notice electronically:

Geoffrey W. Millsom, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
gmillsom@apslaw.com

Jaime J. LaPorte, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
jlaporte@asplaw.com

Richard R. Beretta, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
rberetta@apslaw.com

/s/Mark P. Gagliardi