**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ENID BONILLA,<br>Plaintiff | : | |
| v. | : | C.A. No. 07-331S |
| ELECTROLIZING, INC.,<br>ALAN GODIN, alias,<br>DAVE RICHARDS, alias, and<br>any and all defendants,<br>Defendants | : | |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE AND OTHER DATES SET FORTH IN PRETRIAL ORDER DATED JANUARY 11, 2008.**

Now comes Enid Bonilla, the Plaintiff in the above-captioned matter, and hereby move this Honorable Court to extend the deadlines and other dates set forth in its Pretrial Order dated January 11, 2008 an additional sixty (60) days as follows: (1) From April 30, 2008 to June 30, 2008 for fact discovery; (2) From May 15, 2008 to July 15, 2008 for filing Dispositive Motions; and(3) From May 29, 2008 to July 29, 2008 for filing Pretrial Memoranda.

As grounds for her Motion, Plaintiff states she has three (3) motions pending with the court that have yet to be scheduled for hearings: a Motion for Leave to Amend Complaint; a Motion to Compel Further Responses to Interrogatories; and a Motion to Compel Responses to Requests for Production of Documents. Plaintiff states that the information sought via these Motions to Compel is vital to Plaintiff proving her claims.

Furthermore, Plaintiff needs additional time within which to subpoena Defendant Electrolizing's out-of-state business records and to depose several witnesses whose identities Plaintiff only discovered recently.

ENID BONILLA
By Her Attorney,

/s/ Mark P. Gagliardi (#6819)
LAW OFFICE OF MARK P. GAGLIARDI
111 Wayland Avenue
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)
mark@gagliardilaw.net

**CERTIFICATION**

I hereby certify that on this **4**th day of **April**, 20**08**, I filed electronically this Motion with the Clerk of the U.S. District Court for the District of Rhode Island. The following counsels of record have received notice electronically:

Geoffrey W. Millsom, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
gmillsom@apslaw.com

Jaime J. Laporte, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
jlaporte@asplaw.com

Richard R. Beretta, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
rberetta@apslaw.com

/s/Mark P. Gagliardi