**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ENID BONILLA,
Plaintiff,

v.

ELECTROLIZING, INC., ALAN GODIN and DAVE RICHARDS,
Defendants.

C.A. No. 07-331-S

**ENTRY OF APPEARANCE**

I, Adam M. Ramos, hereby enter my appearance on behalf of the Defendants Electrolizing, Inc., Alan Godin and Dave Richards with regard to the above-captioned case.

ELECTROLIZING, INC., ALAN GODIN and DAVID RICHARDS,

By their attorneys,

*/s/ Adam M. Ramos*

Richard R. Beretta (#4313)
Geoffrey W. Millsom (#6483)
Adam M. Ramos (#7591)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607
aramos@apslaw.com

*450686_1*