kidney and the heart, so we want to make sure to do certain tests. And I said to her, well, you're going to have to talk to my supervisor, because I didn't think he understands the seriousness of the situation. So, she did. And he said it was fine for me to go, and to try to come back, but I left the hospital almost at 5:00, so it was already too late.
Q. That doctor was Dr. Geraldo?
A. Yes.
Q. And did Dave Richards tell you he needed to talk to the doctor?
A. No.
Q. I just want to back up a minute. You said you had a meeting with him on Monday?
A. On Monday.
Q. How did that happen?
A. He told me Friday, I left early Friday, because of my husband's accident, he couldn't take care of the kids, he had to do other stuff, and he wasn't feeling well, that he needed to talk to me. So, on Monday, that's when we had the meeting, that same day I told him that the kids were sick all weekend and the whole situation.
Q. And you said he talked about absenteeism or leaving,

about days off during that meeting?
A. That meeting --
Q. I'm sorry. The meeting you just described where you talked about your husband was in an accident, and you went to Dave, that was Friday?
A. That was Monday. He asked me to see him on Monday.
Q. Because you left early Friday?
A. Because I left early Friday.
Q. So, what was Dave Richards like, as you knew him, as a supervisor?
A. He was very nice.
Q. Was he a fairly compassionate guy?
A. I thought he was.
Q. Did you think he was generally concerned about your kids, and you being with them?
A. Yes.
Q. And I ask that because you say when you were terminated he made a comment to you that, now you can go home and be with your kids; right?
A. Um-hmm.
Q. How did you take that, did you think it related to your conversation on Monday?
A. I think he was just being sarcastic.
Q. He said it sarcastically?

A. Well, actually, he was. I mean, he was very -- okay, how should I say this. He was very upset with the fact that I had to leave on Wednesday to take the kids to the emergency room. So, when he did say, now you can go and take care of your kids, he said it very sarcastically. Well, that's the way I took it.

Q. Okay. Is that sort of the way he is, sort of a sarcastic guy? Or I mean, was that consistent with the way you and he related during your time there?

A. No.

Q. So, would it have been out of character for him to be sarcastic and say something relatively callous? You know what I mean when I say that?

A. Well, like I said, he was very upset with me with the fact of me leaving on that day. And he had someone else in there, also. And he didn't look at me and say, well, this is why I'm letting you go. He was looking more towards Anilsa, and then he just turned around. Because I was sitting on his right. And he said, oh, and now you can go and take care of your kids. There was no real explanation of the reason why he was letting me go. I thought that was definitely out of character, and definitely out of line. That's the reason why I took it like he was

being sarcastic about the whole situation.

Q. What did -- I'm sorry, were you finished?

A. Well, since I was the one in the situation, I didn't think it was funny. I didn't think it was necessary for him to even say that.

Q. Looking back on that conversation and the history of your relationship with the man, Dave Richards, is it possible that he was intending to show compassion, and because of the situation you were in, you interpreted it differently than he may have intended it? Or do you discount any possibility like that at all?

A. I discount any possibility of that, because if the reasons that he was letting me go was because of my attendance and all these other things that he's claiming, then why didn't he mention that first, even before saying, and now you can go and take care of your kids. All he said was that.

Q. Tell me exactly what happened on the day of February 10, 2006, when you reported to work?

A. Okay. I came in. I met with him, I believe, around 10:00 in the morning on Monday.

Q. When you came in, you went to his office?

A. I'm sorry, Wednesday.

Q. The day you were terminated?

A. That day that I was terminated was Friday. Yes. I came in like every other day. I worked until 4:30. Shipping wasn't even done. Alan was still working on something. But I believe it was around 4:30. He called me and Anilsa to the conference room.

Q. Who's he?

A. David, called Anilsa, Randy Clifton and I into the conference room. He asked us to have a seat, and that he was terminating us. And he first spoke to Anilsa, and then he said what he said to me.

Q. What did he say to Anilsa?

A. That she wasn't meeting what they were expecting of her, and -- he didn't say anything about her attendance, just that she wasn't doing the job how she should have been doing it, basically.

Q. Okay. And he spoke next, after Anilsa, he spoke to you?

A. Yes.

Q. And what did he say to you?

A. Now you can go and take care of your kids.

Q. Did he say anything else --

A. No.

Q. -- that whole meeting?

A. No.

Q. What did he say to Randy?
A. Nothing.
Q. How long did the meeting last?
A. Five, not even, like, two minutes.
Q. Why do you think you were terminated?
A. I think I was terminated because I kept asking him, after I gave my complaint about quitting my job and the racist comments, I was very, I said to him, I need to know that you are really working on this. And I kept asking him, because he had promised me the paper, telling me that he was working on it. And every time I would ask him for it, my computer's down, or I haven't had a chance to do it. He would always give me an excuse. So, I think because of me pushing it so much, like, I need you, I really need you to do this, nothing has changed, and can you please do something about it, that's the only way that you can prove it to me, and he never did.
Q. How many times after your meeting that you asked him to put something in writing did you follow up with him?
A. Many times. I don't know how many. I could say maybe every single day.
Q. But you never put your request in writing?
A. No.

Q. It was always verbal?
A. Yes.
Q. During your time at Electrolizing, were you aware of anyone who was terminated for attendance reasons?
A. I remember Dario, I think his name was. And he was terminated, from what I've heard, it was because he was absent for three days in a row.
Q. Did people, or did you understand that that was a big deal at Electrolizing, attendance, and working all the hours that they expected of you, or were they pretty lax about that?
A. No. They weren't -- how should I say this. Most of the people that did work there didn't have small children, so they didn't, I don't think they tend to have to be out because of their kids. My case was that I was mostly out because I had to attend to stuff with the kids, like the doctor's appointment, or my son got sick at school, or stuff like that. I don't think anyone had the same issues that I had, so I really don't know how it was handled with every other person that worked there.
Q. But I just mean, as employees talk and people understand, did you understand that Electrolizing was -- you said that you understand Electrolizing was not lax about attendance stuff.

A. They would reward people. That's the reason they had employee of the month, where it would show how many hours they were putting into work, or the overtime they were putting in, and they would reward people for that.
Q. Were you aware as to whether or not they were quick to punish or terminate people that couldn't do the hours?
A. No. I wasn't aware of that, no.
Q. In your complaint you allege that you were retaliated against?
A. Yes.
Q. Who retaliated against you?
A. I believe Dave Richards, because I wouldn't give up on my request to have that in writing.
Q. And he retaliated against you by terminating you; correct?
A. Yes.
Q. Any other retaliation?
A. No.
Q. Was your compensation ever docked or lowered?
A. Based on -- it was the same as, the same -- can you say that again? I'm sorry.
Q. Do you contend that your pay was lowered for retaliatory purposes?

A. No.

Q. Do you contend that you were ever assigned to less favorable job duties or a position as a result of job retaliation?

A. No.

Q. Do you contend that your hours were ever reduced?

A. No.

Q. As a retaliatory measure?

A. No.

Q. How, if at all, has this termination impacted you?

A. Emotionally.

Q. Tell me about that, please?

A. It was very stressful.

MR. MILLSOM: Why don't we take a break.

(A break was taken.)

Q. When we broke, I had asked you about the impact of the facts related to your claim, that concluded in your complaint, and you were talking about the stress. And can we pick up there?

A. Yes. It cost me a lot of frustration and stress, because I really did like my job, I really did get along with everyone, and I liked what I was doing. And it caused a lot of frustration and a lot of -- I felt, it made me feel as if I was the one at fault, or I was the one doing something wrong, or it

just made me feel very tiny and small. Because when I did speak and asked for help, I wasn't helped, there was nothing done about it. That caused a lot of frustration and a lot of stress of my personality, of my person. The other way that it affected me, we were about to buy a home, and because of this we weren't able to. It changed many things. It caused for my husband and I to, like, I was so much under stress and frustrated and depressed that I was trying to like pinpoint someone to blame, so I was putting all this blame into my husband, because I felt he could have supported me better. Even though that was not the case. But with all this other emotions that I was going through, that's how I felt at the moment.

Q. Did you ever go see a doctor as a result of this stress to treat you for the symptoms you just relayed?

A. Stress, yes. But I didn't go into the case matter with the therapist I was seeing.

Q. You saw a therapist?

A. Yes.

Q. Who was the therapist?

A. I have her card at home. It was sometime last year.

Q. Last year?
A. Last year.
Q. That's when you started seeing her?
A. Yes.
Q. But it was for the stress caused by what happened at Electrolizing?
A. No. No.
Q. How, if at all, did seeing a therapist relate to what happened at Electrolizing?
A. It didn't.
Q. So, did you ever see a therapist or a doctor or seek treatment at all for the stress that was caused by what was happening at Electrolizing?
A. No.
Q. Were there any other impacts on your life, other than the obvious emotional impact you've just talked about?
A. Like I said, very depressed. I wasn't --
Q. Now, you say you were depressed, were you diagnosed with depression?
A. Well, I was not able -- I couldn't sleep.
Q. Did you ever see a doctor about the sleeping issues?
A. No.
Q. Did you ever see anybody about sleep issues?
A. No.

Q. I'm sorry, you were --
A. The way I behaved with my children, and I wasn't doing a lot of the normal activities that I would do with them. And that was affecting my marriage in a way.
Q. Did DCYF ever get involved during this time period?
A. No.
Q. Anything else?
A. No.
Q. Have you ever had any -- well, do you have any hobbies outside of work, any endeavors you spend a significant amount of your time doing, other than family, work, church, anything like that?
THE WITNESS: For me?
MR. MILLSOM: For you.
A. No.
Q. So, there was nothing like that, nothing outside of your family or work, church life, that was impacted by what was happening?
A. It was impacted, my kids, the way -- we have a thing in my house, we always go out to eat on the weekends, we go out to watch movies, we take the kids to the park. We're very, everything that we do involves the kids as a family. And we didn't do that for a very long time, because of the way that I

felt. And I was so depressed, and I felt so hurt for what I went through, and I felt that no one should go through something like that. I just, I felt very hurt, and I didn't have, I didn't feel I had anyone to really talk to about it. So, I just kept everything in. And I just tried to go and do things as normal as possible, but that's how I was really feeling in the meantime.

Q. I understand. And you've eloquently expressed the emotional toll that you felt, and how it impacted on your family. And not to belabor the point, but my question was a little bit different, and it was really, is there any other way you were impacted?

A. No.

Q. What did you do, what have you done for work since leaving Electrolizing?

A. Okay. I didn't look for a job right away. I believe I started looking for a job in April or May.

Q. Why didn't you look right away?

A. I was very depressed. I was trying to go back to school, trying to get my mind on something else than just work, just to release, I guess, some stress, or whatever it was I was feeling then.

MR. MILLSOM: I don't mean to cut you off, but I'm going to, forgive me.

Q. You mentioned you were going to try to go back to school; can you talk about that a little bit?
A. Yes. I applied to go to Sawyer School to become a medical assistant. So, that's what I did.
Q. What was the name of the school?
A. Sawyer.
Q. Can you spell it?
A. S-A-W-Y-E-R.
Q. Isn't that what Anilsa did?
A. She did that -- I had already left when she came in to the Sawyer School.
Q. So, you actually, did you go to the Sawyer School?
A. I did go, yes.
Q. And you took some classes?
A. I took some classes, but I had to start looking again for a job. And they weren't very flexible with the hours, so I had to go back to work and leave school.
Q. So, I'm sorry, I interrupted you. You were telling me what you were doing between February and when you started looking for work. Was there anything else?
A. Around April and May I started looking for work. I went to, I had had applications at different temp. agencies. I had to reapply in Pro Staff, even though I had worked for them before,

because my application was very old. CoWorks had my application. Temp Depot, I had never been there, so I had to apply, to fill out an application. Qualified Resources. And that's about it.

Q. Now, how did you find these temp. agencies?

A. From people that I knew that used to work for them.

Q. So, it was word of mouth?

A. Um-hmm.

Q. And you started putting these applications in in the April/May time period?

A. Um-hmm.

Q. When was the first time that you got any kind of work from that?

A. I went to two interviews, and then on my third interview, that's when I got hired to work for CoWorks.

Q. Now, you interviewed with the agencies themselves?

A. Yes. The agencies, and then they would send me to the employer or the customer, I would interview with them. I actually would get the job, I wouldn't take it, because I didn't like, I didn't feel comfortable. It's not that they wouldn't give me -- the two interviews I went to, they went fine, it just wasn't something I was looking for, basically.

Q. Can you tell me about those two interviews you turned down?

A. There was one in Cumberland.

Q. Do you know the name of the company?

A. No. It was through Temp Depot.

Q. And what do you remember about that job in Cumberland?

A. They weren't able to show me where I would actually be working, even though I asked them to, so I decided, even though they called back and said they wanted me to go into work, I said no, just because I didn't want to go into something where I was really going to be working, how the environment was going to be. So, even though they offered me good pay, I just turned it down because of that.

Q. How good was the pay?

A. 11.50.

Q. What was the second interview?

A. The second interview was actually to work for CoWorks, working at one of their customers or companies where they have a lot of employees working there sent by CoWorks. I turned that one down, also, because they were very up front about the fact that they needed someone there every single day, no excuses and no buts about it. And since I have

kids, I said no.
Q. And do you remember how much that paid?
A. We didn't go into those details.
Q. The Cumberland job that paid 11.50, that was 11.50 an hour?
A. An hour, yes.
Q. So, the third interview that resulted in your hiring, when, about, did that happen?
A. That was right after the interview with 11.50. There I was able to see where I was going to be working. It was closer to my house, too. The hours were more flexible for me. And I loved the environment, what I was going to be doing. They were able to show me exactly where I was going to be working, the people I was going to be working with. And when they did call me back, I didn't hesitate, I took the job.
Q. And do you remember the time period? What was the month?
A. So, if I started working in November, the month before, I had interviewed with two CoWorks and Temp Depot.
Q. So, you started working, you took this job, the third interview, in November?
A. Um-hmm.

Q. So, the other two interviews happened when?
A. It was, like, when I started getting called in for interviews, it was one after the other.
Q. Was it also in November?
A. November or in -- what comes before November?
Q. October?
A. October. Sometime in October.
Q. Did you apply for any jobs other than through temp. agencies? Did you go directly to any employers?
A. No.
Q. Did you do anything else to look for work that you haven't told me about?
A. Well, I should take that back. Sorry. I did. On the newspaper I saw different ads for different employment. I did go in and fill out different applications, but they never called me back.
Q. How many of those would you say you did?
A. At least five.
Q. And was that starting in the April/May time period?
A. Yes. That's when I first started, yes.
Q. So, this third job with CoWorks, the third interview that you accepted, is that the job you currently have?
A. Yes.
Q. What is your position?

A. Office. You can say data entry. That entailed into order-taking. I also do some shipping. I do accounting. Anything that needs to be done, I basically do it.
Q. And where is it?
A. That's in Riverside, Rhode Island.
Q. Now, is CoWorks actually the employer? Are you working for CoWorks, or are you -- you started there as a CoWorks employee assigned to one of CoWorks' clients; correct?
A. That's correct.
Q. What's the name -- and now you are a full-time employee of the client?
A. That's correct.
Q. What's the name of your employer?
A. Crafford.
Q. Can you spell that?
A. C-R-A-F-F-O-R-D, Laser Start.
Q. And what do they do?
A. They sell laser welders. They use them in the jewelry industry, dental, medical.
Q. And when did you become a full-time employee of Crafford Laser Start?
A. In January.
Q. January '07?

A. No.
Q. '08?
A. '08.
Q. What is your compensation now?
A. 12 dollars.
Q. Is that the rate you were hired at?
A. No.
Q. What rate were you hired at?
A. 10.50.
Q. Did you go right from 10.50 to 12?
A. Nope. I went from 10.50 to 11:50, and then to 12.
Q. Do you remember when you went to 11:50?
A. Right after I was hired through the company.
Q. In January?
A. In January.
MR. MILLSOM: You've probably given us that, Mark; right?
MR. GAGLIARDI: She has all the tax returns.
MR. MILLSOM: We probably have that.
Q. Do you get any other benefits from that?
A. No.
Q. And are you full time?
A. Yes.
Q. And what does full time mean?

A. 8:00 to 5:00.

Q. Five days a week?

A. Yes.

Q. You don't get health insurance?

A. Not through them, no.

Q. Do they offer health insurance?

A. Yes.

Q. I take it you get health insurance through your husband?

A. Through my husband.

Q. Do they have a 401(K)?

A. They have one. I just -- they do it every six or something months. So, when that comes again, they will offer it to me, but not yet. Oh, I'm sorry. I take that back. That's not correct. After I turn one year, then they can offer it to me. I just remembered that.

Q. Have you had any counseling or disciplinary issues?

A. No.

Q. Now, we talked about -- let's go back. We were talking about the time, we were talking about missing time just before the termination from Electrolizing. And I want to orient you to that time frame and ask you to describe for me, in the two weeks leading up to your termination, what time

of any significance, I'm not talking about leaving five minutes early, what significant time did you miss for family reasons or other reasons?

THE WITNESS: Two weeks prior to my termination?

MR. MILLSOM: Or leading up, thereabouts.

A. The only one that I recall was the one on the Friday, February 3rd, leaving early.

Q. And why did you do that?

A. Because my husband had gotten into a car accident, and he couldn't go pick up the kids or take care of them, because he wasn't feeling good, and he had other things to do related to that.

Q. So, did you miss any other time related to your children's medical issues?

A. Two weeks, or summarized?

Q. No. I know you said you missed some time in the afternoon on February 3rd because of your husband's car accident?

A. Yes.

Q. You missed a whole day the week you were terminated; right?

A. A whole day, no. No. On Wednesday I left around 10:30, I believe. I came into work, I believe at 8:30, and I left shortly after I spoke to

the doctor. It might have been at 10:30, 10:15. And I didn't return, because I didn't leave the hospital until 4:45 or 5:00 o'clock.

Q. So, the week before you were terminated, you worked all work, more or less, your regular, except you left early Friday?

A. Yes.

Q. Because of your husband's issue; right?

A. Yes.

Q. Then the week that you were terminated, you missed most of Wednesday?

A. Most of Wednesday, yes.

Q. Because of your kids, but you worked all day Monday, all day Tuesday, all day Thursday, and it sounds like all day Friday?

A. Yes.

Q. Tell me about your husband's car accident. How did you find out about it; were you at work?

A. He called the work, my job.

Q. And did he --

A. He talked to Joyce. That's the person that worked in the office.

Q. You don't have a phone in shipping and receiving, do you?

A. There's one at David's desk, I believe.

Because he has one right in the receiving department where we would keep some of the parts that we were working on. He had one on his desk, yes.
Q. So, David sat in receiving?
A. He had an office in the front office, and then he also had a desk where he also, most of the time he was there, and Ramon.
Q. And the desk is on the shop floor?
A. Um-hmm. It's enclosed. So, it's the receiving area and prep area and the QC area, basically.
Q. And was that the area where you worked?
A. I worked there in the morning, yes.
Q. So, there's a phone near where you worked, but that's not the phone your husband called on?
A. All the calls come in through the front office, and I guess they transfer them or page.
Q. So, he called the front office, and was that call transferred out to you, or did you get a page?
A. To David.
Q. So, it went to David?
A. Yes.
Q. So, Joyce sent it to David?
A. Um-hmm.
Q. And then, did David page you?
A. No.

Q. How did you hear about it?
A. He came up to me and he said, your husband just called, it seems like he's been in a car accident, you're going to have to call him back. So, I had called him back, and he said, listen, you have to come get the kids, because I was in a car accident, and I have to handle it, and I don't feel well. And I said to David, this is what's going on, I'm going to have to leave. And he said, well, we're going to have to talk about this on Monday. And I said okay, but I have to leave. That's basically it.
Q. When you called your husband, you called him on his cell phone?
A. Yes.
Q. Or did you call him at home?
A. His cell phone.
Q. So, was he at home?
A. No.
Q. Where was he?
A. He was still at the location where everything was going on when he called.
Q. But did he have to go to the hospital?
A. He was going to, and then he decided not to. When he first called me, he had said he was going to go to the emergency room, and to meet him there.

But I first went to go get the kids, and my mother-in-law instructed me that, that he was not going to go to the hospital.

Q. The kids were at your mother-in-law's?

A. Yes.

Q. How bad was the accident?

A. It was pretty bad. The car was picked up by one those Triple A things, and they had to send it to fix and everything.

Q. It was fixed? Was it your car, or was it somebody else's car?

A. It was somebody else's car.

Q. And did Dave have to talk to your husband? Did you put your husband on the phone with Dave?

A. Dave spoke to him first, so he didn't.

Q. So, it wasn't an issue?

A. Right.

Q. Randy Clifton, who is Randy Clifton?

A. I believe he worked in the sales part of the company.

Q. Was he terminated on the same day as you?

A. No. He was just, David just had him there. I'm not sure why. He was just in the -- he just called him over. Don't know why. He was just there to watch what he was saying, or listening to what he

was saying.

MR. MILLSOM: Okay. I didn't appreciate that when you told me a bit earlier.

THE WITNESS: Oh, I'm sorry.

Q. So, Dave called you, Randy Clifton, and Anilsa in?

A. Yes.

Q. And he terminated you and Anilsa in front of Randy?

A. Yes.

Q. And you said he never said anything to Randy the whole time?

A. Nothing.

Q. Did Randy say anything to you?

A. Nothing.

Q. Was Randy a supervisor of yours? Did you report to him?

A. No.

Q. Did you have any dealings with him?

A. No.

Q. Was he a younger guy, older guy?

A. Older. Forties, maybe. I'm not sure.

Q. Was he there just to witness it?

A. To witness it. Maybe. I'm not sure. I didn't know why he was there, no, to be honest.

Q. Did you find it odd?

A. Yes. Yes. I found it very odd, but I don't

know.
Q. Did you ask Dave about it?
A. No.
Q. Did you say to Randy, what are you doing here?
A. No.
Q. Would it have been appropriate for you to turn to Randy and say, what are you doing here, or would that have just been rude?
A. That would have been very rude.
Q. Did you drive to work every day?
A. Yes.
Q. Did you drive by yourself, or did you go with anybody else?
A. By myself.
Q. It seems like you knew a lot of people or were related to a lot of people who either worked there before you or ended up working there with you; is that right?
A. Yes.
Q. How many previous relationships -- strike that. It's a terrible question. Tell me who was working there that you knew before you started?
A. Carmen.
THE WITNESS: Before I started?
MR. MILLSOM: Um-hmm.

A. Oh, no. I didn't know anyone that worked there before I started.
Q. Okay.
A. No.
Q. So, who worked there --
THE WITNESS: Many years ago?
MR. MILLSOM: No, no.
Q. While you were working there, who else worked there that you either had been friends with outside of work before they started working there, or that you were related to by either blood or marriage?
A. Nobody.
Q. Nobody?
A. No.
Q. So, you and Carmen Bonilla never overlapped?
A. She came to work after I was hired.
Q. Right.
A. Oh, yes. After I was hired, she came in, and she was hired.
Q. Anybody else?
A. Diana Bonilla.
Q. And who is Diana?
A. That's my husband's sister.
Q. Is she still there?
A. No.

Q. Why did she leave, do you know?
A. I don't know. We don't -- I don't know.
Q. So, Carmen Bonilla, Diana Bonilla; anyone else?
A. Pedro Bonilla.
Q. Why did he leave; did you tell me that?
A. I'm not quite sure. I know he left, and he went into something else. He decided to go for trucking and be a trucker.
Q. And we talked about Pedro, and how you were related to him. Was there anyone else?
A. I knew someone that I had worked with before, what's his name. Richards. I don't know his last name. I worked with him in Mosquito Magnet. And Diana Bonilla.
Q. You had worked with her before, too?
A. Um-hmm.
Q. How would you describe the workforce overall in terms of the ethnic and racial background at Electrolizing?
A. Spanish.
Q. Predominantly?
A. Yes.
Q. And do you believe that Electrolizing either -- strike that. Is there anything you saw or that you know of that leads you to believe that Electrolizing

takes into account ethnicity and racial makeup when making hiring or firing decisions?

A. Let me see if I understand. If they take -- if they base that ethnicity, they base that on --

Q. I'm sorry. Do you have any basis to believe that Electrolizing takes race or nationality into account when they make hiring or firing decisions?

A. No.

Q. What about gender, how is the workforce split along gender lines? Mostly men?

A. Mostly men.

Q. And is there anything that leads you to believe that Electrolizing makes hiring or firing decisions based on gender?

A. No.

Q. Do you have any sense of how the percentages break down in terms of fifty percent women, fifty percent men, or 60/40, 70/30?

A. I would say ten percent women, and the rest men.

Q. And what about Hispanic background versus non-Hispanic?

A. I would say ninety percent.

Q. Oh, is that right?

A. Um-hmm.

Q. Ninety percent --
A. Spanish.
Q. -- Hispanic, and ten percent non?
A. Um-hmm.
Q. Is there anything you know that leads you to believe that Electrolizing makes hiring or firing decisions with regard to any other ethnicity or race, not necessarily Spanish or not Spanish, but black, Asian, anything else?
A. No.
Q. Nothing you know suggests that's a factor in their employment decision-making?
A. No.
MR. MILLSOM: I'm going to go through a couple of documents, and just ask you a few questions. We're near the end.
(Defendants' Exhibit B Marked for Identification)
Q. Ms. Bonilla I've placed before you a document that's been marked for the purpose of this deposition as Exhibit B?
A. Um-hmm.
Q. Do you recognize it?
A. Yes.
Q. It's a document that has a court caption on it that reflects the caption of this case. Do you see that?

A. Yes.
Q. And it's titled, Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories Directed to Plaintiff. Do you see that?
A. Yes.
Q. And we talked, I think, at the very beginning of your deposition, about documents that you've seen, and you said, yeah, I saw some stuff that I signed, and we kind of decided that they were interrogatories?
A. Yes.
Q. Do you remember that?
A. Yes.
Q. Is this the document that you were referring to back in the beginning of your testimony?
A. Yes, it was.
Q. And I'd like to turn your attention to page 13. And do you see there's your signature?
A. Um-hmm.
Q. Do you see the little inscription above your signature? Do you see the paragraph?
A. Yes.
Q. Where it says, I've read the foregoing interrogatories, and hereby submit, under the pains

and penalties of perjury that the responses are true, to the best of my knowledge?

A. Yes.

Q. Did you read that before you signed it?

A. Yes.

Q. And do you understand that this, and remember we talked about the oath that you took today, the same oath?

A. Yes.

Q. Let me just direct your attention, first, to the bottom of page seven. There is question number eight, we call it interrogatory number eight, because we never use a simple word when we can use the long one. And underneath our question is your response. And interrogatory number eight, and please, if you wish, take the time to read it after I finish my question before you answer?

A. Okay.

MR. GAGLIARDI: Jeff, can I just stop you for a second. I'm sorry. I don't mean to interrupt, but I'm not sure if you received her supplemental responses to this.

MR. MILLSOM: I'm sure we did.

MR. GAGLIARDI: I just want to make sure.

MR. MILLSOM: Yeah. I just have a few

questions about the supplemental --

MR. GAGLIARDI: Because the supplemental did deal with this interrogatory.

MR. MILLSOM: Yeah. I don't think -- I'm aware of the supplemental interrogatory. I don't think it comes into play.

Q. Let me take it from the top. In interrogatory number eight, we basically ask you about your job search efforts. In response, you identify five temp. agencies that you talked to?

A. Um-hmm.

Q. And you identify CoWorks twice. And it's at the top of page eight on two and three; do you see that?

A. Yes.

Q. Now, I just wanted to ask you why you identified CoWorks twice?

A. Because with CoWorks, if you fill out an application in one of their locations, then that's the location that's going to place you. I had heard that the one in Pawtucket was placing at a company that kind of interested me, so I decided to go to the one in Pawtucket and fill out an application, to see if I could get an interview, or see if I could get in, basically.

MR. MILLSOM: I don't have any other questions

about that document. Can we mark this one?

(Defendants' Exhibit C Marked for Identification)

Q. Ms. Bonilla, I've placed before you for the purpose of this deposition the document that has been marked Exhibit C. And I'll ask you, do you recognize this document?

A. Yes.

MR. MILLSOM: And just for the record, this document bears a caption similar to the caption in this case, except that it is docketed before the State of Rhode Island Commission for Human Rights. And it is titled Affidavit of Enid Bonilla in Support of the Complainant's Continuing Charge of Discrimination.

Q. Do you see that, the title at the top?

A. Yes.

Q. The first line says, I, Enid Bonilla, hereby attest to the following facts. Do you see that?

A. Yes.

Q. And then on the last page, do you see your signature?

A. Yes.

Q. And is that, in fact, your signature?

A. Yes.

Q. And above that it says signed and sworn this sixth

day of December, '06. 2006 is what it says. Do you see that?

A. Yes.

Q. And you understand the sworn is under pains and penalties of perjury, just like the interrogatories, just like your deposition today?

A. Yes.

Q. In paragraph two you describe your position as receiver and backup shipper, and what I want to understand, you've talked about that a lot today, and I'm interested to understand, what was your primary responsibility, was it receiving or shipping?

THE WITNESS: From my understanding?

MR. MILLSOM: From your understanding.

A. It was receiving, and shipping after Alan Godin would leave at 3:30.

Q. So, when you started, you were doing receiving?

A. No. I was doing shipping.

Q. So, this is, when you described what you did, you're describing your responsibilities over the course of your time at Electrolizing; right?

A. No. Because when I started with shipping, and then I was trained in the receiving department, and my responsibility was, after I became a full-time

employee, to work after 3:30 in the -- in the morning in receiving, after 3:30 in the shipping department, and cover both. That was before they hired Anilsa. Cover both, whenever Alan went on vacation.

Q. On the second page, at paragraph fifteen, you talk about a meeting you had with Mr. Richards in October of 2005. Do you see that?

A. Yes.

Q. You called it the HR meeting?

A. Okay.

Q. And you say you requested a formal, you go on, and please, again, feel free to read the document?

A. I requested a formal meeting with Mr. Richards to discuss Mr. Godin's conduct.

Q. And you go on to say in paragraph 17 that that was the meeting where you requested a written report and investigation?

A. Yes.

Q. And correct me if I'm wrong, but today you suggested that that meeting was in December?

A. Yes. Because when I first, we first did this, I think it was just going roughly based on what I could remember. Right after we went over all this again, and going back and remembering more detailed

stuff, then I was able to remember that it, in fact, was in December, and not in October of 2005.

Q. Okay. Yeah. I'm not so concerned about the date, but it's the same meeting; right?

A. Yes.

Q. You state in paragraph 19 that to the best of your knowledge, Electrolizing never conducted an investigation. Do you see that?

A. Yes. I do see that.

Q. Why do you say that? What knowledge do you have, other than the fact that you never got a report?

A. The fact that Alan Godin didn't change any of his behavior or his actions or his derogatory comments, sexist comments and racial comments. Nothing was -- I didn't see him not stop doing that. He just kept doing the same thing.

Q. So, you assume that no investigation was conducted, because you never saw a report, and he never changed?

A. And because I kept complaining about the same things, and that I kept questioning David Richards about if he, in fact, did do it, then can I please have it in writing, so that I can, it will prove to me even more that you are doing an investigation on it. But I did question it whenever I would go up to

him to request for the thing in writing.
Q. Right. No. You testified very clearly that you never got anything, and you asked him about it, for it, several times. I guess to ask what I'm trying to get at a little clearer, did Dave Richards or anybody else ever tell you that they weren't going to do an investigation?
A. No.
Q. Or that they didn't do an investigation?
A. No.
Q. Next paragraph, early '06, personal time. You say your husband was involved in a serious car accident. That's the car accident you were testifying about earlier?
A. Yes.
Q. And paragraph twenty-three you say, the car accident occurred on February 3, 2006; right?
A. Yes.
Q. And you say the car was totaled?
A. Yes.
Q. That wasn't true, was it? That's not true?
A. Well, it was fixable, basically.
Q. So, it wasn't totaled?
A. Oh, I'm sorry.
Q. And it wasn't his car, was it?

A. No, it was not.

Q. So, that wasn't true?

A. No.

Q. It's not true?

MR. GAGLIARDI: Objection.

Q. Right?

A. That's right.

Q. And then, the next paragraph when you say you requested, received permission to leave work three hours early and pick him up at the emergency room, that's not true, either; right?

A. No.

Q. But you signed this document under penalties of perjury; right?

A. Right.

Q. Under the same oath you took here today?

A. Right.

Q. Paragraph thirty, you state that Mr. Richards allowed several of your male coworkers to be excused from work for longer periods of time than you, yet these workers were not terminated for excessive absences. Do you see that?

A. Yes.

Q. Do you remember the names of any of the male coworkers that he excused earlier?

A. Now I don't.
Q. Okay. Not even first names, nicknames?
A. No.
Q. How did you know about this? How do you know about this?
A. I used to work in the receiving area. That's where David Richards would spent most of his time at his desk. I would see them come in and request to go home, because they weren't feeling well, and stuff like that. So, that's how I was aware.
Q. From watching it happen?
A. From watching it happen.
Q. And how do you know the guys weren't terminated?
A. They were still there when I was terminated.
Q. Do you have any sense of how many times this happened, how many of your male coworkers were allowed to leave?
A. No. How many in total, no.
Q. Well, I mean, you made this allegation under oath, what I need to understand is the full extent of what you know?
A. Okay.
Q. And so, I guess the question I'm inartfully getting at is how many times did you see this happen, approximately, people leaving, people asking to

leave early?
A. On different occasions, different people, at least five times.
Q. Five different people?
A. Five different people, yes.
Q. And how many of these people did you observe do it more than once?
A. At least two.
Q. And of those two, how many times did you see them ask to leave work early for any reason?
THE WITNESS: During the whole time that I was working there?
MR. MILLSOM: Yes.
A. I don't know. It could have -- I don't know. I don't have an answer to that.
Q. Have you seen the complaint filed in this case?
THE WITNESS: My complaint?
MR. MILLSOM: Yes.
A. Yes.
Q. You didn't sign it. I'm talking about the complaint that Mr. Gagliardi signed on your behalf, not something you've signed. Do you understand?
A. He gives me copies of everything.
Q. And do you read them?
A. I try to.

MR. MILLSOM: Can we have this marked?
(Defendants' Exhibit D Marked for Identification)
Q. Ms. Bonilla, I placed before you a document marked as Exhibit D.
A. Um-hmm.
Q. It's a copy of the complaint in this lawsuit. My first question is, do you recognize this document?
A. Yes.
Q. So, you think you've seen this?
A. Yes.
Q. It would be Mr. Gagliardi's practice to send it to you, and your practice to review it?
A. Yes.
Q. I note in the first paragraph, right underneath the word complaint, Alan Godin is described as a coworker, as opposed to Dave Richards, which you've described as your supervisor. Do you see that?
A. Yes.
Q. When you reviewed this complaint, did you notice that?
A. Yeah.
Q. Did you call Mr. Gagliardi to talk about it?
MR. GAGLIARDI: Objection.
A. Well, I explained to him that, when I first started working there, he was more like a

supervisor, because he supervised everything that I was doing. If I was going to leave his department, I would have to let him know before I did.
Q. But this isn't wrong, is it? I mean, Alan Godin was a coworker, and Dave Richards was the supervisor.
A. One of my supervisors.
Q. And Alan Godin may have been a more experienced coworker, but he was just a coworker; right?
MR. GAGLIARDI: Objection. That calls for a legal conclusion. My client is not qualified to answer that.
MR. MILLSOM: You can answer.
MR. GAGLIARDI: You can answer.
A. To my knowledge, when I first started working there, I did see him as a supervisor.
Q. If you were to tell somebody, if you were to see Alan Godin on the street with somebody that didn't know him, and you were to describe him as somebody, you wouldn't describe him as your boss, would you? You would say it's the guy I used to work with, wouldn't you?
MR. GAGLIARDI: Objection as to form.
A. Now, yes.
Q. He's the guy that you used to work with?
A. Now I would say that.

Q. Not your old boss; right?

A. Now I would say that.

MR. MILLSOM: You can only say it now. Let me take a quick break.

(OFF THE RECORD)

MR. MILLSOM: Ms. Bonilla, I have no further questions for you. Thank you for coming in today and answering my questions.

THE WITNESS: Thank you.

MR. GAGLIARDI: I have no further -- I don't have any questions.

(Deposition ended at 12:37 p.m.)

C E R T I F I C A T E

I do hereby certify that I am expressly approved as a person qualified and authorized to take depositions pursuant to the Rules of Civil Procedure of the Court, especially, but without restriction thereto, under Rule 30 of said Rules; that the witness was first sworn by me; that the transcript contains a true record of the proceedings.

I further certify that neither the deponent nor any party requested a review of the transcript.

IN WITNESS WHEREOF I have hereunto set my hand this 17th day of March, 2008.

Jane F. Cormier, Notary Public

JANE F. CORMIER, CSR
NOTARY PUBLIC
MY COMMISSION EXPIRES: 1/19/2010

**A**

**ability** 33:14
**able** 4:4 28:12 46:24 51:11 55:8 65:7 66:21 71:8 72:10 72:14 94:1
**above-entitled** 1:9
**absences** 96:22
**absent** 62:7
**absenteeism** 19:25 56:25
**accepted** 73:22
**accident** 13:3,4 14:22 42:11 56:19 57:4 77:11,19 78:17 80:3,6 81:6 95:12,13,16
**accommodate** 4:22
**account** 86:1,6
**accounting** 74:3
**accusations** 46:17
**actions** 44:21 46:8 94:13
**activities** 67:3
**additional** 45:22
**address** 3:6
**Adler** 1:11,21
**ads** 73:14
**advisory** 32:21
**affect** 55:25
**affidavit** 2:12 6:23 7:2 91:12
**afternoon** 77:18
**agencies** 16:19,19 69:24 70:5,18,19 73:9 90:10
**agency** 16:25 17:1,5 17:8,11 20:9
**ago** 14:11,13 20:21 84:6
**agreement** 50:8,19 51:9
**ahead** 8:6
**Al** 11:2
**Alahandra** 52:21,22 54:7,9,11
**Alan** 1:5 25:13 26:6 26:25 27:2,12 28:22 31:24 34:16 43:10,13,16 44:1 44:24,25 45:14 50:9,12 60:3 92:16 93:4 94:12 99:15 100:4,7,17
**Alan's** 46:8 47:6,25
**allegation** 97:19
**allegations** 11:20
**allege** 63:10
**allowable** 36:16 37:2
**allowed** 55:19 96:19 97:17
**Alma** 52:8
**Alma's** 52:20
**amount** 49:21 67:12
**Anilsa** 11:6 31:20,22 58:19 60:5,8,11,12 60:17 69:9 82:5,7 93:4
**answer** 4:14 8:6,14 10:22 13:7,16 28:5 40:18 89:17 98:15 100:11,12,13
**answered** 5:15 13:14 28:4,6,7
**answering** 20:11 101:8
**answers** 3:14,18 9:7
**Anthony** 14:19
**anybody** 7:18 10:7 11:4 27:2 28:16 31:5,15,18 32:20 32:20 40:21 66:24 83:13 84:20 95:6
**anyway** 11:22
**application** 20:23 70:1,2,3 90:18,22
**applications** 69:23 70:10 73:16
**applied** 69:3
**apply** 70:3 73:8
**appointment** 62:18
**appreciate** 10:2 26:4 82:2
**appropriate** 47:12 83:6
**approved** 102:3
**approximately** 12:13 97:25
**April** 68:18 69:22
**April/May** 70:11 73:19
**area** 25:14,20 26:12 27:14,17 33:16 44:18 45:11 79:10 79:10,10,11 97:6
**areas** 44:13
**Argol** 3:7
**Asian** 87:9
**asked** 8:3,8 10:18 13:13 20:23 30:14 40:14 41:13,24 47:24 48:11 51:13 51:16 53:10 57:6 60:9 61:19 64:16 65:2 71:9 95:3
**asking** 8:21 53:3 61:6,10 97:25
**aspect** 38:18
**assembly** 17:21 18:1
**assigned** 64:2 74:9
**assistant** 69:4
**assistants** 31:15
**Associates** 19:7
**assume** 21:10 94:17
**assuming** 54:3
**attain** 16:3
**attend** 62:17
**attendance** 22:6 32:9,17 33:14 34:23 55:3 59:15 60:15 62:4,9,25
**attention** 88:18 89:10
**attest** 91:17
**authorized** 102:3
**aware** 10:9 48:18 62:3 63:6,9 90:4 97:10
**a.m** 1:12 3:1

**B**

**B** 2:6,10 87:17,20
**back** 16:16 28:6 33:4 42:5 53:18 56:6,14 59:6 68:20 69:1,17 71:10 72:16 73:13 73:16 76:15,20 80:4,5 88:15 93:25
**background** 15:2 85:18 86:21
**backup** 92:9
**bad** 6:19 39:25 81:6 81:7
**base** 86:4,4
**based** 63:22 86:13 93:23
**basically** 8:8 9:2 23:11 27:6 29:22 39:8 60:16 70:25 74:4 79:10 80:11 90:8,24 95:22
**basis** 30:19 86:5
**beads** 18:21
**bear** 53:4
**bears** 91:9
**beginning** 8:9 25:13 25:22 28:13 31:20 44:8 88:7,16
**behalf** 1:9 98:21
**behaved** 67:2
**behavior** 47:6,19 94:13
**Bejbl** 1:23 28:16 34:18
**belabor** 68:11
**believe** 22:20 23:7 29:21 31:6 33:12 46:1 52:17 59:21 60:4 63:14 68:18 77:24,25 78:25 81:19 85:23,25 86:5,12 87:5
**benefits** 75:21
**best** 21:13 89:2 94:6
**better** 40:2,4 54:22 65:13
**big** 10:6 19:6 62:9
**bill** 20:18
**birth** 15:3
**bit** 68:12 69:2 82:3
**black** 87:8
**blame** 65:11,11
**blood** 84:11
**blowing** 47:10
**Bonilla** 1:3,9 2:4,12 3:2,5,7 9:23 11:24 35:14 46:3 84:15 84:21 85:3,3,4,14 87:18 91:3,12,17 99:3 101:6
**born** 21:25 22:1
**boss** 100:19 101:1
**bothered** 44:18
**bottom** 89:11
**boxes** 18:2
**boyfriend** 10:13
**boys** 15:12
**break** 4:19 42:8 64:14,15 86:16 101:4
**briefly** 42:11
**bring** 13:5 22:14
**bringing** 6:24
**broke** 64:16
**brother's** 12:1
**brother-in-law** 20:21
**buts** 71:25
**buy** 65:6

**C**

**C** 2:12 91:2,5 102:1 102:1
**Caballeros** 54:12
**call** 4:21 5:9 55:18 72:16 79:17 80:4 80:15 89:12 99:22
**called** 5:2 6:23 10:4 11:17 17:1 20:24 32:13 33:18 55:16 55:21 60:5,8 71:10 73:2,16 78:19 79:14,17 80:3,5,12 80:12,21,24 81:24 82:5 93:10
**callous** 58:13
**calls** 79:15 100:9
**caption** 87:24,25 91:9,9
**car** 13:3,4 14:22 42:11 77:10,19 78:17 80:3,6 81:7 81:10,11,12 95:12 95:13,16,19,25
**card** 65:24
**care** 20:10 47:2 56:19 58:5,21 59:17 60:21 77:12
**Carmen** 11:24 46:3 83:23 84:15 85:3
**Carrasco** 54:9
**case** 6:24 7:21,24 8:2 43:1 62:16 65:13 65:19 87:25 91:10 98:16
**cases** 13:3
**cause** 1:9
**caused** 64:23 65:3,8 66:5,12
**causes** 21:21
**cell** 80:13,16
**certain** 29:9 30:8 49:13 56:2
**certainly** 4:21 39:2
**certify** 102:2,11
**chance** 61:13
**change** 13:7,16 30:16,18 46:8,22 48:25 52:1 94:12
**changed** 46:12 47:6 47:17 61:16 65:7 94:19
**changing** 47:16,20
**character** 58:12,24
**Charge** 2:13 91:13
**check** 19:10 24:15
**children** 15:8 62:14 67:2
**children's** 77:15
**Chris** 28:16 34:18
**church** 67:13,18
**Citizens** 1:11
**Civil** 102:4
**claim** 22:14 52:3

64:17
**claiming** 59:16
**clarity** 9:22
**classes** 69:14,15
**clean** 33:16
**cleaning** 45:10
**clear** 37:20 40:15
**clearer** 95:5
**clearly** 4:4 37:11 38:22 95:2
**client** 74:13 100:10
**clients** 74:10
**Clifton** 60:8 81:18 81:18 82:5
**close** 4:17 12:5,8
**closely** 11:11
**closer** 72:11
**come** 10:17 12:8 20:17 23:19 24:21 25:16 29:23 41:5 42:5 48:2 56:6 79:15 80:6 97:8
**comes** 73:5 76:13 90:6
**comfortable** 70:23
**coming** 11:18 30:9 30:14 37:24 101:7
**commenced** 3:1
**comment** 49:10 57:19
**comments** 45:17,17 45:18,18 46:15 47:18,18,19 49:3 51:2 61:8 94:14,14 94:14
**Commission** 6:25 22:16 91:11 102:21
**communicate** 3:22
**Communications** 20:19
**companies** 16:21 71:21
**company** 14:6 17:6 36:15 71:4 75:14 81:20 90:20
**compare** 21:7
**compassion** 59:8
**compassionate** 57:13
**compensation** 21:5 21:12 26:18 63:21 75:4
**complain** 43:16,18 44:6 48:6
**Complainant's** 2:13 91:13
**complained** 35:1 44:4
**complaining** 44:17 45:2 94:20
**complaint** 2:15 32:25 39:9 45:4 61:7 63:10 64:18 98:16,17,20 99:6 99:15,19
**complaints** 39:7 40:15 44:8,9,15,23 45:6 46:13 47:4 48:8,19
**computer's** 61:12
**concerned** 57:15 94:3
**concluded** 64:17
**conclusion** 100:10
**condition** 55:11
**conduct** 48:20 93:15
**conducted** 94:7,17
**conference** 60:6,9
**confirm** 19:8
**confront** 46:18
**confronted** 46:14
**confuse** 4:7
**connection** 42:17
**consequences** 6:5,7
**considered** 29:22
**consistent** 49:21 58:9
**constant** 49:12
**contains** 102:8
**contend** 63:24 64:2 64:6
**continue** 32:6 49:3
**Continuing** 2:13 91:13
**control** 4:18
**convening** 1:12
**conversation** 3:21 46:5 48:22 52:8 57:23 59:6
**conversations** 10:14 45:22 49:19
**copies** 98:23
**copy** 99:6
**Cordeiro** 14:19
**Cormier** 1:10 102:20
**corner** 39:16
**correct** 15:18 39:22 63:17 74:10,11,14 76:15 93:20
**correctly** 19:10 23:2
**correspondence** 20:10
**cost** 64:20
**COUNSEL** 2:17
**counseled** 22:5 40:21
**counseling** 76:18
**count** 53:12
**counting** 53:14
**couple** 15:2 34:11 39:6,10,11 49:17 87:14
**course** 8:15 37:16 92:21
**court** 1:1 3:11 4:16 87:24 102:5
**courts** 22:16
**cover** 93:3,4
**coworker** 11:8 32:24 34:25 38:16 40:16 40:17 99:16 100:5 100:8,8
**coworkers** 38:15 40:16 96:19,25 97:16
**CoWorks** 70:1,17 71:20,22 72:21 73:21 74:7,8,9,9 90:12,16,17
**Cox** 20:19
**Crafford** 74:16,23
**crossed** 35:10
**CSR** 1:10 102:20
**Cumberland** 71:3,7 72:4
**currently** 73:22
**customer** 70:20
**customers** 71:20
**cut** 9:8 68:24
**C-R-A-F-F-O-R-D** 74:18
**C.A** 1:4

**D**

**D** 2:1,15 3:7 99:2,4
**Dario** 62:5
**data** 74:1
**date** 15:3,4 94:3
**dates** 21:19
**daughter** 21:23,24 22:1 52:12 54:22
**daughter's** 52:20
**Dave** 26:12 28:16 30:15 32:12,13 33:20 34:25 37:15 38:17 40:6 41:8,8 43:19,25 44:22 45:20,23 47:21 48:6 49:2 50:24 56:11 57:5,10 59:7 63:14 81:13,14,15 82:5 83:2 95:5 99:16 100:5
**David** 1:6 25:8,25 33:1,3,21 34:14 45:11 46:9 50:7,11 55:2,17 60:8 79:4 79:19,20,22,24 80:8 81:22 94:21 97:7
**David's** 78:25
**day** 23:12,13,16,18 23:24,25 24:13 26:21,21 28:24 29:25 30:1,3,5 32:15 41:9 42:1,21 45:8 47:1 49:11,13 49:17 54:20 56:23 58:16 59:19,25 60:1,2 61:23 71:24 77:21,23 78:13,14 78:14,15 81:21 83:10 92:1 102:15
**days** 23:23 24:2,4,10 29:4,14 36:16,21 37:2 57:1 62:7 76:2
**DCYF** 67:6
**deal** 10:6 62:9 90:3
**dealings** 82:17
**December** 46:1,1,2 48:23 50:17,22 51:5 92:1 93:21 94:2
**decided** 19:5 46:8 54:20 55:15 71:10 80:23 85:7 88:10 90:21
**decisions** 86:2,7,13 87:6
**decision-making** 87:12
**deemed** 49:3
**defendant** 14:3
**Defendants** 1:6,10 1:21 2:8,10 35:13 87:17 88:3 91:2 99:2
**definitely** 58:24,24
**demand** 19:5
**dental** 74:21
**department** 19:16 30:7,21,25 33:16 45:10 50:9,11,14 52:10 79:1 92:24 93:3 100:2
**departments** 19:17 53:13
**depend** 23:24
**depending** 24:25
**deponent** 102:11
**deposed** 7:23
**deposes** 3:3
**deposition** 1:9 3:9 4:18,25 5:5 7:9 8:15,24 35:16 87:19 88:8 91:4 92:6 101:12
**depositions** 102:4
**Depot** 70:2 71:5 72:22
**depressed** 65:10 66:18,19 68:1,20
**depression** 66:20
**derogatory** 45:18 47:18 94:13
**describe** 24:12 76:24 85:17 92:8 100:18 100:19
**described** 57:3 92:20 99:15,17
**describing** 92:21
**DESCRIPTION** 2:8
**designated** 36:15
**desk** 78:25 79:3,6,8 97:8
**detail** 11:21 12:16
**detailed** 93:25
**details** 12:22 72:3
**diagnosed** 54:22,23 66:19
**Diana** 84:21,22 85:3 85:14
**different** 18:20,21 19:12,15 42:4 53:13 68:12 69:24 73:14,14,15 98:2,2 98:4,5
**differently** 23:19 24:24 59:10
**direct** 24:17 89:10
**directed** 2:11 27:7 88:4
**directly** 49:24 73:9
**disciplinary** 22:10 76:18
**discipline** 32:1
**discount** 59:11,13
**Discrimination** 2:14 91:14
**discuss** 11:20 26:18 93:15
**discussed** 8:2 11:4

11:15 32:17 54:7
**discussing** 38:18
**distinction** 26:4
**distinguished** 19:18 19:19
**DISTRICT** 1:1,1
**docked** 63:21
**docketed** 91:10
**doctor** 42:23 54:21 55:5,18,21 56:9,12 65:16 66:11,22 78:1
**doctor's** 62:17
**doctrine** 8:6
**document** 9:18 33:23 35:14,17,21 36:2,23 37:20 38:21 87:18,24 88:15 91:1,4,6,9 93:13 96:13 99:3,7
**documents** 7:8,12 8:23 9:14,24 10:4 87:15 88:8
**doing** 3:12 24:2,5,8 25:20 28:23 30:18 34:6 47:17 49:14 60:15,16 64:23,25 67:3,12 69:20 72:13 83:4,7 92:18 92:19 94:15,16,24 100:2
**dollars** 21:6,16 75:5
**door** 23:21,25
**Dr** 56:9
**drink** 4:20
**drive** 41:10,12,22,25 83:10,12
**drop** 55:15
**duly** 3:3
**duties** 64:3
**dynamic** 3:15

**E**

**E** 2:1,6 102:1,1
**ear** 54:24
**earlier** 30:9 82:3 95:14 96:25
**early** 42:22 56:18 57:8,9 77:2,8 78:6 95:11 96:10 98:1 98:10
**eat** 67:21
**education** 16:1
**efforts** 90:9
**eight** 19:21 21:16 37:9 89:12,12,15 90:8,13
**Eighteen** 16:9
**either** 14:23 22:15 26:24 49:3 83:16 84:9,11 85:23 96:11
**Electrolizing** 1:5 12:2 16:7,17 17:14 20:6,17 21:2,5 22:19 25:10 28:15 29:6 32:1,21 40:22 42:12 48:19 52:3 62:3,9,23,24 66:6 66:9,13 68:16 76:23 85:19,23,25 86:6,13 87:6 92:22 94:7
**eloquently** 68:9
**else's** 81:11,12
**emergency** 55:13,24 58:4 80:25 96:10
**emotional** 66:16 68:10
**Emotionally** 64:11
**emotions** 65:14
**employed** 25:10 53:11
**employee** 42:16 52:14 63:2 74:9,13 74:22 93:1
**employees** 26:25 52:12 53:11,14,17 62:22 71:21
**employer** 47:13 70:20 74:7,15
**employers** 21:22 22:11,15 73:9
**employment** 26:19 73:15 87:12
**employs** 52:3
**enclosed** 79:9
**endeavors** 67:11
**ended** 23:24 83:17 101:12
**Enid** 1:3,9 2:4,12 3:2 3:7 91:12,17
**entail** 17:25
**entailed** 74:1
**entire** 25:9
**entry** 74:1
**environment** 46:24 71:13 72:13
**especially** 3:23 102:5
**ESQUIRE** 1:20,22
**ethnic** 85:18
**ethnicity** 86:1,4 87:7
**evolve** 44:15
**exact** 15:4
**exactly** 12:17 23:20 24:12 39:3 44:2,4 59:19 72:14
**Examination** 2:4 3:4
**exceeded** 36:16 37:2
**excessive** 96:21
**excuse** 61:14
**excused** 96:19,25
**excuses** 71:25
**Exhibit** 35:13,16 39:13 87:17,20 91:2,5 99:2,4
**EXHIBITS** 2:17
**expected** 62:10
**expecting** 60:14
**experienced** 100:7
**EXPIRES** 102:21
**explain** 8:20
**explained** 8:8 10:19 55:17,21 99:24
**explanation** 58:22
**expressed** 68:9
**expressly** 102:2
**extent** 16:14 27:5 97:20
**extra** 50:21

**F**

**F** 1:10 102:1,20
**fact** 37:21,22 58:3 58:16 71:23 91:23 94:1,11,12,22
**factor** 87:11
**facts** 4:10 64:17 91:18
**failing** 39:8
**fair** 4:9,13 9:12 27:5 27:11 28:25
**fairly** 57:13
**familiar** 5:11 6:11
**family** 67:13,18,24 68:11 77:3
**far** 16:16 18:9,10
**fast** 4:2,3 28:7
**fault** 64:25
**favor** 37:22
**favorable** 64:3
**February** 32:8,14 43:5 54:16 59:19 69:20 77:8,18 95:17
**feel** 44:20 64:24 65:1 68:4 70:22 80:7 93:13
**feeling** 56:21 68:8,23 77:12 97:9
**felt** 64:24 65:12,15
68:1,1,2,4,10
**fever** 54:23 55:25
**fifteen** 93:6
**fifty** 52:4 53:7,17 86:17,17
**figured** 3:13
**filed** 98:16
**filing** 20:11
**fill** 70:3 73:15 90:17 90:22
**filled** 20:24
**find** 24:22 35:5 70:5 78:18 82:24
**finding** 52:18
**fine** 3:21 10:5 16:13 23:8 55:9 56:5 70:24
**finish** 89:17
**finished** 59:2
**fire** 26:6 27:25 28:12 28:17
**firing** 86:2,7,13 87:6
**first** 2:11 6:24 15:16 16:5,10 17:18,19 24:5 25:15,18 28:21 35:16,25 40:2,5,9 43:6,7 44:14,17 45:19,23 46:18 53:10 59:16 60:10 70:13 73:20 80:24 81:1,15 88:3 89:10 91:17 93:22 93:22 97:2 99:7,14 99:24 100:14 102:7
**five** 14:13 24:4 38:13 38:13 61:4 73:18 76:2 77:2 90:9 98:3,4,5
**fix** 81:9
**fixable** 95:22
**fixed** 81:10
**flexible** 69:16 72:12
**floor** 33:19 79:8
**focused** 37:17
**focusing** 39:5
**follow** 61:20
**followed** 51:10
**following** 91:18
**follows** 3:3
**foregoing** 88:24
**forgive** 68:25
**form** 100:22
**formal** 93:12,14
**former** 22:11,15
**Forties** 82:20
**forty-five** 39:15,24
42:7
**forty-seven** 53:14,22
**found** 82:25
**frame** 76:24
**free** 93:13
**Friday** 1:12 32:16 56:18,18 57:5,8,9 60:1 77:8 78:6,15
**friends** 84:9
**front** 6:24 8:19 71:23 79:5,15,17 82:7
**frustrated** 65:9
**frustration** 64:20,23 65:4
**full** 3:6 16:5,7 18:23 29:17,20,22 30:12 36:21 75:23,25 97:20
**fully** 31:2
**full-time** 30:18 42:15 74:12,22 92:25
**funny** 59:4
**further** 101:6,10 102:11

**G**

**Gagliardi** 1:20,20 6:9 7:19 8:1,5 9:22 10:3,16 12:14,24 14:9,17,25 16:11 16:18 18:8 19:3 20:1,4,15 22:8,12 22:17 27:9 28:3 48:13 75:19 89:19 89:24 90:2 96:5 98:21 99:22,23 100:9,13,22 101:10
**Gagliardi's** 99:11
**GED** 16:2,3
**gender** 86:9,10,14
**generally** 6:19 57:15
**GEOFFREY** 1:22
**Geraldo** 56:9
**getting** 18:1 43:4,9 54:21 73:2 97:23
**girls** 15:12
**give** 26:16 33:23 46:20 47:22 48:1 61:14 63:15 70:23
**given** 46:13 47:4 53:25 54:4 75:17
**gives** 98:23
**giving** 32:25 40:14
**go** 4:20 8:6,25 15:24

23:18,21 24:15,16 25:2,5 26:9,12,25 27:2 29:3 30:3,6 30:25 33:14 43:25 45:6 46:24 50:9 52:12,13 56:6 57:20 58:5,18,21 58:23 59:14,17 60:21 65:16,19 67:21,22 68:3,6,20 69:1,3,12,13,17 71:11,12 72:3 73:9 73:15 75:10 76:20 77:11 80:22,25 81:1,3 83:12 85:7 87:14 90:21 93:12 93:16 94:25 97:9
**Godin** 1:5 11:2 25:13 26:7,25 27:3 27:12 34:16 43:8 43:10,13,16 44:1 49:2 92:16 94:12 99:15 100:4,7,17
**Godin's** 93:15
**going** 10:19,21,23 11:18 12:15,16,21 15:2 18:17 23:23 28:23 29:7 37:3 40:12 45:15 46:19 47:7 50:17,20 53:4 55:6,15,23 56:3 65:14 68:25 69:1 71:13,14 72:10,13 72:14,15 80:4,8,8 80:9,21,23,24 81:3 87:14 90:19 93:23 93:25 95:6 100:2
**good** 39:25 53:3 71:15,16 77:12
**gotcha** 28:15
**gotten** 77:10
**grab** 24:22
**great** 11:19
**guess** 68:22 79:16 95:4 97:23
**guy** 26:6 27:7 28:17 28:18 29:6 47:17 57:13 58:9 82:19 82:19 100:20,24
**guys** 97:13

**H**

**H** 2:6
**hand** 5:20 102:14
**handle** 51:17,21 80:7
**handled** 28:13 62:21
**handwritten** 36:13 36:22 37:4
**happen** 6:20 42:12 55:6 56:17 72:8 97:11,12,24
**happened** 41:4 59:19 66:5,9 73:1 97:16
**happening** 50:16 66:13 67:19
**happens** 5:25
**harassment** 48:20
**head** 3:19 4:1 28:25 53:11,12
**health** 76:4,6,8
**hear** 4:4 80:1
**heard** 62:6 90:19
**heart** 56:1
**hectic** 24:10
**help** 24:18 25:23 26:10 50:21 65:2
**helped** 65:2
**helping** 22:25 24:7 31:18
**hereunto** 102:14
**hesitate** 72:16
**high** 15:24 16:1
**higher** 40:8
**hire** 26:6 28:17
**hired** 21:4 22:24 23:22 31:20 70:16 75:6,8,14 84:16,18 84:19 93:4
**hiring** 20:22 72:8 86:2,7,13 87:6
**Hispanic** 86:21 87:3
**history** 59:6
**hobbies** 67:11
**home** 18:10 30:7 52:7,15,16,19,24 53:6,15,25 54:5 57:20 65:6,24 80:15,17 97:9
**honest** 46:10 82:23
**hospital** 56:7 78:3 80:22 81:3
**hostile** 46:24
**hostility** 44:17
**hour** 21:10 72:5,6
**hours** 29:18,21 49:17 50:15 51:14 62:10 63:3,8 64:6 69:17 72:11 96:10
**house** 67:21 72:11
**HR** 93:10
**Human** 6:25 22:16 91:11
**hurt** 68:1,4
**husband** 7:23 8:16 9:9 10:7 54:20 55:5 57:4 65:8,12 76:9,10 77:10 79:14 80:2,12 81:13,14 95:12
**husband's** 12:1 56:19 77:18 78:8 78:17 84:23

**I**

**idea** 53:24
**Identification** 35:13 87:17 91:2 99:2
**identified** 90:15
**identify** 54:8 90:9,12
**imagining** 54:2
**impact** 64:16 66:16
**impacted** 64:10 67:18,20 68:10,13
**impacts** 66:15
**important** 3:23 4:1 4:16 48:4,16
**inadvertently** 8:19
**inartfully** 97:23
**indicate** 35:3
**industry** 74:21
**infection** 54:24
**initially** 21:4
**inscription** 88:21
**instruct** 28:23
**instructed** 81:2
**Instruments** 16:24 17:16,20 21:17
**insurance** 17:8 20:8 76:4,6,8
**intended** 59:10
**intending** 59:8
**interested** 90:21 92:11
**interpreted** 59:10
**interrogatories** 2:11 5:9 6:14 7:5,8,11 7:17 9:20 54:8 88:4,11,25 92:5
**interrogatory** 89:12 89:15 90:3,5,7
**interrupt** 89:20
**interrupted** 32:7 69:19
**interview** 70:16,20 71:18,19 72:7,9,24 73:21 90:23
**interviewed** 70:18 72:21
**interviews** 70:15,24
71:1 73:1,3
**introduced** 25:14
**investigation** 47:8 47:22,25 93:18 94:8,17,24 95:7,9
**involve** 18:15
**involved** 12:23 13:9 13:13 14:23 17:22 67:6 95:12
**involves** 67:24
**Island** 1:1,11,12 3:8 6:25 14:20 15:20 15:22 22:16 74:6 91:11
**issue** 78:8 81:16
**issues** 22:6,10 27:3 62:19 66:22,24 76:18 77:15

**J**

**Jane** 1:10 102:20
**January** 74:24,25 75:15,16
**Jeff** 9:22 89:19
**jewelry** 19:12 74:21
**job** 8:13 16:10 19:24 20:5,18 24:22,24 24:25 26:14 27:7 30:16 32:22 39:4 41:23 46:4,12 51:8 55:14 60:16 61:7 64:3,4,21 68:17,18 69:16 70:21 71:6 72:4,17,23 73:21 73:22 78:19 90:8
**jobs** 21:20 22:5 23:17,17,18 73:8
**Joyce** 78:21 79:22

**K**

**K** 17:4,17 19:7,11 21:12,23
**keep** 3:17 33:16 46:23 79:2
**kept** 47:17 61:6,10 68:6 94:16,20,21
**kidney** 56:1
**kids** 54:16 55:4,22 56:20,23 57:16,20 58:4,5,22 59:18 60:21 62:15,17 67:20,23,24 72:1 77:11 78:13 80:6 81:1,4
**kind** 28:10,11 31:25 49:20 70:13 88:10 90:21
**kinds** 19:12
**knew** 12:15,21 54:14 57:10 70:6 83:15 83:22 85:11
**know** 4:21 8:19 10:1 10:5 11:22 17:18 27:18 29:20 38:4,5 38:21 40:2 41:7 44:2,7,12,13,13 46:16,19 52:7 53:1 54:13 58:14 61:9 61:22 62:20 71:4 77:17 81:24 82:23 83:1 84:1 85:1,2,2 85:6,12,25 87:5,11 97:4,4,13,21 98:14 98:14 100:3,18
**knowing** 55:14,14
**knowledge** 28:9 89:2 94:7,10 100:14
**K-Mart** 19:13

**L**

**labeling** 25:2
**laser** 74:18,20,23
**late** 37:7,12,13,14,21 37:23 56:8
**LAW** 1:20
**lawsuit** 10:8,9,15,21 10:25 11:4,15,20 12:13,23 13:5,6,8 13:14,19,20,22,23 14:8 99:6
**lawsuits** 14:23
**lawyer** 8:13 14:15 14:18,20 42:25
**lax** 62:11,25
**layoff** 19:6,23 21:24
**layoffs** 21:20
**leading** 50:2 76:25 77:6
**leads** 85:25 86:12 87:5
**learn** 31:23
**learned** 33:15
**leave** 23:16 26:12 27:17 42:5 50:10 58:3 69:18 78:2 80:9,11 85:1,5 92:17 96:9 97:17 98:1,10 100:2
**leaving** 56:25 58:16 68:16 77:1,8 97:25
**left** 18:7 19:2,22 20:14,25 21:22,23 29:25 30:1 42:22 46:17 56:6,18 57:8

57:9 69:10 77:23 77:25 78:6 85:6
legal 100:10
letter 10:17
letting 58:18,23 59:14
let's 29:23 76:20
lie 6:6
life 66:15 67:18
light 37:25
liked 64:22
limitate 51:13
line 17:21 18:1 58:25 91:17
lines 86:10
list 16:14
listen 46:25 80:5
listening 81:25
little 3:11 8:9 50:6 68:12 69:2 88:21 95:5
location 80:20 90:19
locations 90:18
long 15:14 18:4,25 19:20 20:12 34:9 36:10 41:15 42:4,8 46:15 50:15 61:3 67:25 89:14
longer 96:20
long-term 55:25
look 7:8 9:1 24:21 58:17 68:17,19 73:11
looked 7:10,12 8:23
looking 20:18 58:19 59:6 68:18 69:15 69:21,22 70:25
lost 19:4
lot 19:4 30:2 39:6,7 44:12 45:17 49:23 50:1 53:17 54:25 64:20,23,23 65:3,4 67:3 71:21 83:15 83:16 92:10
Louie 52:9
loved 72:12
lowered 63:21,24
lunch 40:22,25 41:18,21

M

M 17:4,17 19:7,11 21:12,23
machine 17:21
machines 18:16
Magnet 17:1,16 18:12 21:15 85:13
mailing 20:10
makeup 86:1
making 6:16 18:16 20:16 21:7,9 45:17 49:9 86:2
male 96:19,24 97:16
man 59:7
March 1:12 22:20 22:21 102:15
marital 8:5 15:6
mark 1:20,20 4:19 8:12 9:4,11 28:4 53:10 75:18 91:1
marked 35:12,13,15 87:17,19 91:2,4 99:1,2,3
marriage 15:16 67:5 84:11
married 15:7,14
matter 65:20
MATTHEW 1:23
mean 5:3,24 13:23 19:9 21:20 23:8 27:16 28:20 33:1 51:4 54:2 58:1,9 58:14 62:22 68:24 75:25 89:20 97:19 100:4
meaning 40:1,3
means 35:5
measure 64:8
measuring 18:20
medical 69:4 74:21 77:15
medication 55:1
meet 33:19 42:25 80:25
meeting 46:9,20 49:2 50:7,16,22 51:1,4,6 55:1,2,3 56:15,22 57:1,2,3 60:13,24 61:3,19 93:7,10,14,17,21 94:4
meetings 52:11,13
memory 9:24
men 86:10,11,18,20
mention 59:16
mentioned 25:4 32:23 50:7 69:1
met 53:10 59:21
Millsom 1:22 2:4 3:4 8:11 10:1,5 16:8 16:22 28:4,8 31:11 32:6 35:12 39:1 41:2 43:11 44:10 51:4 53:2 64:14
67:15 68:24 75:17 75:20 77:6 82:2 83:25 84:7 87:14 89:23,25 90:4,25 91:8 92:15 98:13 98:18 99:1 100:12 101:3,6
mind 3:17 30:11 35:10 40:13 68:21
minute 33:4 56:14
minutes 42:7,10 61:4 77:2
missed 77:17,21 78:10
missing 76:22
moment 24:13 65:15
Monday 32:8,14 56:15,16,22 57:6,7 57:23 59:22 78:13 80:10
money 20:25 21:2
monitor 18:20
month 63:2 72:19,20
months 18:6 19:21 29:14,15 76:13
morning 7:10,12 8:24 32:13 59:22 79:12 93:2
mornings 30:20
Mosquito 17:1,16 18:12 21:15 85:13
mosquitoes 18:23
mother-in-law 20:20 55:16 81:2
mother-in-law's 81:4
mouth 70:8
moved 15:22
movies 67:22

N

N 2:1
name 3:6 16:25 31:6 52:9,20,23 54:11 54:13,14 62:5 69:5 71:4 74:12,15 85:12,13
named 54:7
names 16:20 96:24 97:2
nationality 86:6
near 79:13 87:16
necessarily 87:8
necessary 10:2 59:5
need 3:18 4:18 15:4 23:21,24 24:20 26:2 29:3 46:20
50:12 61:9,15,15 97:20
needed 23:18,20 24:17,22,23 25:23 26:21 27:17 28:21 30:3 50:21 56:11 56:21 71:24
needs 4:3 74:3
neither 28:15 102:11
nervous 8:9
never 12:16,21 24:8 29:6 35:10 37:1 48:8,11 54:14 61:18,24 70:2 73:16 82:9 84:15 89:13 94:7,11,18 94:18 95:3
newspaper 73:14
nice 57:12
nicknames 97:2
nine 18:6 21:6
ninety 86:23 87:1
nod 3:25
nodding 3:19
non 87:3
nonverbally 3:22
non-Hispanic 86:22
noon 42:9
Noontime 42:2
Nope 39:14 75:11
Norma 31:6
normal 3:21 39:25 67:3 68:7
Notary 1:10 102:20
notation 36:13,23 37:4
note 99:14
noted 38:15
notice 1:10 48:25 99:19
noticed 45:12
November 72:20,24 73:4,5,5
number 37:8 38:6 39:15 40:8,11 89:11,12,15 90:8

O

oath 5:19 6:4,17 7:3 89:7,8 96:16 97:19
object 8:12 9:23
Objection 6:9 8:1,5 10:16 12:14,24 14:9,17,25 16:11 16:18 18:8 19:3 20:1,4,15 22:8,12 22:17 27:9 28:3
48:13 96:5 99:23 100:9,22
Objections 2:10 88:3
obligation 47:21
observe 98:6
obvious 66:16
obviously 53:16
occasion 8:16 22:14
occasions 98:2
occurred 14:8 95:17
October 73:6,7,7 93:7 94:2
odd 82:24,25
offer 10:2 76:6,14,16
offered 21:2 71:14
office 1:20 55:12 59:23 74:1 78:22 79:5,5,15,17
offices 1:11
oh 5:10 13:15 20:8 51:6 58:21 76:14 82:4 84:1,18 86:24 95:24
okay 3:7 4:6,11,15 4:23 5:10 8:22 11:19 16:13,24 23:8 24:19 28:8 42:3 53:2 55:21 58:2,8 59:21 60:17 68:17 80:10 82:2 84:3 89:18 93:11 94:3 97:2,22
old 15:22 16:5 70:1 101:1
older 82:19,20
once 13:4 42:19 43:22,23,24 98:7
opened 55:12
operate 18:18
opposed 99:16
order 4:5 17:15 19:10
order-taking 74:2
orient 76:23
originally 15:20
outside 52:11 67:11 67:17 84:9
overall 85:17
overlapped 84:15
overtime 63:4
oxygen 18:21
o'clock 30:5 78:3

P

P 1:20,20
Pack 19:8
package 19:14 24:20

25:1
**packaged** 23:20 24:16
**packages** 24:23
**packaging** 17:24 18:2
**page** 2:3,8 36:14 79:16,18,24 88:18 89:11 90:13 91:20 93:6
**paid** 52:16 72:2,4
**pains** 88:25 92:4
**paper** 5:7 61:11
**paperwork** 25:2
**paragraph** 88:22 92:8 93:6,16 94:6 95:11,16 96:8,18 99:14
**park** 67:23
**part** 12:5,7 19:16 22:24 23:1,4 25:23 26:10 29:9,16 30:12 81:19
**particular** 9:17 32:24
**parts** 79:2
**party** 102:12
**passed** 14:21 50:5
**Pawtucket** 90:20,22
**pay** 20:18 63:24 71:15,16
**payments** 20:11
**Pedro** 10:9,10,11 85:4,9
**penalties** 89:1 92:5 96:13
**people** 40:14 52:4,7 52:18,24 53:6,7,12 53:15,18,24 54:4 62:8,13,22 63:1,5 63:7 70:6 72:15 83:15,16 97:25,25 98:2,4,5,6
**percent** 86:17,17,19 86:23 87:1,3
**percentages** 86:16
**performance** 26:16 29:7 33:7,18 34:4 34:11,16,18,21 40:13
**period** 40:24 67:6 70:11 72:18 73:19
**periods** 96:20
**perjury** 6:11 89:1 92:5 96:14
**permission** 41:10 55:20 96:9
**person** 4:16 14:4,6,7 46:22 54:7 62:21 65:5 78:21 102:3
**personal** 95:11
**personality** 65:5
**pertaining** 48:19
**phone** 4:21 78:23 79:13,14 80:13,16 81:14
**phones** 20:11 55:19
**pick** 19:14 24:24 64:19 77:11 96:10
**picked** 19:10 81:7
**piece** 5:7
**pieces** 18:1
**pinpoint** 49:12 65:10
**place** 36:11 90:19
**placed** 35:14 87:18 91:3 99:3
**places** 16:15
**placing** 90:20
**plaintiff** 1:3,20 2:11 13:11,21,22,24 14:1 88:4
**Plaintiff's** 2:10 88:2
**plant** 25:24 26:10
**plater** 12:11
**play** 90:6
**Plaza** 1:12
**please** 16:17 32:6 35:12 51:13 53:2 54:18 55:18 61:17 64:12 89:16 93:13 94:22
**point** 29:9 30:8 37:22 41:17 68:11
**points** 36:15 38:8 39:21,22,23
**policies** 36:15 48:18
**Pollock** 1:11,21
**position** 18:5 22:23 28:11 64:3 73:25 92:8
**positive** 38:10
**possibility** 59:11,13
**possible** 50:6 54:11 59:8 68:7
**practice** 99:11,12
**Predominantly** 85:21
**prep** 79:10
**prepare** 4:24 25:1 43:1
**presence** 51:2
**present** 1:19,23 15:6
**presented** 38:11
**pretty** 11:11 12:7
55:8 62:11 81:7
**previous** 83:20
**primary** 92:12
**prior** 32:1 77:4
**privilege** 8:5
**privileged** 9:12
**Pro** 17:1 69:24
**probably** 3:13 5:8 9:3 42:3 54:4 75:17,20
**problem** 26:24 40:13
**problems** 29:4
**Procedure** 102:5
**procedures** 48:18
**proceedings** 3:1 102:9
**promised** 47:2 51:16 51:21 61:10
**prove** 47:7,9 61:18 94:23
**provide** 47:25
**Providence** 1:12 3:8
**Public** 1:10 102:20
**Puerto** 15:21
**punish** 63:7
**purpose** 35:15 87:19 91:3
**purposes** 9:22 63:25
**pursuant** 1:10 102:4
**pursue** 16:1
**pushing** 61:15
**put** 48:8 51:8 61:20 61:24 81:14
**putting** 18:2 63:3,4 65:11 70:10
**P.C** 1:11,21
**p.m** 101:12

**Q**

**QC** 52:10 79:10
**qualified** 70:4 100:10 102:3
**quantity** 38:2
**question** 3:24 4:8,13 8:21 9:1,2,6,21 30:17 35:16 37:19 39:1 53:6 68:12 83:21 89:11,14,17 94:25 97:23 99:7
**questioning** 94:21
**questions** 3:14 5:1,4 15:3 40:11 53:4 87:15 90:1,25 101:7,8,11
**quick** 63:6 101:4
**quit** 46:4,12 51:7,9 51:11,15,17,19
52:1
**quite** 85:6
**quitting** 61:7

**R**

**R** 102:1
**race** 86:6 87:7
**racial** 45:17 46:14 47:18 85:18 86:1 94:14
**racist** 45:17 49:4,10 51:2 61:8
**raised** 5:19
**Ramon** 79:7
**ran** 23:14
**Randy** 60:8 61:1 81:18,18 82:5,7,9 82:12,14 83:4,7
**rate** 75:6,8
**read** 5:13 36:13 37:6 38:2,6,13 88:24 89:4,16 93:13 98:24
**ready** 5:5 7:9
**real** 58:22
**really** 4:2 8:7,25 9:1 11:22 19:19 23:10 23:21 26:3 28:6 45:13,14 46:12,22 47:10 49:13,18 54:25 55:6 61:9,15 62:20 64:21,21 68:5,8,13 71:13
**reapply** 69:24
**reason** 27:17 35:7 58:23,25 63:1 98:10
**reasons** 59:14 62:4 77:3,3
**recall** 21:13 22:23 34:20 37:19 38:10 38:23 42:7 77:7
**receive** 31:25
**received** 10:17 11:17 89:21 96:9
**receiver** 92:9
**receiving** 17:22 22:25 24:7 29:24 30:20,23,25 31:5 31:16,19,23 78:23 79:1,4,9 92:12,16 92:18,24 93:2 97:6
**recognize** 35:17 36:6 87:22 91:5 99:7
**record** 3:6 91:8 101:5 102:8
**reduced** 64:6
**referring** 5:8 88:15
**reflected** 36:1 39:13
**reflects** 87:25
**refresh** 9:24
**regard** 87:7
**regular** 78:5
**relate** 66:8
**related** 11:9 37:21 57:22 58:10 64:17 77:13,14 83:16 84:11 85:9
**relationship** 59:7
**relationships** 83:20
**relatively** 58:13
**relayed** 65:18
**release** 68:22
**Relevance** 16:11,18 18:8 19:3 20:1
**relocated** 51:8
**remember** 8:23 9:16 13:21 14:3,8,15 16:12,14,16,22,25 17:3,7,20 18:4,7 18:25 19:2,20,22 20:14 21:4,15,21 22:19 23:4 24:2 29:12 33:11 34:10 34:11 35:23,25 36:10 37:23 38:17 39:3,5,12 40:8 42:14 43:20,22 44:4,22 45:19 46:6 49:9,14 52:9,23 53:19 54:25 62:5 71:6 72:2,18 75:13 88:13 89:6 93:24 94:1 96:24
**remembered** 76:17
**remembering** 93:25
**Rena** 41:9
**replacement** 31:13
**report** 28:18,19,22 47:23,24 82:14 93:17 94:11,18
**reported** 59:20
**reporter** 3:12 4:16
**request** 29:4 47:12 61:24 63:15 95:1 97:8
**requested** 51:12 55:7 93:12,14,17 96:9 102:12
**requirement** 25:1
**Resources** 70:4
**respect** 27:12
**response** 44:22 89:15 90:9

**responses** 2:10 88:2 89:1,22
**responsibilities** 27:12 92:21
**responsibility** 31:3 92:12,25
**rest** 23:16 86:19
**restate** 30:17
**restriction** 102:6
**result** 64:3 65:16
**resulted** 72:7
**RETAINED** 2:17
**retaliated** 63:11,13 63:16
**retaliation** 63:19 64:4
**retaliatory** 63:25 64:8
**retired** 31:12
**return** 78:2
**returns** 75:19
**review** 2:9 26:16 29:7 32:23 33:4,7 33:18,24 34:4,7,16 34:18,21 35:20,25 36:1,8,11,24 37:16 37:24 38:11,19,24 39:4,12,21,22 40:2 40:5,9 99:12 102:12
**reviewed** 9:25 99:19
**reviews** 34:11
**reward** 63:1,4
**Rhode** 1:1,11,12 3:8 6:25 14:20 15:20 15:22 22:15 74:6 91:11
**Richards** 1:6 25:8 25:25 26:13 30:15 32:12,13 33:2,3,20 34:14,25 37:15 38:17 41:8,9 43:3 43:19,25 44:22 45:6,20,23 47:21 48:6 49:2 50:24 55:17 56:11 57:10 59:7 63:14 85:12 93:7,14 94:21 95:5 96:18 97:7 99:16 100:5
**Rico** 15:21
**ride** 41:10
**right** 3:19 5:20 6:21 6:25 9:5 11:11 13:17 20:19 21:10 21:23,24 22:21 23:1 28:25 31:7 34:23 36:14 37:4 38:8 46:3 47:23 48:8,9,14 52:1,2,4 52:25 54:16 57:20 58:20 68:17,19 72:9 75:10,14,18 77:22 78:8 79:1 81:17 83:18 84:17 86:24 92:22 93:24 94:4 95:2,17 96:6 96:7,11,14,15,17 99:14 100:8 101:1
**Rights** 6:25 22:16 91:11
**right-hand** 39:15
**Riverside** 74:6
**role** 32:21
**Roman** 10:10,11
**room** 4:17 18:22 33:19 55:14,24 58:4 60:6,9 80:25 96:10
**ropes** 26:2
**roughly** 93:23
**row** 62:7
**rude** 83:8,9
**Rule** 102:6
**Rules** 102:4,6
**run** 55:13
**running** 17:21
**rush** 23:17,25 30:4,4 30:4

**S**

**S** 2:6 37:10
**sales** 81:19
**sarcastic** 57:24 58:9 58:13 59:1
**sarcastically** 57:25 58:6
**sat** 79:4
**saw** 9:13 35:23 53:10 65:21 73:14 85:24 88:9 94:18
**Sawyer** 69:3,6,11,12
**saying** 10:17 39:3,4 42:3 47:11 48:2 51:25 59:17 81:25 82:1
**says** 37:12 38:2,5,5 38:14 88:24 91:17 91:25 92:1
**scarlet** 54:22 55:25
**schedule** 29:17
**school** 15:24 16:1 62:18 68:21 69:2,3 69:5,11,12,18
**search** 90:9
**seat** 60:9
**second** 4:17 17:9 36:1,3,4,8,11 71:18,19 89:20 93:6
**section** 36:14,17 37:3
**see** 20:22 32:9 36:17 37:3,10 39:15 42:23 44:25 46:7 57:6 65:16 66:11 66:22,24 72:10 86:3 87:25 88:4,19 88:21,22 90:13,23 90:23 91:15,18,20 92:2 93:8 94:8,9 94:15 96:22 97:8 97:24 98:9 99:17 100:15,16
**seeing** 38:21 40:8 65:20 66:3,8
**seek** 66:11
**seen** 35:21 37:1 45:14 88:8 98:16 99:9
**sell** 74:20
**send** 25:24 70:19 81:8 99:11
**sense** 6:7 21:19 23:14 37:13 39:24 86:16 97:15
**sent** 50:21 71:22 79:22
**serious** 46:17 55:9 95:12
**seriousness** 56:4
**set** 2:11 29:17,18 88:3 102:14
**seven** 38:7,8 89:11
**sexist** 45:18 46:14 47:18 49:4,10 51:1 94:14
**shake** 3:25
**share** 43:14
**shed** 37:25
**Sheehan** 1:11,21
**sheet** 2:9 35:20
**shift** 45:8,10
**ship** 19:15 23:15
**shipper** 28:25 92:9
**shipping** 17:22 19:16 22:25 23:6,9 23:11,12 24:6,7,10 24:11,15,20 25:4 25:20 28:22 30:2,7 30:24 31:24 45:10 50:9,11,14,17,23 60:3 74:2 78:23 92:13,16,19,23 93:2
**shop** 79:8
**shorthand** 3:14
**shortly** 42:15 45:9,9 77:25
**show** 26:14 33:23 59:8 63:2 71:8 72:14
**showed** 24:13
**showing** 9:23 26:1 27:6
**shown** 36:23
**shows** 46:21
**sic** 51:13
**sick** 26:21 29:4 54:16,19 55:5 56:23 62:18
**side** 11:13,13
**sign** 5:6 98:20
**signature** 88:19,22 91:21,23
**signed** 5:2,17 6:13 6:23 7:4,7,11,17 8:25 9:18 88:9 89:4 91:25 96:13 98:21,22
**significance** 5:22 6:3 39:18 48:12 77:1
**significant** 67:12 77:2
**signing** 7:2
**similar** 91:9
**simple** 89:13
**single** 47:1 61:23 71:24
**sister** 12:20 41:1,2,9 84:23
**sister's** 10:13
**sister-in-law** 40:25
**sitting** 58:20
**situation** 47:9 51:12 51:17,21 55:17 56:5,24 59:1,3,9
**six** 76:12
**sixth** 91:25
**sixty** 39:22,23,25
**skids** 18:3
**sleep** 66:21,24
**sleeping** 66:22
**slow** 30:5
**small** 62:14 65:1
**sold** 18:17
**somebody** 14:24,24 30:8 33:19 81:10 81:12 100:16,17 100:18
**son** 54:23 62:18
**Soriano** 11:6 31:21
**sorry** 3:20 8:20 9:3 13:15 20:8 32:5,6 38:25 45:9 49:8 57:3 59:2,24 63:23 67:1 69:19 73:13 76:15 82:4 86:5 89:20 95:24
**sort** 16:14 19:12 26:1 31:13 58:8,8
**sound** 5:11
**sounds** 54:3 78:14
**Spanish** 85:20 87:2 87:8,8
**speak** 3:18 32:20,22 41:8 65:2
**speaking** 6:19
**special** 18:2
**specifically** 38:17
**specifics** 8:7
**Speculative** 28:3
**spell** 69:7 74:17
**spend** 67:11
**spending** 50:23
**spent** 97:7
**split** 86:9
**spoke** 32:9 45:19 60:10,17,17 77:25 81:15
**spoken** 22:6 40:21
**spring** 22:3
**Staff** 17:2 69:25
**staffing** 16:19 17:11
**stand** 18:22
**start** 3:5 29:24 30:9 30:14 69:15 74:18 74:23
**started** 5:19 7:18 8:20 16:5 21:21 22:19 23:1 24:5 29:16 30:18 31:2,7 34:7 52:18 66:3 68:18 69:21,22 70:10 72:20,23 73:2,20 74:8 83:22 83:24 84:2,10 92:18,23 99:25 100:14
**starting** 16:15 50:18 52:10 73:19
**state** 1:11 3:5 91:11 94:6 96:18
**STATES** 1:1
**status** 15:6

stay 24:11 27:19,21 27:22 37:10,13,21 37:23
stays 37:7,12,13
stop 20:22 29:9 41:13,14,16,23,24 45:2 89:19 94:15
stopped 41:24
stores 19:15
story 41:6
straight 24:15
strange 3:11
street 3:7 100:17
strep 54:23,24 55:24
stress 64:19,21 65:4 65:9,17,19 66:5,12 68:23
stressful 64:13
strike 49:22 83:20 85:24
stuff 8:13 19:13 20:2 30:2 56:20 62:17 62:18,25 88:9 94:1 97:10
subject 34:20 37:16 37:24 44:13
subjected 7:3
submit 88:25
sued 14:4,24,24
suggested 93:20
suggests 87:11
Summarize 44:11
summarized 77:16
summer 22:3
supervised 27:14 100:1
supervising 25:19
supervision 27:6
supervisor 22:7 24:17 25:5,9,13,17 26:3 32:21 56:3 57:11 82:14 99:17 100:1,5,15
supervisors 25:12 100:6
supervisory 27:3,11
supplemental 89:21 90:1,2,5
Support 2:13 91:13
supported 65:12
supposed 31:13
sure 5:2,3 18:16 23:7 55:6 56:1 81:23 82:20,22 85:6 89:21,23,24
suspect 35:7
swear 44:19
swearing 45:16 47:19
switched 29:16 30:12
swore 5:20
sworn 3:3 91:25 92:4 102:7
symptoms 55:22 65:17
S-A-W-Y-E-R 69:8

T

T 2:6 102:1,1
table 24:22
take 4:19 26:21 28:5 30:4 42:4,17,20,20 42:25 47:2 54:20 54:20 55:8,23 56:19 57:22 58:3,5 58:21 59:17 60:21 64:14 67:22 70:22 73:13 76:8,15 77:12 86:3 89:16 90:7 101:4 102:4
taken 1:9 3:9 7:9 64:15
takes 86:1,6
talk 3:16,17,25 4:1 4:19 7:18 8:7 9:13 11:2,3 12:12 20:8 26:22 34:1 36:3 37:15 39:14 41:17 44:24,25 45:14 56:3,11,21 62:22 68:5 69:2 80:10 81:13 93:6 99:22
talked 8:17 9:4,10 9:11 10:7 40:6 42:11 46:11 50:23 56:25 57:4 66:16 76:20 78:21 85:9 88:7 89:7 90:10 92:10
talking 32:22,25 34:20 35:1 37:17 38:15,18,23,24 39:4,5,6,7,8 44:15 45:11 46:16 64:18 76:21,21 77:1 98:20
talks 38:4,10
tax 75:19
tell 4:10,24 5:20,25 6:20 8:4,14,17 9:4 9:9,10 10:20,24 26:9,12 27:2,18,21 34:6 37:19 43:3,8 43:13 46:5 54:18 56:11 59:19 64:12 71:1 78:17 83:21 85:5 95:6 100:16
telling 11:18 25:21 55:2 61:11 69:19
temp 69:24 70:2,5 71:5 72:21 73:8 90:10
ten 15:23 38:8 86:19 87:3
tend 62:15
term 6:11
terminate 63:7
terminated 19:24 20:5 36:11 49:15 49:16,23 57:19 59:25 60:1 61:5,6 62:4,6 77:21 78:4 78:10 81:21 82:7 96:21 97:13,14
terminating 60:10 63:16
termination 31:10 32:2,15 64:10 76:22,25 77:5
terms 26:18 85:18 86:17
terrible 39:1 83:21
tester 18:14
testified 38:21,22 95:2
testifies 3:3
testifying 95:13
testimony 8:4 88:16
Testing 18:16
tests 56:2
Texas 16:24 17:15 17:20 21:17
Thank 101:7,9
therapist 65:20,21 65:23 66:8,11
thereabouts 77:6
thereto 102:6
thing 8:11 28:21 42:3 67:21 94:16 95:1
things 3:18 6:20 10:24 11:18 18:21 27:15 33:13 44:19 45:15,16 47:1 59:15 65:8 68:7 77:13 81:8 94:21
think 4:9,9,13,13 5:8 9:3 10:1,3 28:10 30:11 37:12 42:3 42:10 43:3,8 46:2 46:10 47:12 48:16 48:22 52:24 53:7,9 53:16,16 54:7 56:4 57:15,22,24 59:4,4 61:5,6,14 62:5,14 62:19 88:7 90:4,5 93:23 99:9
thinking 28:6
third 70:15 72:7,24 73:21,21
thirty 42:10 96:18
thirty-two 29:21
thought 35:10 53:18 53:18 57:14 58:23
threaten 51:7
threatened 44:21 51:9,11,19
three 15:15 38:2 62:7 90:13 96:9
throat 54:23,24 55:24
throw 44:19
throwing 45:16
Thursday 78:14
time 3:16 4:2 7:11 7:17 8:12,12 16:6 16:7 20:2 22:7,24 23:2,4,4,7,10 24:8 25:9 29:4,9,10,17 29:17,20,22,24 30:8,12,12 31:9 32:10 33:5 36:21 40:22,24 41:18,22 42:1,17,20,25 43:6 43:7 44:15 45:2,25 46:5 49:6,9,13,18 50:4,23 53:19,25 54:5 55:8 58:10 61:12 62:3 67:6,12 67:25 70:11,13 72:18 73:19 75:23 75:25 76:21,22,24 76:25 77:2,14,17 79:6 82:10 89:16 92:22 95:11 96:20 97:7 98:11
times 11:15 12:12 43:25 44:2,3 61:19 61:22 95:4 97:15 97:24 98:3,9
timing 21:20
tiny 65:1
title 18:14 91:15
titled 88:2 91:12
today 4:7,25 6:17 7:4,7,12,18 89:7 92:6,10 93:20 96:16 101:7
told 28:16 29:6 53:8 56:18,23 73:12 82:3
toll 68:10
top 36:13 90:7,12 91:15
total 97:18
totaled 95:19,23
trained 31:1,2 92:24
training 25:19 26:3
transcript 102:8,12
transfer 79:16
transferred 79:18
treat 65:17
treatment 66:12
trick 4:7
tried 46:18 68:6
Triple 81:8
trucker 85:8
trucking 85:8
true 49:6,8 89:2 95:21,21 96:2,4,11 102:8
truth 5:20 6:1,20 10:22
try 24:24 51:13 56:6 69:1 98:25
trying 46:22 50:6,13 65:10 68:20,21 95:4
Tuesday 55:10 78:14
turn 18:18 76:16 83:6 88:18
turned 58:20 71:2 71:15,22
twenty 36:15
twenty-three 95:16
twice 90:12,16
two 3:18 11:2 15:11 15:12,12 17:18 33:12 37:3 61:4 70:15,24 71:1 72:21 73:1 76:25 77:4,16 90:13 92:8 98:8,9
type 3:16 18:21 47:8 49:19
typical 24:13
typically 41:25
typing 3:13
typist 4:3

U

Um-hmm 21:1 33:6 36:5 37:5 51:20 53:21 54:10 57:21

70:9,12 72:25 79:9 79:23 83:25 85:16 86:25 87:4,21 88:20 90:11 99:5
**uncomfortable** 44:20
**underlined** 36:17
**underlining** 36:22
**underneath** 89:14 99:14
**understand** 4:8 5:22 5:24 6:3,16,19 7:2 23:2,22 25:16 26:1 26:2 62:8,23,23,24 68:9 86:3 89:6 92:4,10,11 97:20 98:22
**understanding** 28:9 92:14,15
**understands** 10:4 56:4
**understood** 47:21 48:12
**UNITED** 1:1
**unusual** 3:15
**upset** 43:13 46:7 58:2,15
**use** 50:13 55:19 74:20 89:13,13

**V**

**v** 1:4 17:8
**vacation** 26:21 93:5
**verbal** 62:1
**verbally** 3:22
**version** 48:1
**versus** 86:21

**W**

**Wal-Mart** 19:13
**want** 4:19,20,20 8:14,17,18 9:8,9 9:10 13:7,16 16:20 41:5,7 44:7,12,13 46:12,23 55:13 56:1,14 71:12 76:23 89:24 92:9
**wanted** 26:9 37:23 41:16,23 46:24 52:12 71:11 90:15
**warning** 31:25
**wasn't** 19:5,19 20:16 23:10 28:6 47:19 49:18 51:10 53:14 55:3 56:20 60:3,13 60:15 63:9 65:2 66:18 67:3 70:25 77:12 81:16 95:21 95:23,25 96:2
**watch** 67:22 81:25
**watching** 97:11,12
**water** 4:20
**way** 3:22 16:13 23:14 28:12,13,14 33:17 46:18 47:7 50:20 54:3 58:6,8 58:10 61:17 65:5 67:2,5,20,25 68:13
**ways** 4:18
**Wednesday** 55:10 55:11 58:3 59:24 77:23 78:11,12
**week** 24:2,4 49:14 49:16,23 51:3,3 76:2 77:21 78:4,10
**weekend** 54:19 56:23
**weekends** 67:22
**weeks** 29:14 50:1 76:25 77:4,16
**welders** 74:20
**went** 5:1,1,3 8:3,8 12:16,21 20:18 44:14 55:10,11 57:5 59:23 68:2 69:23 70:15,24,24 75:11,13 79:20 81:1 85:7 93:4,24
**weren't** 54:21 55:19 62:12 65:7 69:16 71:8 95:6 97:9,13
**we're** 42:3 67:23 80:9 87:16
**WHEREOF** 102:14
**wife** 12:1
**wish** 89:16
**witness** 2:3 3:20 8:22 16:7,20 28:5 31:10 32:5 38:25 41:1 43:10 44:7,11 49:8 51:3 67:14 77:4 82:4,21,22 83:24 84:6 92:14 98:11,17 101:9 102:7,14
**women** 86:17,19
**word** 13:23 17:9 37:10 38:4 70:8 89:13 99:15
**words** 5:6 42:4
**work** 4:12 7:15 12:3 12:7,8 18:17 20:17 24:13 26:24 27:8 29:18 31:5,23 33:13,14 36:21 38:3 40:25 41:11 42:6,17 43:4,9,14 43:14 45:12 46:25 49:21,22 50:6,20 51:14 52:7,11,16 55:10,12,16 59:20 62:13 63:3 67:11 67:13,18 68:15,22 69:17,21,23 70:6 70:14,16 71:11,19 73:11 77:24 78:5 78:18,19 83:10 84:10,16 93:1 96:9 96:20 97:6 98:10 100:20,24
**worked** 11:11 12:2 16:15,24,25 20:21 23:5 49:16 52:9,24 53:6,12,15,24 60:2 62:21 69:25 78:4 78:13,22 79:11,12 79:13 81:19 83:16 84:1,5,8 85:11,13 85:15
**workers** 96:21
**workforce** 85:17 86:9
**working** 12:5 16:5 17:7 22:24 23:1 25:18 31:15 46:22 46:23 47:10 50:1,4 52:18 53:19 54:5 60:4 61:9,11 62:9 71:9,13,20,21 72:11,15,15,20,23 74:8 79:3 83:17,21 84:8,10 98:12 99:25 100:14
**workplace** 48:20
**works** 52:15
**worry** 46:25
**worse** 55:11
**wouldn't** 50:14 51:11 63:14 70:21 70:23 100:19,21
**wrapped** 24:23,23
**writing** 46:21 47:3 47:13 48:2,4,6,8 48:12 61:20,24 63:15 94:23 95:1
**written** 9:7 33:24 47:22 93:17
**wrong** 4:10,10 64:25 93:20 100:4
**wrote** 40:16

**X**

**X** 2:1,6

**Y**

**yeah** 8:11 18:20 44:10 47:11 88:9 89:25 90:4 94:3 99:21
**year** 14:11 15:4 19:1 20:13 65:25 66:1,2 76:16
**years** 14:13 15:15 20:21 84:6
**yell** 44:19
**yelling** 45:16
**Yepes** 17:8,10 20:9 20:25 21:8
**younger** 82:19
**Y-E-P-E-S** 17:10

**Z**

**Zarava** 21:8
**Zerada** 20:9
**Zerava** 17:8 20:25

**$**

**$7.00** 21:9,10

**0**

**03** 22:1
**06** 92:1 95:11
**07** 74:25
**07-331S** 1:4
**08** 75:2,3

**1**

**1/19/2010** 102:21
**10** 59:20
**10th** 32:16
**10.50** 75:9,10,11
**10:00** 55:12 59:22
**10:15** 78:1
**10:30** 77:24 78:1
**11.50** 71:17 72:4,4,9
**11:00** 23:6 30:9,14
**11:50** 75:11,13
**12** 75:5,10,12
**12:37** 101:12
**13** 88:18
**14** 1:12
**17** 93:16
**17th** 102:15
**19** 94:6
**1981** 15:5

**2**

**2003** 21:25
**2004** 22:21
**2005** 93:8 94:2
**2006** 16:4 54:16 59:20 92:1 95:17
**2008** 1:12 102:15

**3**

**3** 2:4 95:17
**3rd** 77:8,18
**3:30** 30:1,6 50:10,18 92:17 93:1,2
**30** 102:6
**35** 2:9

**4**

**4th** 54:19
**4:00** 23:20
**4:30** 60:3,5
**4:45** 78:3
**401(K)** 76:11
**44** 3:7

**5**

**5th** 54:20
**5:00** 23:15 29:25 30:4 56:7 76:1 78:3

**6**

**6** 32:8,14 43:5
**60/40** 86:18

**7**

**70/30** 86:18

**8**

**8.50** 21:14
**8:00** 76:1
**8:30** 77:25
**87** 2:11

**9**

**9:00** 29:23,23 30:22 31:2
**9:30** 1:12
**9:40** 3:1
**91** 2:14
**99** 2:15