UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ENID BONILLA

vs. C.A. No. 07-331S

ELECTROLIZING, INC., ALAN GODINand DAVID RICHARDS

DEPOSITION OF ALAN GODIN, a Defendant in the above-entitl Plaintiff, before Linda L. Guglielmo, RPR-RMR, a Notary Publi Island, at the offices of Adler, Pollock & Sheehan, PC, One ( Island on April 1, 2008 at 9:30 A.M.

APPEARANCES:

FOR THE PLAINTIFF.........LAW OFFICE OF MARK GAGLIARDI

BY: MARK P. GAGLIARDI, ESQUIRE

FOR THE DEFENDANTS........ADLER, POLLOCK & SHEEHAN, PC

BY: GEOFFREY W. MILLSOM, ESQ.

ALLIED COURT REPORTERS, INC. ]

CRANSTON, RHODE ISLAND 02920

A. Yeah. I guess you could assume that was a good reason for firing somebody.
Q. Do you know anybody that was fired for absenteeism?
A. No.
Q. When Enid Bonilla was fired, were you surprised?
A. Yeah, I guess so, because we work -- like I said, we worked well together. I didn't have too many problems with her.
Q. Did you ask Dave Richards why he fired her?
A. No.
Q. Who did they replace her with?
A. I believe it's Ken, the guy I'm with now.
Q. Ken who?
A. O'Rourke.
Q. You've been working -- is Ken O'Rourke -- I'm sorry, Ken O'Rourke is still employed there?
A. Yes.
Q. So he started working with Enid Bonilla, was terminated, he's been there ever since?
A. There's a little span in between we didn't have nobody. But I'm pretty sure to the best of my ability he was brought in after her, yes.
Q. How do you get along with him?
A. I get along good -- I get along good with