UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ENID BONILLA, :
Plaintiff, :
:
v. : CA 07-331 S
:
ELECTROLIZING, INC., :
ALAN GODIN, alias, :
DAVE RICHARDS, alias, and :
any and all defendants, :
Defendants. :

**ORDER**
**GRANTING IN PART**
**MOTION TO EXTEND DISCOVERY DEADLINE AND OTHER DATES**

Before the Court is Plaintiff's Motion to Extend Discovery Deadline and Other Dates Set Forth in Pretrial Order Dated January 11, 2008 (Document ("Doc.") #19) ("Motion to Extend Discovery" or "Motion"). A hearing on the Motion was conducted on April 28, 2008.

The Court has in large measure denied Plaintiff's Motion for Leave to Amend Complaint, see Memorandum and Order Denying in Part and Granting in Part Motion for Leave to Amend Complaint (Doc. #31) and granted Plaintiff's motions to compel further discovery responses only to a limited extent, see Order Re Plaintiff's Motions to Compel (Doc. #32). Almost all of the reasons advanced by Plaintiff for the extension have either been negated by these rulings or effectively countered by the arguments contained in Defendants Electrolizing, Inc., Alan Godin and David Richards' Memorandum in Opposition to Motion to Extend Discovery Deadline (Doc. #23) ("Defendants' Opposition").[1]

---

[1] The Court accepts the representation that Plaintiff received Defendants' answers to discovery requests in December of 2007. See Defendants Electrolizing, Inc., Alan Godin and David Richards' Memorandum in Opposition to Motion to Extend Discovery Deadline (Doc. #23) ("Defendants' Opposition") at 6. The fact that Plaintiff did not

The only reason advanced by Plaintiff for the extension which the Court finds persuasive is that Defendant Dave Richards ("Richards") has moved out of state and that this circumstance has made it more difficult to obtain his deposition. While Defendants suggested that this problem may not have arisen if Plaintiff had moved more promptly to depose Richards, the Court will grant the Motion to Extend for the limited purpose of allowing Plaintiff to depose Richards.

Accordingly, **the deadline for fact discovery is extended to May 31, 2008, for the limited purpose of allowing Plaintiff to depose Richards.** No additional factual discovery may be conducted during this period without Defendants' consent. **The deadline for filing dispositive motions is extended to June 16, 2008, and the deadline for filing pretrial memoranda is extended to thirty days after the decision on any dispositive motion, or, if no dispositive motions are filed, June 30, 2008.**

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
May 2, 2008

file the motions to compel further discovery responses until March 31, 2008, more than three months later, weighs against the granting of the instant Motion.