UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ENID BONILLA,
Plaintiff,

v.  CA 07-331 S

ELECTROLIZING, INC.,
ALAN GODIN, alias,
DAVE RICHARDS, alias, and
any and all defendants,
Defendants.

**NOTICE OF**
**COMPLETION OF IN CAMERA REVIEW**
**AND RULING**

In accordance with the procedure stated in the Order Re Plaintiff's Motions to Compel (Document ("Doc.") #32) at 4, the Court has completed its *in camera* review of the personnel file of Defendant Alan Godin. The Court has determined that some documents should be provided to Plaintiff.[1] Accordingly, the Clerk will release these documents to Plaintiff's counsel on or after May 8, 2008. Counsel for Defendants may review the documents prior to that date (solely for the purpose of informing himself which documents are to be released to Plaintiff).

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
May 2, 2008

[1] The Court has considered Defendants' claim that the "flagged ... top document," Letter from Millsom to Martin, M.J., of 4/30/08, in the personnel file is privileged and irrelevant. However, the Court is unpersuaded that the document is privileged and finds that it is relevant. While the document is dated July 6, 2006, and was apparently created after Plaintiff's employment with Electrolizing, Inc., ceased, it refers to earlier events or happenings.