**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ENID BONILLA,<br>Plaintiff | : | |
| v. | : | C.A. No. 07-331S |
| ELECTROLIZING, INC.,<br>ALAN GODIN, *alias*,<br>DAVE RICHARDS, *alias*, and<br>any and all defendants,<br>Defendants | : | |

**PLAINTIFF'S MOTION TO EXTEND THE TIME FOR FILING AN APPEAL OF MAGISTRATE JUDGE MARTIN'S MAY 2, 2008 ORDER**

Now comes Enid Bonilla, the Plaintiff in the above-captioned matter, and hereby move this Honorable Court to extend the deadline within which to appeal Magistrate Judge Martin's May 2, 2008 Order denying, *inter alia*, Plaintiff's Motion for Leave to Amend the Complaint from May 12, 2008 to May 16, 2008.

As grounds for her Motion, Plaintiff states that as of the date of the filing of this motion, she has yet to receive her expedited, requested copy of the transcript from the April 28, 2008 hearing upon which the May 2, 2008 order is based (the "Transcript"). On May 12, 2008, Plaintiff was informed that she will not receive the Transcript until May 13, 2008 at the earliest. Without the Transcript to reference, Plaintiff is concerned that she will be unable to accurately represent statements made during the April 28, 2008 by her attorneys, opposing counsel, and the Court.

Enid Bonilla
By Her Attorneys,

/s/Mark P. Gagliardi (#6819)
111 Wayland Avenue
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)
e-mail: mark@gagliardilaw.net

/s/Brandon S. Bell (#5871)
120 Wayland Avenue
Providence, RI 02906
(401) 272-6303
(401) 277-4163 (fax)
e-mail: bbellesq@aol.com

**CERTIFICATION**

I hereby certify that on this **12th** day of **May**, 20**08**, I filed electronically this Motion with the Clerk of the U.S. District Court for the District of Rhode Island. The following counsels of record have received notice electronically:

Geoffrey W. Millsom, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
gmillsom@apslaw.com

Adam M. Ramos, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
aramos@apslaw.com

Richard R. Beretta, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
rberetta@apslaw.com

/s/Mark P. Gagliardi