UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ENID BONILLA,<br>Plaintiff,<br><br>v.<br><br>ELECTROLIZING, INC.,<br>ALAN GODIN, alias,<br>DAVE RICHARDS, alias, and<br>any and all defendants,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 07-331 S |

**ORDER**
**GRANTING MOTION**
**TO QUASH SUBPOENA**

Before the Court is Defendants' Emergency Motion to Quash Plaintiff's Subpoena to ADP, Inc. (Document ("Doc.") #30) ("Motion to Quash"). The Motion to Quash is GRANTED because the Court agrees with Defendants that the subpoena seeks irrelevant documents, see Defendants' Memorandum in Support of Emergency Motion to Quash Plaintiff's Subpoena to ADP, Inc.,[1] at 4-6, and also agrees with the additional arguments contained in Defendant's [sic] Reply Memorandum in Further Support of Their Emergency Motion to Quash Subpoena to ADP, Inc. (Doc. #38).

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
May 14, 2008

[1] This document is attached to the Motion to Quash (Doc. #30).