**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ENID BONILLA,
Plaintiff

v. C.A. No. 07-331S

ELECTROLIZING, INC.,
ALAN GODIN, *alias*,
DAVE RICHARDS, *alias*, and
any and all defendants,
Defendants

**PLAINTIFF'S EMERGENCY MOTION TO COMPEL TELEPHONIC DEPOSITION OF DEFENDANT DAVE RICHARDS**

Now comes Enid Bonilla, the Plaintiff in the above-captioned matter, pursuant to Rule 30(b)(7) of the Federal Rules of Civil Procedure, and hereby moves that this Honorable Court compel the telephonic deposition of Defendant Dave Richards on or before May 31, 2008.

As grounds for her Motion, Plaintiff relies on her Memorandum attached hereto and made a part hereof.

Enid Bonilla
By Her Attorneys,

/s/Mark P. Gagliardi (#6819)
111 Wayland Avenue
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)
e-mail: mark@gagliardilaw.net

/s/Brandon S. Bell (#5871)
120 Wayland Avenue
Providence, RI 02906
(401) 272-6303
(401) 277-4163 (fax)
e-mail: bbellesq@aol.com

**CERTIFICATION**

I hereby certify that on this **23rd** day of **May**, 20**08**, I filed electronically this Motion with the Clerk of the U.S. District Court for the District of Rhode Island. The following counsels of record have received notice electronically:

Adam M. Ramos, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
aramos@apslaw.com

Geoffrey W. Millsom, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
gmillsom@apslaw.com

Richard R. Beretta, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
rberetta@apslaw.com

/s/Mark P. Gagliardi