SOUTHWEST.COM

Home | About Southwest | Help

Book Travel | Special Offers | Travel Tools

AIR | CAR | HOTEL | CRUISE | VACATION PACKAGES | TRAVEL SUMMARY

PLAN TRIP → SELECT FLIGHT → PRICE → PURCHASE → BOOKED → SELECT CAR

# Southwest Airlines Air Itinerary and Pricing

## Air Itinerary

| Trip | Date | Day | Stops | Routing | Flight | Routing Details |
|---|---|---|---|---|---|---|
| **Depart** | May 28 | Wed | 1 | PVD-BWI-RDU | 2184 | Depart Providence (PVD) at 11:40 AM<br>Arrive in Baltimore (BWI) at 12:55 PM |
| | | | | | 2563 | Change planes in Baltimore (BWI) departing at 2:40 PM<br>Arrive in Raleigh (RDU) at 3:45 PM |
| **Return** | May 30 | Fri | 1 | RDU-BWI-PVD | 3845 | Depart Raleigh (RDU) at 8:35 AM<br>Arrive in Baltimore (BWI) at 9:35 AM |
| | | | | | 2097 | Change planes in Baltimore (BWI) departing at 10:05 AM<br>Arrive in Providence (PVD) at 11:15 AM |

## Pricing

| Passenger Type | Trip | Routing | Type of Fare | Base Fare | U.S. Taxes | PFC | Security Fee1 | Passenger(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| Adult | **Depart** | PVD-BWI-RDU | Anytime | $167.44 | $19.56 | $9.00 | $5.00 | 1 | $201.00 |
| | **Return** | RDU-BWI-PVD | Anytime | $167.44 | $19.56 | $9.00 | $5.00 | 1 | $201.00 |
| | | | **Total** | **$334.88** | **$39.12** | **$18.00** | **$10.00** | | **$402.00** |

1 Security Fee is the government-imposed September 11th Security Fee.




**Save $20 and receive an instant line of credit, today!**
Apply for instant credit with the Southwest Airlines Rapid Rewards Visa Signature card and save $20 on the first statement. Plus, get 8 bonus Rapid Rewards credits - halfway to a roundtrip Award! **Apply Now!**.

## I accept the conditions of travel for Fare Types listed above and want to complete this purchase.

**(Note: Please click on each Fare Type link individually to view associated rules, as the restrictions for each fare may vary slightly.)**

[ Go To Next Step - Purchase >> ]

**Start Over** **Need help booking travel?**

## Review Details – Step 4 of 6

**Courtyard Raleigh Cary**

Cary, NC | More hotel information

Please review the reservation information, then click **Continue** to add guest and credit card information.

### My Stay

**Check-in:** Wednesday, May 28, 2008
**Check-out:** Friday, May 30, 2008
**Number of rooms:** 1
**Number of guests:** 1

### Room Preferences & Description

Edit preferences

**Guest room, 1 King Room details**

This hotel has a smoke-free policy

No room preferences were selected.

### Summary of Charges

No booking fees when you reserve on Marriott.com!

| Summary of Room Charges | Cost per night per room (USD) |
|---|---|
| Wednesday, May 28, 2008 - Friday, May 30, 2008 (2 nights) | 159.00 |
| Regular rate , 1 king bed, 1 sofa sleeper,free HSIA, 2 phones,work desk,in room coffee,iron/ironing board | |
| Estimated government taxes and fees | 20.27 |
| **Total for stay (per room)** | **358.54** |

- Complimentary on-site parking
- Changes in taxes or fees implemented after booking will affect the total room price.

### Rate Rules

**Holding Your Reservation**

- We will need a credit card number to reserve your room.

To make reservations by phone, call 1-888-236-2427 (toll-free) in the USA and Canada (or any of our worldwide reservation numbers).

pluses
of booking on marriott.com

Booking Here: The Benefits Add Up

- The lowest rates, guaranteed.
- No online booking fees.
- No hidden costs — see all charges up front.

Learn More

Currency calculator

Hertz

Rates and Reservations
Get A Quote...Reserve a Car
Cancel a Reservation
View/Modify a Reservation
Special Offers
Locations, Cars, and More
#1 Club
Partners
Investor Relations
Business to Business
Travel Agents
About Hertz
Other Hertz Operations
Customer Support

Login

Not yet a Member?

Join Now

Step 1 Step 2 Step 3 Step 4 **5 - CONFIRMATION**

# Thank You

Print this page for your r

For Your Resrevation Adam Ramos

**Confirmation Number: E0272580710**

- Total Approximate Charge 240.66 USD Rate Details

MODIFY/ CANCEL RESERVATION RESERVE ANOTHER

**Your reservation is complete.
Click here to learn how to claim
your $20 Cash Back on
your next Hertz Reservaton!**

Continue

A special reward for Hertz customers if you sign up for a trial membership in Reservation Rewards, an online discount service

## YOUR ITINERARY

**Pick Up**
Wed, May 28, 2008 at 10:00 AM

**Return**
Fri, May 30, 2008 at 10:00 AM

**Pick Up Location**
Raleigh-Durham International Airport
1017 Rental Car Road
Raleigh, NC, US
Corporate
0600-0030 7 Days

**Return Location**
Raleigh-Durham International /
1017 Rental Car Road
Raleigh, NC, US
Corporate
0600-0030 7 Days

Driving Directions MapQuest | MSN Maps | Google Maps

Driving Directions MapQuest | Maps | Google Maps

**Arrival Information**
Airline Southwest Airlines
Flight 2184

**Discount**
No Affiliations

## YOUR VEHICLE

**Mazda 6**
Midsize 2-4 Door Automatic Air



**YOUR EXTRAS** Neverlost

## YOUR RATE DETAILS

**Vehicle**
Daily 2 Days at 83.99 USD
UNLIMITED FREE MI
Rate Code WEBD

**Taxes and Fees**
Tax 30.48 USD
Airport Concession Fee Recovery 19.11 USD
Neverlost Navigational System 21.90 USD
Vehicle Licensing Cost Recovery 1.19 USD

**Discount**
No Affiliations

**Approximate Total Charge**
**240.66 USD**

THIS RATE IS GUARENTEED

## OPTIONAL ITEMS NOT INCLUDED IN QUOTE:

Optional Items

Liability Insurance Supplement per day 12.!

Loss Damage Waiver per day 26.!

Personal Accident Insurance / Personal Effects Coverage per day 5.!

Rates for Optional Items are exclus tax and other associated charges

Rates above are guaranteed.

**WARNING MESSAGES**
MIN AGE 21 - MOST CAR CLASSES. 21-24 RATE DIFFERENTIAL APPLIES
Neverlost Navigational Equipment Has Been Confirmed
Minimum Age 25 Outside US - Exceptions May Apply

**Rental Terms And Conditions**
Please note that at the time of rental you will need to present a current driver's license and a valid credit card. Hertz locations also accept most, but not all, debit cards. Use of a debit card to rent a subject to a review of your credit history. A few locations do not accept debit cards at time of renta have questions about the acceptability of your form of payment, call Hertz.
Please note that at time of rental you will need to present (1) a current driver's license and (2) a va or charge card

Approximate rental charges are based on available information at the time of reservation. Additional fees or surcharges may be applied at time of rental. A F Flyer Surcharge of up to $0.50 per day up to a maximum of $2.00 per rental m when renters choose to take miles or credits from a U.S. Frequent Flyer progr

**Important Info** Rental Qualifications And Requirements

**Approximate Rental**