**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ENID BONILLA,<br>Plaintiff | : | |
| v. | : | C.A. No. 07-331S |
| ELECTROLIZING, INC.,<br>ALAN GODIN, *alias*,<br>DAVE RICHARDS, *alias*, and<br>any and all defendants,<br>Defendants | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO TAKE THE TELEPHONIC DEPOSITION OF DEFENDANT DAVE RICHARDS**

Now comes Enid Bonilla, the Plaintiff in the above-captioned matter, pursuant to Rule 30 of the Federal Rules of Civil Procedure, and hereby moves this Honorable Court for leave to take the telephonic deposition of Defendant Dave Richards.

On May 23, 2008, Plaintiff filed an Emergency Motion to Compel the Telephonic Deposition of Defendant Dave Richards, with accompanying Memorandum. On May 28, 2008, Defendants filed a Memorandum in Opposition to Plaintiff's motion. A hearing on this matter has been scheduled for June 9, 2008.

Upon further review, Plaintiff states that a motion for leave to take telephonic deposition is the proper procedural mechanism for the relief she is seeking. Accordingly, Plaintiff withdraws her Emergency Motion to Compel the Telephonic Deposition of Dave Richards. Plaintiff further requests that the Motion for Leave to Take the Telephonic Deposition of Defendant Dave Richards be heard on June 9, 2008 as originally scheduled since the issues in dispute remain the same.

Enid Bonilla
By Her Attorneys,

/s/Mark P. Gagliardi (#6819)
111 Wayland Avenue
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)
e-mail: mark@gagliardilaw.net

/s/Brandon S. Bell (#5871)
120 Wayland Avenue
Providence, RI 02906
(401) 272-6303
(401) 277-4163 (fax)
e-mail: bbellesq@aol.com

## CERTIFICATION

I hereby certify that on this **5th** day of **June**, 20**08**, I filed electronically this Motion with the Clerk of the U.S. District Court for the District of Rhode Island. The following counsels of record have received notice electronically:

Adam M. Ramos, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
aramos@apslaw.com

Richard R. Beretta, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
rberetta@apslaw.com

Geoffrey W. Millsom, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
gmillsom@apslaw.com

/s/Mark P. Gagliardi