travelocity

## Review and Continue

### 1 Review your selections

**Flight: 1 Round-Trip Ticket** Change Flight

**Tue, Jun 17, 2008** — **Providence (PVD) to Raleigh/Durham (RDU)**

Depart: 06:40am
Arrive: 08:53am

Providence, RI (PVD) to
Charlotte, NC (CLT)

**US Airways**
Flight 1067 (on Boeing 737-400)
Adult fare rules

1 Stop – change planes in Charlotte, NC (CLT)
Connection Time: 37 mins

Depart: 09:30am
Arrive: 10:29am

Charlotte, NC (CLT) to
Raleigh/Durham, NC (RDU)

**US Airways**
Flight 963 (on Boeing 737-300)
Adult fare rules

Total Travel Time: 3 hrs 49 mins

**Tue, Jun 17, 2008** — **Raleigh/Durham (RDU) to Providence (PVD)**

Depart: 08:44pm
Arrive: 09:59pm

Raleigh/Durham, NC (RDU) to
Philadelphia, PA (PHL)

**US Airways**
Flight 3626 operated by US AIRWAYS EXPRESS-AIR WISCONSIN (on Canadair Regional Jet)
Adult fare rules

1 Stop – change planes in Philadelphia, PA (PHL)
Connection Time: 51 mins

Depart: 10:50pm
Arrive: 11:59pm

Philadelphia, PA (PHL) to
Providence, RI (PVD)

**US Airways**
Flight 3274 operated by US AIRWAYS EXPRESS-REPUBLIC AIRLINES (on Embraer EMB 175 Jet)
Adult fare rules

Total Travel Time: 3 hrs 15 mins

**Travel Protection**

**Protect Yourself and Your Trip**
Select an option before you continue.

( ) **Yes!** I want to purchase Flight Protection for only $15.95 per person. (Available to U.S. residents only)

(•) No, thanks. I prefer to decline the Travel Protection Plan.

The Travel Protection Plan includes:

- Trip Cancellation: You may be eligible to receive a refund of your air ticket up to a maximum of $500 per person for covered reasons.
- Trip interruption: You may be eligible to receive a refund of your air ticket up to a maximum of $500 per person for covered reasons.
- Up to $100,000 of Flight Accident Protection

Please see the Description of Coverage for further information.

## 2 Review the price

(All prices are in US dollars.)

| | |
|---|---|
| 1 Adult: | $128.38 |
| Taxes & Fees: | $57.12 |

**Total payment due: $185.50***

* Please remember that prices are not guaranteed until flights are ticketed.

## 3 Review the policies

### General Policies

- **Once the ticket has been issued the name on the ticket cannot be changed.**
- Ticket is non-refundable.
- Ticket changes may incur penalties and/or increased fares.

▶ **Change Policies**
▶ **Cancellation Policies**
▶ **Domestic Flight Notice**
▶ **International Flight (Warsaw Convention) Notice**

## 4 Continue with your reservation

How to book travel for someone else

For help with your reservation, call Travelocity toll-free: **1-888-872-8356**