UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ENID BONILLA,<br>Plaintiff, | : | |
| v. | : | CA No. 07-331 S |
| ELECTROLYZING, INC.,<br>ALAN GODIN, alias,<br>DAVE RICHARDS, alias, and<br>any and all defendants,<br>Defendants. | : | |

ORDER

WILLIAM E. SMITH, United States District Judge.

Before the Court is Plaintiff's Appeal of Magistrate Judge David Martin's May 2, 2008 Order Denying, in Part, Plaintiff's Motion for Leave to Amend Complaint. Magistrate Judge Martin denied Plaintiff's motion for leave to add claims under the Rhode Island Fair Employment Practices Act, R.I. Gen. Laws § 28-5-1 et. seq. ("FEPA") and the Civil Rights Act of 1991, 42 U.S.C. § 1981 ("Section 1981"). In her Appeal, Plaintiff contends that Magistrate Judge Martin erroneously concluded that her claims under FEPA and Section 1981 were filed with undue delay and that the addition of these claims may unduly prejudice Defendants.

A district court reviews a magistrate judge's decision under the standard of "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). After reviewing the papers submitted by the parties and the authorities cited therein, the

Court concludes that Magistrate Judge Martin's decision is neither clearly erroneous nor contrary to law. Specifically, the conclusions of Magistrate Judge Martin regarding undue delay and undue prejudice are not clearly erroneous. Therefore, the Court affirms Magistrate Judge Martin's Order. Plaintiff's Motion is DENIED.

ENTER:

WESmith

William E. Smith
United States District Judge
Date: 7/1/08