UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ENID BONILLA

vs. C.A. No. 07-331S

ELECTROLIZING, INC., ALAN GODINand DAVID RICHARDS

DEPOSITION OF ALAN GODIN, a Defendant in the above-entitl Plaintiff, before Linda L. Guglielmo, RPR-RMR, a Notary Publi Island, at the offices of Adler, Pollock & Sheehan, PC, One ( Island on April 1, 2008 at 9:30 A.M.

APPEARANCES:

FOR THE PLAINTIFF.........LAW OFFICE OF MARK GAGLIARDI

BY: MARK P. GAGLIARDI, ESQUIRE

FOR THE DEFENDANTS........ADLER, POLLOCK & SHEEHAN, PC

BY: GEOFFREY W. MILLSOM, ESQ.

ALLIED COURT REPORTERS, INC. ]

CRANSTON, RHODE ISLAND 02920

A. About, I think, 12 years.
Q. 12 years. Before that?
A. Woonsocket.
Q. Woonsocket. Are you a life-long Rhode Islander, grew up in Rhode Island?
A. Yes.
Q. How far did you get in school, Mr. Godin?
A. 10th grade went back for a GED.
Q. GED. When did you start working for Electrolizing?
A. I've been with them 26 years.
Q. 26 years. Let's see, so that would be 1982?
A. Okay.
Q. Does that sound right?
A. Yes.
Q. Where did you work before you started working for Electrolizing?
A. General Electric, Timex Corporation, the same company bought and sold, same building, everything kept the same, just the name change.
Q. General Electric?
A. Started off as General Electric, turned over to Timex Corporation, they bought them out and kept everything the same.
Q. How long did you work for them?

Q. Weren't you curious as to why the plant manager would leave the company?
A. No. Because many have come and gone, so I have no idea why.
Q. Do you think it had anything to do with Ms. Bonilla's lawsuit?
A. I don't know.
Q. Tell me with your job description -- what exactly do you do?
A. Quality control brings me work out, I pack it the best I can and I ship it.
Q. How do you pack it, can you be more specific?
A. Well, in the cartons -- sometimes the cartons, they come in, sometimes I have to wrap it in brown paper or -- it's a foam-type substance or packing peanuts.
Q. When you say ship it, do you bring it to FedEx, UPS?
A. No.
Q. They pick it up?
A. We have pickups.
Q. You just put it in a box and call them?
A. Yes. I don't have to call them, automatic pick up.
Q. And you put the mailing label on there and tell

them where to go?
A. Yes.
Q. What are your work hours, Mr. Godin?
A. 7:30 to 3:30.
Q. Is that Monday through Friday?
A. Yes.
Q. Do you ever work overtime?
A. Yes.
Q. On average, how much?
A. Maybe three hours every two weeks, if that.
Q. Let's get back to the plant manager. You said that they're constantly coming and going, is that what you said?
A. No. I meant that there has been a lot of them in 26 years. There has been three or four of them in 26 years.
Q. Who was the plant manager before Dave Richards?
A. I don't know. I don't remember his name.
Q. You would report to the plant manager, correct?
A. No.
Q. Who would you report to?
A. The plant manager, yes. Yes. Who, the plant manager or the owner? I don't understand.
Q. Who do you report to right now?
A. Kevin.

Q. Kevin. Is that the way it's always been, that you would report directly to the plant manager during your employment there?
A. Yes.
Q. Okay. And can you tell me the names of the plant managers there?
A. All I knew is -- remember is the one before him was Dave Richards. Before that I don't remember their names.
Q. You don't remember the name of your boss?
A. I don't want to say --
Q. How about a first name?
A. We had a Harry Cole, but I don't know where he came in the line.
Q. Harry Cole?
A. Yes. I don't know where he fell in the line in the last 26 years, that's one of the guys that was there. I don't recall who was before.
Q. Harry Cole was a former plant manager?
A. Yes.
Q. Anybody else?
A. I don't know. That's going way back. I don't remember who they were.
Q. You remember your address from 20 something years ago, right?

say that.

Q. 15 by 12, let the record reflect --

A. 16 by 16. It's a little bit bigger than this room. You have a big table in the center, the desk here, the packing table here and it's all open.

Q. The entire time that you worked at the Houghton Street facility that was the room you worked in?

A. Yes.

Q. How many people did you work with in that room on any given time?

A. Two to three, tops.

Q. Two to three. What was your role in that little area, what were you doing?

A. Shipper.

Q. You were a shipper. With regards to the other employees, what was your role, you've been there for 26 years?

A. Just a shipper.

Q. Did you ever give directions to employees --

A. No.

Q. -- that worked with you?

A. No. I'm not a supervisor.

Q. I didn't ask that. I asked if you ever gave directions.

A. Probably if they have a job and asked me how to pack it, I just say that's the way it's got to be packed, but I'm not authority over them. If they have any questions, they report to their supervisor.
Q. You said that's the way it's got to be, is that what you said?
A. No. Rephrase that.
MR. GAGLIARDI: Could you read that back.
(ANSWER BEGINNING ON LINE 1 READ)
Q. So you would explain the procedure to people of how to pack things?
MR. MILLSOM: Objection. You can answer.
A. Yes. If it's a new job, but basically everything is routine.
Q. Do you know how many, approximately how many people you worked with in the past, how many different people?
THE WITNESS: In my area?
MR. GAGLIARDI: Yes.
A. No.
Q. Before Enid Bonilla, before you worked with Enid Bonilla, do you remember who you worked with

before her?
A. Norma.
Q. Norma. Do you remember her last name?
A. Gelinas, something like that.
Q. How long did you work with Norma?
A. She was the receiver, she came and worked with me when I needed help. Probably four years.
Q. Why did she leave the company?
A. Retired.
Q. Do you remember how old she was, approximately?
A. 62 when she went out.
Q. Before Norma, do you remember who you worked with?
A. No. They sent people over from time to time when there was a problem getting stuff packaged. It could be anybody in the shop that wasn't doing nothing. Basically, I worked by myself.
Q. During 26 years you worked with Norma and Enid, anybody else?
A. Different people. I couldn't tell you their names.
Q. Did you ever -- have you ever fired anybody that worked with you?
A. I don't fire. No.
Q. Did you ever ask management to fire somebody?
A. No.

Q. Ever recommend that someone be fired?
A. No.
Q. Do you know how many people work at Electrolizing?
A. Not exact count.
Q. Approximately?
A. 30, 35.
Q. Has that number changed over the years, or is that consistent?
A. I don't know.
Q. You don't know. Well, for example, did the company -- were there times where they had a lot of employees and then had to scale back?
A. Basically the same.
Q. It's been 30 to 35 employees for --
A. Basically. 35 is not an exact number.
Q. Sure, I understand. What kind of company benefits do you receive with the company?
A. Nothing.
Q. You've been there 26 years and you don't have any benefits?
A. I have my wife's insurances.
Q. Let me rephrase that. Let me just describe what I mean by a benefit. Other than your salary?
A. 401(k) profit sharing.
Q. 401(k) and profit sharing or 401(k)?

Are you familiar with that name?
A. I know the name. I don't know the person too well.
Q. Mr. Roman says that he used to observe you and Ms. Bonilla arguing a lot.
A. To the best of my knowledge, we didn't argue.
Q. Okay. Why would Mr. Roman say that?
MR. MILLSOM: Objection.
A. I have no idea.
Q. What was your role with Ms. Bonilla, what were your jobs?
A. We worked side-by-side doing the same thing.
Q. Did you ever give her directions?
A. Not too much. She knew the procedure, she just did it.
Q. Did you ever tell her what to do?
A. I answered questions if she had some, but as far as doing the job, she knew it.
Q. What kind of -- can you describe what kind of worker she was?
A. I would say she was a pretty good worker.
Q. Good worker. Okay. Did you ever complain to the company about her work performance?
A. No.
Q. Have you ever felt like she talked too much

instead of working?

A. At times she did some talking that was little out of the ordinary.

Q. Did you ever have any problems with her attendance?

A. That didn't concern me because I had my job to do, whether she was there or not had no bearing on my work.

Q. Wouldn't it be easier for two people to do the job than one?

A. Always is, yes.

Q. So if she had a problem coming to work, wouldn't that affect you?

A. They would have somebody else come over and work with me.

Q. Okay. Did you ever notice that she missed work a lot?

A. Yes.

Q. She did?

MR. MILLSOM: You nodded. You need to verbalize your answers.

A. Yes.

Q. How much work did she miss?

A. I don't know.

Q. What's your definition of missing a lot of work,