UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ENID BONILLA,

Plaintiff,

VS. C.A. NO. 07-331S

ELECTROLIZING, INC., ALANGODIN, and DAVID RICHARDS,

Defendants.

DEPOSITION OF PEDRO ROMAN, a Witness in the above-entitled cause, taken on behalf of the Defendants, before RPR, in and for the State of Rhode Island, at the offices of Ac Citizens Plaza, Providence, Rhode Island, on March 11, 2008, at

APPEARANCES:

FOR THE PLAINTIFF:

LAW OFFICE OF MARK P. GAGLIARDI BY: MARK P. GAGLIARDI, ESQUIRE

FOR THE DEFENDANTS:

ADLER, POLLOCK & SHEEHAN, PC BY: JAIME J. LAPORTE, ESQUIRE

ALLIED COURT REPORTERS, INC. 115 PHE

CRANSTON, R.I. 02920 (401) 94(

Q. Did anyone ever complain to you about him?
A. Well, yeah, people around the thing were like, this guy is, like, you know, this guy --
Q. Please be honest, just say it.
A. This guy has got his period; you know, if he's getting any at home, but this guy is coming to work acting like a jerk, you know.
Q. And who would complain to you about those things?
A. Oh, it would be random. It would be -- I wouldn't say everybody, but pretty much the people that would work around his atmosphere, it would touch them.
Q. So would that be men and women?
A. Yes, definitely.
Q. Now, the people that you can recall that would make comments or complain about this person, do you know what their ethnic background was?
A. Spanish.
Q. Were they all Hispanic or Spanish?
A. Yes, the majority of them were Spanish.
Q. So the majority of employees there were Spanish?
A. Yes. There were one or two guys that were there a long time, but they already knew how he was. I guess they didn't even bother with him.
Q. Now, during the time that you were there, who was

your supervisor?
A. I believe David Richards.
Q. And how would you describe Dave Richards?
A. Dave Richards, he wasn't so much of a bad guy, but, like, if you missed one day out of work, that's it, your job was on the line, no matter what excuse you had. Now your job was on the line.
Q. Was that for everybody?
A. Just for me. I can't, you know.
Q. So if you missed a day of work, he would tell you -- what would he say to you?
A. You know, one time I believe my child was sick, and I couldn't make it in, and he just, I mean, he breathed down my neck real hard about it. The next day he gave me -- not a cold shoulder but that look like, you know, don't make it like a habit, you got to be in here, we have quotas, and stuff like that. In other words, that's his outlook on it. I understand he had things, you know, deadlines and stuff like that, but, you know, people have a life, too. You know, things happen.
Q. Now, did you ever complain to Dave Richards about anyone that worked with you at Electrolizing?

Q. And why did you end up leaving -- I'm sorry, you left Electrolizing; you're no longer employed there?
A. Yes.
Q. When did you leave Electrolizing?
A. About three months, four months after that.
Q. Why did you leave?
A. Because I wasn't progressing in that company. I actually took a pay cut, but they were taking money -- you get your check every two weeks, and that wasn't helping me out with the bills. Then I was recalled at the company I'm at right now, and they said things are picking up, so I went back to them. And from there, I told them I will become a contractor for them if they were interested.
Q. So you voluntarily left Electrolizing?
A. Yes.
Q. And you left just because of --
A. That, and also the missing a day. I mean, I wasn't feeling that if I'm missing a day or two out of, you know, whatever long I'm there, I don't want to get fired just because I missed a day or two.
Q. Were you worried you would be fired for missing work?

A. Yes, definitely.
Q. Had you been given any warnings about being terminated for missing work?
A. Verbal. You know, basically if you miss a lot of days, you know, we have deadlines and stuff like that.
Q. Who was it that would give you those warnings?
A. Well, Dave Richards, I spoke to him from that incident that happened. That was one of the things he mentioned.
Q. Did he ever mention it to you on any other occasion, other than that time that your child was sick?
A. I can't recall.
Q. But you were worried that you could be fired if you missed work?
A. Yes.
Q. Now, during the time that you were working at Electrolizing, how would you describe Enid's work ethic there?
A. It was good. She was very helpful. There was another lady there, I believe her name was Carmen, she was another one who helped a lot of people out in there. They were pretty much scattered helping all the other employees.

days. Do you remember what the policy was regarding that?
A. No.
Q. You had said that if you missed one day of work, you would be fired?
MS. LAPORTE: Objection as to form.
A. In other words, that's what it was going to lead to. Like, they were real strict. You don't miss a day out of work, and you give them overtime.
Q. Can you remember any examples of anyone that got fired for missing one day of work?
MS. LAPORTE: Objection.
A. I'm trying to remember. No, but the guys that worked would mention that. They'd be like, over here they'll fire you for anything. If you don't give them the overtime, and if you take one day or two days or whatever days, they're quick to replace you in a minute. So you didn't feel like you had job security in there at all.
Q. Did you receive any paid vacation while you worked there?
A. No. I wasn't there long enough.
Q. Do you know if there was anyone that was not paid through the company payroll that was employed