UNITED STATES DISTRICT COURT FOR THE DISTRICT

ENID BONILLA Plaintiff,

v. C.A. NO.: 07-331S

ELECTROLIZING, INC., ALAN GODIN,

and DAVID RICHARDS Defendants.

DEPOSITION OF ANILSA SORIANO, in the above-entitled c

of the Defendants, pursuant to notice, before Jane F. Cormie

for the State of Rhode Island, at the offices of Adler Polloc

Plaza, Providence, Rhode Island, on Thursday, March 13, 2008,

PRESENT:

FOR THE PLAINTIFF...... LAW OFFICE OF MARK P. GAGLIARDI

FOR THE DEFENDANTS..... ADLER POLLOCK & SHEEHAN P.C.

BY: JAIME J. LAPORTE, ESQUIRE

Q. And how long did you work at Electrolizing?
A. Almost a year. Because they fire me February, and I start there April.
Q. So, you started in --
A. April.
Q. Was that April --
A. 2005.
Q. And what was your position at Electrolizing?
A. They asked me for a receiving clerk.
Q. And what were your job duties in receiving?
A. When UPS coming, and I don't remember the name for the other company, I had to count the boxes, and sign, and then open the boxes, count, write the information, put the different part they bring in in the trays in order, and then get the paper for the engineer.
Q. And were you in receiving the entire time you were at Electrolizing?
A. No. If they need me in shipping, they send me help in shipping.
Q. When did you work in the shipping department?
A. Sometime the middle of the day, and most of the time when we almost finish that job the day.
Q. So, you would work in receiving for part of the day, then you would go to shipping for the rest of the

day?

A. Um-hmm.

Q. What were your hours when you worked at Electrolizing?

THE WITNESS: Excuse me?

Q. What time did you start in the morning at Electrolizing?

A. Okay. The first time, they asked me for part time. But they said part time for maybe three months. But next week, they saw me, I left after, and they ask me, can you start 8:00 o'clock, please. I said okay. I need money, I need the job. And we had to finish the job maybe 4:00, but sometime I stayed 4:30, because I need a job.

Q. And about what time would you go from the receiving department to the shipping department?

A. Maybe 3:00 o'clock.

Q. And who did you work with in the receiving department?

A. Enid Bonilla.

Q. So, she was the only other person in that department?

A. Yes.

Q. And who did you work with in the shipping department?

A. With Alan. I don't remember the last name. And Enid, too, because they send Enid and me over there.
Q. So, at around 3:00 o'clock both you and Enid would go to the shipping department?
A. Um-hmm.
Q. And once you went to the shipping department, how long would Alan be in the department with you?
A. I don't know, because they say, you go to shipping and Alan lift. But sometimes he'll stay. Sometime he'll leave, sometimes he'll stay. Sometime they send over there, and he would say, oh, we don't have nothing to do here. I say, what I gonna do, because they send me here. Oh, I don't need you. He be with attitude every time. I don't remember three times very hard with him. And I asked my supervisor about that. He said, okay, relax, count to ten, one to ten. And then, because he's an old man, I say, yeah, but okay, I know he's an old man, I don't want to speak to old man with attitude, because I gonna get old, too. And he said, yeah, but, he's like that, you can be patient with him. But the three times prior, because I was taking medicine for my high blood pressure, and I asked David about that. I said, I can't be