STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
COMMISSION FOR HUMAN RIGHTS

In the matter of:

ENID BONILLA,
Complainant

v.

ELECTROLIZING, INC.,
ALAN GODIN, DAVE RICHARDS,
and any and all defendants,
Defendants

RICHR No.

EEOC No.

RECEIVED
DEC 06 2006
RICHR

**AFFIDAVIT OF ENID BONILLA IN SUPPORT OF COMPLAINANT'S CHARGE OF DISCRIMINATION**

I, Enid Bonilla, hereby attest to the following facts:

1. I am an Hispanic woman and a native of Puerto Rico.

2. I worked for Electrolizing, Inc. ("Electrolizing") in the Shipping Department as a "Receiver" and "Backup Shipper" from on or about March 30, 2004 to on or about February 10, 2006.

3. During my employment at Electrolizing, I was responsible for packing and sealing boxes in preparation for shipping the company's products.

4. I worked in the Shipping Department with a Caucasian, male worker named Alan Godin.

5. During the course of my employment, Mr. Godin subjected me repeatedly to sexist and racist comments - often in front of my supervisor, Dave Richards.

6. When Mr. Godin thought I was working too slowly, he said to me: "I told [Electrolizing] not to hire women . . . you shouldn't be working here . . . all you women do is talk . . . I don't know why they keep sending me women . . ."

7. On many other occasions, Mr. Godin made derogatory remarks to me about my race, color, and national origin, stating: "You people come [to the United States] and get all the benefits . . . If I had my way, none of you people would be here . . . you should all go back to your country!"

8. Mr. Godin routinely disparaged Latin "Salsa" music in front of me, stating: "I'm sick of you people and your music!"

9. Ms. Godin yelled at me several times in front of my co-worker, Anilsa Soriano, for making minor, harmless errors.

10. Mr. Godin berated me for talking with co-workers during work hours, but only when I spoke Spanish with Hispanic co-workers and not when I spoke English with Caucasian co-workers.

11. Mr. Godin never criticized any Caucasian or male co-workers for conversing during work hours.

12. I grew tired of Mr. Godin's racist and sexist comments so I complained to my supervisor, Dave Richards, about Mr. Godin on many occasions.

13. Mr. Richards either ignored or dismissed all of my complaints.

14. In fact Mr. Richards once stated to me: "You haven't been here long enough to have the right to complain about anything!"

15. Finally, in October 2005, I requested a formal meeting with Mr. Richards to discuss Mr. Godin's conduct (the "H.R. Meeting").

16. At the H.R. meeting, I told Mr. Richards that I no longer wanted to work with Mr. Godin and that I would quit my job unless I was relocated to a different department away from Mr. Godin.

17. I also requested that the company conduct a formal investigation of my complaints and that Mr. Richards provide me with a written disposition of the investigation, a requirement under Rhode Island law.

18. Mr. Richards promised to remedy the situation, stating: "Don't quit . . . I'll take care of it."

19. However, to the best of my knowledge, Electrolizing never conducted an investigation pursuant to my request, nor did it ever reprimand Mr. Godin for his unlawful conduct.

20. In early February 2006, I required a small amount of personal time off to tend to family matters: My husband was involved in a serious car accident and my two children became afflicted with Scarlet Fever.

21. Electrolizing's employment policy requires the use vacation days as personal days.

22. At the beginning of February 2006, I had five (5) days of unused vacation to apply towards personal time off.

23. On Friday, February 3, 2006, my husband was involved in a car accident in which his car was totaled.

24. I requested and received permission to leave work three hours early to pick up my husband at the Rhode Island Hospital Emergency Room.

25. On Wednesday, February 8, 2006, my children became afflicted with Scarlet Fever and were brought to the emergency room for treatment.

26. I requested and received permission to leave work six and one half hours early to be with my children in the hospital.

27. I worked regular hours on Thursday, February 9, 2006 and on Friday, February 10, 2006 even though my children were still severely ill with Scarlet Fever.

28. At the close of business on Friday, February 10, 2006, Electrolizing terminated my employment for excessive absences.

29. Mr. Richards told me: "I'm letting you go . . . so you can go and take care of your kids."

30. However, upon information and belief, Mr. Richards allowed several of my male co-workers to be excused from work for longer periods than me, yet these workers were not terminated for excessive absences.

31. I believe that Electrolizing's decision to terminate me for missing work constitutes disparate treatment based on my sex in violation of the Fair Employment Practices Act, R.I. Gen. Laws § 28-5-1 *et. seq.* and the Civil Rights Act of 1964, Title VII, 42 U.S.C. § 2000e *et. seq.*

32. I believe that Mr. Godin subjected me to a hostile work environment, that my supervisor, Mr. Richards, was aware of Mr. Godin's unlawful conduct, and that Electrolizing failed to take any remedial action regarding Mr. Godin's unlawful conduct in violation of the Fair Employment Practices Act, R.I. Gen. Laws § 28-5-1 *et. seq.* and the Civil Rights Act of 1964, Title VII, 42 U.S.C. § 2000e *et. seq.*

33. I believe that Mr. Richards terminated my employment in retaliation for my filing complaints against Mr. Godin with the company, which violates the Fair Employment Practices Act, R.I. Gen. Laws § 28-5-1 *et. seq.* and the Civil Rights Act of 1964, Title VII, 42 U.S.C. § 2000e *et. seq.*

34. As a result of the above-referenced unlawful conduct, I have suffered from severe emotional distress, I have incurred a substantial loss of wages and benefits, and I have incurred other economic damages.

Signed and sworn this 6th day of ~~November~~ December 2006.

[signature]
ENID BONILLA

*State of Rhode Island*
*County of Providence*

On the 6th day of ~~November~~ December 2006, before me personally appeared Enid Bonilla, to me known and known by me to be the person executing the foregoing instrument, and she acknowledged said instrument, by her so executed, to be her free act and deed.

[signature]
Notary Public
Mark ~~P.~~ Gagliardi
My commission expires: 7/9/08