**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ENID BONILLA,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLIZING, INC., ALAN GODIN and DAVE RICHARDS,<br><br>Defendants. | : | C.A. No. 07-331S |

**DEFENDANT ELECTROLIZING, INC.'S SUPPLEMENTAL**
**RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure and this Court's May 2, 2008 order (Doc No. 32),De fendant Electrolizing, Inc. ("Electrolizing") as and for its supplemental answers to Plaintiff's First Set of Interrogatories sets forth the following:

**INTERROGATORY NO. 14**: From 1999 up until the present time, please indicate whether you have ever allowed leave under the FMLA to any current or former employees and provide the following information for each employee:

a. Name of employee;
b. Address;
c. Job title;
d. Employment status;
e. Full-time or part-time status;
e. Dates leave taken;
f. The number of employees employed at the time; and
g. Type of leave taken (i.e., birth of a child to the employee; placement to the employee of a child for adoption or foster care; to care for an seriously ill family member; or the employees' own illness)

**ANSWER**: Electrolizing objects to this interrogatory on the basis that it is overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Electrolizing also objects to this interrogatory on the basis that it seeks confidential personnel information. Subject to and without waiving the foregoing objections and the General Objections, Electrolizing states that in the past it has allowed employees who have requested and have demonstrated good cause to take medical leave. Electrolizing discontinued the practice of allowing employees to take medical leave, however, prior to the time that Plaintiff was hired by Electrolizing.

**SUPPLEMENTAL RESPONSE:**

**The May 2, 2008 order directed Electrolizing to "provide the information . . . [requested] regarding any current or former employee who was allowed leave under the Family and Medical Leave Act ("FMLA") during the period January 1, 2003, through December 31, 2007." The Court further stated that "Electrolizing need not identify current or former employees who were granted leave, but not under the FMLA."**

**As and for its supplemental response to this interrogatory, Electrolizing states that it does not presently employ a sufficient number of persons to require that it offer family and medical leave under the FMLA and does not believe that it has employed a sufficient number of persons so as to require that it provide family and medical leave under the FMLA at any point in time since January 1, 2003. Accordingly, it has not "allowed leave under the FMLA" during the period from January 1, 2003 to December 31, 2007. At times, however, Electrolizing has allowed employees to take leave for medical and/or other reasons when good cause has been shown.**

**INTERROGATORY NO. 17**: From 1999 to the present time, please state the name of each and every person you have terminated at the 20 Houghton Street Facility or the 10 Houghton Street Facility and for each terminated employee set forth:

a. Their address and telephone number;
b. Their dates of employment;
c. Their employment positions;
d. Their race and gender;
e. The reason(s) for their termination

**ANSWER**: Electrolizing objects to this interrogatory on the basis that it is overly broad and not reasonably calculated to lead to the discovery of admissible evidence.

**Per order of the Court, and after a review of its files Electrolizing submits that the following employees – other than Plaintiff – were terminated at the 20 Houghton Street Facility or the 10 Houghton Street facility between January 1, 2003 and December 31, 2007:**

**Jorge Gomez**
**(a) 182 Veazie St, Apt#3 Providence, RI - No phone number on file**
**(b) 12/19/05 – 1/12/06**
**(c) Honer**
**(d) Male, Latino**
**(e) Resigned position**

**Earl Fox**
**(a) 29 Massasoit St. Somerset, MA - 508-674-2135**
**(b) 6/18/90 – 6/25/03**
**(c) Facilities Mgr.**
**(d) Male, Caucasian**
**(e) Resigned position**

**John Heathcote**
**(a) 9 Robinhood Rd. Cranston, RI - 401-946-5451**
**(b) 9/20/99 – 7/3/03**
**(c) Sales**
**(d) Male, Caucasian**
**(e) Resigned position**

**Erick Acevedo**

(a) 190 Ohio Ave. Providence, RI - 401-473-1617
(b) 6/19/02 – 9/16/04
(c) Plater
(d) Male, Latino
(e) Terminated for excessive absenteeism

Pedro Castro
(a) 12 Chambers St. Providence, RI - 401-351-7814
(b) 5/10/94 – 4/15/04
(c) Plater
(d) Male, Latino
(e) Claimed injury and unable to return to work

Carmelo Jimenez
(a) 36 Sonoma Ct. Providence, RI - 401-751-2911
(b) 2/23/01 – 4/16/04
(c) Plater
(d) Male, Latino
(e) Resigned position

Luis Gomez
(a) 46 Whatcher St. Providence, RI - 401-943-3288
(b) 7/3/03 – 2/11/05
(c) Plater
(d) Male, Latino
(e) Laid off due to work slowdown

Norma Geranis
(a) 38 Merino Ave. Johnston, RI - 401-861-0897
(b) 4/17/02 – 4/22/05
(c) Receiving Dept.
(d) Female, Caucasian
(e) Retired

John Armes
(a) 226 Smithfield Ave. Pawtucket, RI - 401-475-1446
(b) 3/11/91 – 1/10/04
(c) Tooling Dept.
(d) Male, Caucasian
(e) Did not return to work from medical procedure

Leandro Augusto
(a) 102 Peace Rd. Providence, RI 401-273-7014
(b) 4/24/02 – 2/11/05
(c) Plater
(d) Male, Latino

(e) Resigned position

Robert Dennis
(a) 185 Sterling Ave. Providence, RI - 401-270-6659
(b) 2/14/00 – 1/15/04
(c) Plater
(d) Male, Jamaican
(e) Claimed injury and unable to return to work

Guillermo Hurtado, Sr.
(a) 108 Lubec St. Providence, RI - 401-383-2469
(b) 9/22/03 – 12/30/05
(c) Plater
(d) Male, Mexican
(e) Resigned position

Judy Arsenault
(a) 56 River St. West Warwick, RI - 401-615-3515
(b) 11/19/04 – 2/2/05
(c) Secretarial/Admin
(d) Female, Caucasian
(e) Terminated for excessive absenteeism

Stanley Corey
(a) 179 Forest Ave. Cranston, RI - 401-781-7643
(b) 5/21/01 – 1/31/03
(c) Plater
(d) Male, Caucasian
(e) Resigned Position

Scott Carlone
(a) 3 Arrow Ct. West Warwick, RI - 401-826-0472
(b) 4/3/06 – 5/4/06
(c) Quality Dept.
(d) Male, Caucasian
(e) Resigned position

Guillermo Hurtado, Jr.
(a) 108 Lubec St. Providence, RI - 401-383-2469
(b) 6/10/05 – 4/15/07
(c) Plater
(d) Male, Mexican
(e) Resigned position

Al Hillard

(a) 202 Congress Ave. Providence, RI - 401-523-4691
(b) 1/23/06 – 1/19/07
(c) Degrease Dept.
(d) Male, African American
(e) Refused to take mandatory, random drug test. Results in automatic termination.

Angel Ruiz
(a) 84 Grey St. Providence, RI - 401-413-8298
(b) 7/22/97 – 12/9/06
(c) Plater
(d) Male, Latino
(e) Tested positive for cocaine during random drug test. Results in automatic termination.

Richard Guertin
(a) 36 Flanders St. Johnston, RI - 401-383-2794
(b) 11/27/05 – 6/14/06
(c) Degrease Dept.
(d) Male, Caucasian
(e) Terminated for negligent conduct that resulted in damage to customer's parts.

Carmen Bonilla
(a) 21 Alexander St. Providence, RI - 401-941-7329
(b) 9/27/04 – 10/12/05
(c) Plater's assistant
(d) Female, Latina
(e) Resigned position

Eileen Barto
(a) 196 Obed Ave. North Providence, RI - 401-729-0692
(b) 8/7/90 – 12/18/03
(c) Customer Service
(d) Female, Caucasian
(e) Position was eliminated/absorbed by sales department due to work slowdown.

Jissell Cabral
(a) 189 Early St. Providence, RI - 401-781-1582
(b) 5/25/05 – Unable to determine by file. Must use payroll records.
(c) Prep Dept.
(d) Female, Latina
(e) Laid off due to lack of work

**Monica Carrasco**
**(a) 134 Atlantic Ave. Providence, RI - 401-941-9382**
**(b) 5-/19/03 – Unable to determine by file. Must use payroll records.**
**(c) Prep Dept.**
**(d) Female, Latina**
**(e) Laid off due to lack of work**

**Diana Bonilla**
**(a) 41 Mitchell St. Providence, RI - 401-345-4194**
**(b) 10/18/04 – 1/16/06**
**(c) Quality Dept.**
**(d) Female, Latina**
**(e) Did not return from a non-work related injury**

**Edwin Cabral**
**(a) 189 Early St. Providence, RI - 401-781-1582**
**(b) 3/22/04 – 2/11/05**
**(c) Plater**
**(d) Male, Latino**
**(e) Laid off due to lack of work**

**Michele Carroccio**
**(a) 39 Harris Ave. Cranston, RI – No phone number on file**
**(b) 8/19/92 – 21/2/07**
**(c) Secretarial/Admin**
**(d) Female, Caucasian**
**(e) Stopped coming to work. (15 weeks)**

**Mike Jarest**
**(a) 311 Shore Rd. Westerly, RI - 401-315-2084**
**(b) 10/29/99 – 7/1/05**
**(c) Plater**
**(d) Male, Caucasian**
**(e) Resigned position**

**Sandra Garrido**
**(a) 100 Lenox Ave. Providence, RI - Phone number not available**
**(b) 10/14/96 – files do not indicate last day of work. Appears to be in 2004**
**(c) Quality Dept.**
**(d) Female, Latina**
**(e) Resigned position**

**Jaime Barros**
**(a) 64 Blanding Ave. Barrington, RI - Phone number not available**
**(b) 10/4/06 – 12/10/07**

(c) Maintenance Dept.
(d) Male, African American
(e) Terminated due to excessive absenteeism and tardiness

Keith Parent
(a) 11 Noella Ave. Coventry, RI - 401-826-0262
(b) 2/22/04 – 2/13/08
(c) Maintenance Dept.
(d) Male, Caucasian
(e) Resigned position

Fernando Taveras
(a) 134 Atlantic Ave. Providence, RI - 401-413-6587
(b) 8/12/92 – 10/26/05
(c) Tooling Dept.
(d) Male, Latino
(e) Resigned position

Anilsa Soriano
(a) 320 Lowell Ave. Providence, RI - Phone number not available
(b) 5/10/05 – 2/10/06
(c) Receiving Dept.
(d) Female, Latina
(e) Could not meet job requirements

Santo Suero
(a) 137 Atlantic Ave. Providence, RI - 401-461-2071
(b) 6/17/02 – 7/12/04
(c) Plater
(d) Male, Latino
(e) Terminated for absenteeism

Shaun Ross
(a) 68 Friendship St. Westerly, RI - 860-912-8580
(b) 9/29/03 – 12/5/03
(c) Maintenance Dept.
(d) Male, Caucasian
(e) Resigned position

Glenna Rudin
(a) 153 Roger Williams Ave. Providence, RI - 401-714-0279
(b) 11/30/05 – 12/28/05
(c) Secretarial/Admin
(d) Female, Caucasian
(e) Terminated due to excessive absenteeism

Pedro Roman
(a) 92 Whitehall St. Providence, RI - 401-383-1331
(b) 2/25/05 – 6/6/05
(c) Plater
(d) Male, Latino
(e) Resigned position

Dario Ramirez
(a) 344 Thurbers Ave. Providence, RI - Phone number not available
(b) 9/24/04 – 8/31/05
(c) Unidentified
(d) Male, Latino
(e) Resigned position

Melissa Plourde
(a) 18 Mowry Ave. Cumberland, RI - 401-527-6163
(b) 3/16/98 – 12/3/04
(c) Secretarial/Admin
(d) Female, Caucasian
(e) Resigned position

Joyce Plante
(a) 53 Seventh St. E. Providence, RI - 401-270-5006
(b) 2/14/05 – 3/24/06
(c) Secretarial/Admin
(d) Female, Caucasian
(e) Could not meet job requirements

Stacy Perpall
(a) 29 Home Ave. Warwick, RI - 401-921-1661
(b) 3/27/06 – 6/26/06
(c) Secretarial/Admin
(d) Female, Caucasian
(e) Terminated due to excessive absenteeism

Neisha Ortiz
(a) 990 Charles St. Providence, RI - Phone number not available
(b) 7/20/04 – 2/11/05
(c) Unidentified
(d) Female, Latina
(e) Laid off

Juan Olivo
(a) 97 Peace St. Providence, RI - 401-454-8646
(b) 3/26/03 – 7/1/03

**(c) General labor**
**(d) Male, Latino**
**(e) Terminated due to excessive absenteeism**

**Richard McCoy**
**(a) 2 Middle Dr. Providence RI - 401-521-5622**
**(b) 5/5/04 – 6/23/05**
**(c) Tooling Dept.**
**(d) Male, Caucasian**
**(e) Resigned position**

**John P. Manzo**
**(a) 26 Albermarle St. Johnston, RI - 401-272-4826**
**(b) 6/19/62 – 9/1/03**
**(c) Honing Dept.**
**(d) Male, Caucasian**
**(e) Retired**

**Luis Mancebo**
**(a) 560 Prospect St. Pawtucket, RI - 401-728-4968**
**(b) 11/13/97 – 6/23/03**
**(c) Plater**
**(d) Male, Latino**
**(e) Resigned position**

**James Knott**
**(a) 99 Knowles St. Pawtucket, RI - 401-475-2819**
**(b) 2/28/05 – 3/15-05**
**(c) General labor**
**(d) Male, African American**
**(e) Resigned position**

ELECTROLIZING, INC.

By:________________________________
Its:________________________________

Subscribed and sworn to before me this ____ day of May, 2007.

____________________________________
Notary Public
My commission expires on:

AS TO OBJECTIONS ONLY:

ELECTROLIZING, INC., ALAN GODIN and
DAVID RICHARDS,
By their attorneys,

______________________________
Richard R. Beretta (#4313)
Geoffrey W. Millsom (#6483)
Adam M. Ramos (#7591)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604/351-4607
aramos@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing Defendant's Supplemental Answers to Plaintiff's First Set of Interrogatories upon the following on the ____ day of May, 2008, by first class mail, postage prepaid:

Mark P. Gagliardi, Esq.
Law Office of Mark P. Gagliardi
420 Angell Street
Providence, RI 02906

______________________________

*453519_1.doc*