Enid Bonilla

66

Employee Evaluation Sheet max ~~[illegible]~~ points

1. Company Policies 20 pts

Overtime — exceeded allowable days
In on time/ work full days
Uniforms — 14
Area cleanliness
Safety
Company equipment

2. Quality of Work 10 pts

Amount of rework — stay late – 8
Meeting production goals
Multi Tasking
Coordination with other departments

3. Quantity of Work 10 pts — talks –/ receiving – 7
Meeting production goals –
Multi Tasking –
Coordination with other departments ←

4. Documentation/Communication 10 pts — 9 – (rec)
EDS/Assignment sheets/Codes sheets etc.
Verbal coordination with supervisors
Understanding written/Verbal Procedures

5. Teamwork 10 — /7
Relationships with supervisors
Relationships with coworkers — ~~talking too~~ much, – noted by co-workers
Promoting good working environment

/45