Punch Properties

| | |
|---|---|
| Full Name | ENID BONILLA |
| Punch Time | 13:15 hh:mm (Military time only.) |
| Punch Date | 2/3/2006 |
| In Punch Date | 2/3/2006 |
| Punch Type | NORMAL |
| Department | Support |
| In/Out | AUTO |
| In/Out | OUT |
| Actual Time | Manual |
| Actual Date | Manual |

Notes (117 chars left)

left no pinch husband at hospital

Edit Delete

Punch Properties

| | |
|---|---|
| Full Name | ENID BONILLA |
| Punch Time | 08:00 hh:mm (Military time only.) |
| Punch Date | 2/6/2006 |
| In Punch Date | 2/6/2006 |
| Punch Type | NORMAL |
| Department | Support |
| In/Out | AUTO |
| In/Out | IN |
| Actual Time | Manual |
| Actual Date | Manual |

Notes (43 chars left)

discussed for last time about
needing to be here to cover the
workday.depending on her to meet
prod needs

Edit Delete

Punch Properties

| | |
|---|---|
| Full Name | ENID BONILLA |
| Punch Time | 09:30 hh:mm (Military time only.) |
| Punch Date | 2/8/2006 |
| In Punch Date | 2/8/2006 |
| Punch Type | NORMAL |
| Department | Support |
| In/Out | AUTO |
| In/Out | OUT |
| Actual Time | Manual |
| Actual Date | Manual |

Notes *(123 chars left)*

left had to take kids to ER

Edit Delete

Punch Properties

| | |
|---|---|
| Full Name | ENID BONILLA |
| Punch Time | 16:15 hh:mm (Military time only.) |
| Punch Date | 2/10/2006 |
| In Punch Date | 2/10/2006 |
| Punch Type | NORMAL |
| Department | Support |
| In/Out | AUTO |
| In/Out | OUT |
| Actual Time | Manual |
| Actual Date | Manual |

Notes (91 chars left)

terminated due to inability to
meet attendence requirements

Edit Delete