**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ENID BONILLA,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLIZING, INC., ALAN GODIN and DAVE RICHARDS,<br><br>Defendants. | C.A. No. 07-331S |

**DECLARATION OF CHRIS BEJBL**

CHRIS BEJBL, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am over eighteen years of age and one of the two owners of Electrolizing, Inc. I currently reside in Johnston, Rhode Island and make this declaration on the basis of my personal knowledge.

2. Electrolizing maintains a document entitled "Company Information" that is provided to new employees. This document contains many of the company's policies and procedures, which employees are expected to follow, as well as many of the benefits provided to employees of Electrolizing. A copy the version of the "Company Information" document that was provided to Enid Bonilla and in use at Electrolizing during the tenure of her employment is attached as Exhibit 1.

3. I have reviewed Electrolizing's payroll records and employee files, and based on the payroll runs for each pay period from January 1, 2005 through February 10, 2006, cross-referenced with the hire and termination dates for each employee, Electrolizing did not have 50

or more employees for 20 or more weeks in calendar year 2005 or 2006. Specifically, Electrolizing employed 50 or more workers for 18 weeks in 2005 and for 1 week in 2006.

4. The majority of Electrolizing's workforce is paid hourly on a bi-weekly basis, but some employees are salaried. Every two weeks, Electrolizing submits the bi-weekly time records of its hourly employees to its payroll company and the payroll company prepares paychecks for both the salaried and hourly employees.

5. The payroll company maintains records of Electrolizing's bi-weekly payroll. Attached as Exhibit 2 are the payroll records prepared by Electrolizing's payroll company for each pay period from January 1, 2005 through February 10, 2006. The payroll records for each period reflect all the employees who received checks during that period.

6. Electrolizing employs part time workers who may not work during a given two-week period and, thus, those workers may not be included on the payroll record for that period. In order to ensure that part-time workers who were employed by Electrolizing, but may not have worked during a given two week period were nonetheless counted as active employees during that period, Electrolizing prepared the chart attached as Exhibit 3.

7. Exhibit 3 lists all the employees who worked for Electrolizing between January 1, 2005 and February 10, 2006 and provides their hire and termination dates (as well as the rehire date, if any). It also contains a series of columns for each week during that period. For each week that an employee was working for Electrolizing, the number "1" is placed in the column for that week in the row that corresponds with that employee. At the bottom of each row, the total number of employees for that week is tabulated by adding up all the "1s" in the column. For any week in which 50 or more employees are counted, a running total is calculated

corresponding to the total number of weeks in the calendar year in which Electrolizing had 50 or more employees.

8. Electrolizing maintains records of the time worked by its employees as reflected on their time cards for each pay period. Attached as Exhibit 4 are Electrolizing's time records for Enid Bonilla.

9. On the basis of those time records, Electrolizing created a line graph plotting the number of hours that Enid Bonilla worked in each week as against her weekly requirement of 40 hours per week. A copy of that graph is attached as Exhibit 5.

I declare under penalty of perjury that the foregoing is true and correct.

CHRIS BEJBL

Executed on July 2, 2008

457713 1.doc