| Last Name | First Name | Hire Date | Term. Date | Rehire Date | 1/7/05 | 1/14/05 | 1/21/05 | 1/28/05 | 2/4/05 | 2/11/05 | 2/18/05 | 2/25/05 | 3/4/05 | 3/11/05 | 3/18/05 | 3/25/05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acevedo | Renso | 8/23/04 | 2/3/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Alassah | Richard | 8/1/05 | | | | | | | | | | | | | | |
| Almanzar | Virginio | 2/22/06 | | | | | | | | | | | | | | |
| Arsenault | Judy | 1/29/04 | 2/2/05 | | 1 | 1 | 1 | 1 | | | | | | | | |
| Augusto | Leandro E. | 11/2/93 | 2/11/05 | | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| Bejbl | Matthew | 11/2/79 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bent | Dana | 9/20/99 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bonilla | Carmen | 9/22/04 | 10/12/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bonilla | Diana | 10/18/04 | 1/16/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bonilla | Enid | 3/30/04 | 2/10/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bourassa | Robert | 6/15/78 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Brito | Dora | 8/23/99 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Caballeros | Alejandra | 11/10/03 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Cabral | Edwin | 8/27/01 | 2/11/05 | | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| Cabral | Jissell A. | 5/25/05 | | | | | | | | | | | | | | |
| Cabral | Ramon | 4/19/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Carrasco | Ericson | 4/24/02 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Carrasco | Monica | 5/12/03 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Carroccio | Michele | 8/19/92 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Castillo | Daniel | 8/6/01 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Castillo | Jorge G. | 3/27/00 | 1/12/06 | 8/14/06 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Clifton | Randy S. | 8/5/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Enguilo | Gasper | 12/13/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Garcia | Alma | 7/15/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Geranis | Norma | 4/17/00 | 4/22/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Godin | Alan N. | 5/11/84 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Gomez | Jorge | 12/27/05 | 1/12/2006 | | | | | | | | | | | | | |
| Gomez | Luis | 7/3/03 | 2/11/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |
| Guertin | Richard | 11/27/05 | 6/14/06 | | | | | | | | | | | | | |
| Harris | Demar | 5/31/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hernandez | Jose | 7/26/00 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hernandez | Raul | 9/5/05 | | | | | | | | | | | | | | |
| Hillard | Al | 1/23/06 | 1/16/07 | | | | | | | | | | | | | |
| Hurtado, Jr. | Guillermo | 8/25/03 | 2/3/2007 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hurtado, Sr. | Guillermo | 8/17/03 | 12/30/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hurtado | Sandra | 1/26/05 | 3/22/2007 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Jarest | Michael | 12/4/82 | 7/1/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Jarest | Raymond | 1/20/97 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Kane | David | 9/28/92 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Kelly | Natasia M. | 2/14/06 | 2/15/06 | | | | | | | | | | | | | |
| Knott | James | 3/15/05 | 7/10/05 | | | | | | | | | | 1 | 1 | 1 | 1 |
| Martinez | Angel G. | 3/1/91 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Mastriano | Mark A. | 9/23/05 | | | | | | | | | | | | | | |
| Matos | Miguel A. | 4/4/05 | | | | | | | | | | | | | | |
| McCoy, Jr. | Richard | 5/5/04 | 6/23/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| More | Sean | 5/15/95 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Olivares | Ana | 9/3/97 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Ortiz | Neisha | 7/20/04 | 2/11/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |
| Parent | Keith | 2/2/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Peltier | Ralph A. | 6/25/87 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Plante | Joyce | 2/14/05 | 3/13/06 | | | | | | | | | 1 | 1 | 1 | 1 | 1 |
| Ramirez | Aurelio | 1/31/05 | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Ramirez | Dario | 9/27/04 | 8/31/05 | | | | 1 | | 1 | | 1 | | 1 | | 1 | |
| Richards | David | 7/7/03 | 10/31/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Roark | Kenneth B. | 2/13/06 | | | | | | | | | | | | | | |
| Roman | Pedro | 2/25/05 | 6/6/05 | | | | | | | | | | 1 | 1 | 1 | 1 |
| Rosa | Arnaldo A. | 5/5/05 | | | | | | | | | | | | | | |
| Rudin | Glenna L. | 11/30/05 | 12/28/05 | | | | | | | | | | | | | |
| Ruiz | Angel | 7/22/97 | 9/13/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Smith | Edward J. | 8/1/90 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Soriano | Anilsa Y. | 5/10/05 | 2/10/06 | | | | | | | | | | | | | |
| Souza | Clement | 5/20/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Souza | Louis | 8/11/79 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Taveras | Andres | 11/4/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Taveras | Fernando A. | 8/12/93 | 10/26/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Valenzuela | Maria | 7/30/01 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Warchol | David R. | 6/6/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Wheeler | Michael P. | 1/17/05 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Wilcox | Chris | 11/8/05 | 2/3/06 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| TOTAL NUMBER OF EMPLOYEES | | | | | 47 | 47 | 48 | 49 | 49 | 49 | 48 | 46 | 49 | 48 | 49 | 48 |
| Number of Weeks/Yr | | | | | | | | | | | | | | | | |

| Last Name | First Name | Hire Date | Term. Date | Rehire Date | 4/1/05 | 4/8/05 | 4/15/05 | 4/22/05 | 4/29/05 | 5/6/05 | 5/13/05 | 5/20/05 | 5/27/05 | 5/30/05 | 6/10/05 | 6/13/05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acevedo | Renso | 8/23/04 | 2/3/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Alassah | Richard | 8/1/05 | | | | | | | | | | | | | | |
| Almanzar | Virginio | 2/22/06 | | | | | | | | | | | | | | |
| Arsenault | Judy | 1/29/04 | 2/2/05 | | | | | | | | | | | | | |
| Augusto | Leandro E. | 11/2/93 | 2/11/05 | | | | | | | | | | | | | |
| Bejbl | Matthew | 11/2/79 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bent | Dana | 9/20/99 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bonilla | Carmen | 9/22/04 | 10/12/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bonilla | Diana | 10/18/04 | 1/16/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bonilla | Enid | 3/30/04 | 2/10/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bourassa | Robert | 6/15/78 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Brito | Dora | 8/23/99 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Caballeros | Alejandra | 11/10/03 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Cabral | Edwin | 8/27/01 | 2/11/05 | | | | | | | | | | | 1 | 1 | 1 |
| Cabral | Jissell A. | 5/25/05 | | | | | | | | | | | | | 1 | |
| Cabral | Ramon | 4/19/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Carrasco | Ericson | 4/24/02 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Carrasco | Monica | 5/12/03 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Carroccio | Michele | 8/19/92 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Castillo | Daniel | 8/6/01 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Castillo | Jorge G. | 3/27/00 | 1/12/06 | 8/14/06 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Clifton | Randy S. | 8/5/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Enguilo | Gasper | 12/13/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Garcia | Alma | 7/15/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Geranis | Norma | 4/17/00 | 4/22/05 | | 1 | 1 | 1 | 1 | | | | | | | | |
| Godin | Alan N. | 5/11/84 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Gomez | Jorge | 12/27/05 | 1/12/2006 | | | | | | | | | | | | | |
| Gomez | Luis | 7/3/03 | 2/11/05 | | | | | | | | | | | | | |
| Guertin | Richard | 11/27/05 | 6/14/06 | | | | | | | | | | | | | |
| Harris | Demar | 5/31/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hernandez | Jose | 7/26/00 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hernandez | Raul | 9/5/05 | | | | | | | | | | | | | | |
| Hillard | Al | 1/23/06 | 1/16/07 | | | | | | | | | | | | | |
| Hurtado, Jr. | Guillermo | 8/25/03 | 2/3/2007 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hurtado, Sr. | Guillermo | 8/17/03 | 12/30/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hurtado | Sandra | 1/26/05 | 3/22/2007 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Jarest | Michael | 12/4/82 | 7/1/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Jarest | Raymond | 1/20/97 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Kane | David | 9/28/92 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Kelly | Natasia M. | 2/14/06 | 2/15/06 | | | | | | | | | | | | | |
| Knott | James | 3/15/05 | 7/10/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Martinez | Angel G. | 3/1/91 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Mastriano | Mark A. | 9/23/05 | | | | | | | | | | | | | | |
| Matos | Miguel A. | 4/4/05 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| McCoy, Jr. | Richard | 5/5/04 | 6/23/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| More | Sean | 5/15/95 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Olivares | Ana | 9/3/97 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Ortiz | Neisha | 7/20/04 | 2/11/05 | | | | | | | | | | | | | |
| Parent | Keith | 2/2/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Peltier | Ralph A. | 6/25/87 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Plante | Joyce | 2/14/05 | 3/13/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Ramirez | Aurelio | 1/31/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Ramirez | Dario | 9/27/04 | 8/31/05 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| Richards | David | 7/7/03 | 10/31/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Roark | Kenneth B. | 2/13/06 | | | | | | | | | | | | | | |
| Roman | Pedro | 2/25/05 | 6/6/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | |
| Rosa | Arnaldo A. | 5/5/05 | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Rudin | Glenna L. | 11/30/05 | 12/28/05 | | | | | | | | | | | | | |
| Ruiz | Angel | 7/22/97 | 9/13/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Smith | Edward J. | 8/1/90 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Soriano | Anilsa Y. | 5/10/05 | 2/10/06 | | | | | | | | | 1 | 1 | 1 | 1 | 1 |
| Souza | Clement | 5/20/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Souza | Louis | 8/11/79 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Taveras | Andres | 11/4/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Taveras | Fernando A. | 8/12/93 | 10/26/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Valenzuela | Maria | 7/30/01 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Warchol | David R. | 6/6/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Wheeler | Michael P. | 1/17/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Wilcox | Chris | 11/8/05 | 2/3/06 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| TOTAL NUMBER OF EMPLOYEES | | | | | 49 | 48 | 50 | 49 | 49 | 48 | 50 | 50 | 51 | 51 | 52 | 50 |
| Number of Weeks/Yr | | | | | | | 18 | | | | 17 | 16 | 15 | 14 | 13 | 12 |

| Last Name | First Name | Hire Date | Term. Date | Rehire Date | 6/24/05 | 6/27/05 | 7/8/05 | 7/11/05 | 7/22/05 | 7/29/05 | 8/5/05 | 8/12/05 | 8/19/05 | 8/26/05 | 9/2/05 | 9/9/05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acevedo | Renso | 8/23/04 | 2/3/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Alassah | Richard | 8/1/05 | | | | | | | | | | 1 | 1 | 1 | 1 | 1 |
| Almanzar | Virginio | 2/22/06 | | | | | | | | | | | | | | |
| Arsenault | Judy | 1/29/04 | 2/2/05 | | | | | | | | | | | | | |
| Augusto | Leandro E. | 11/2/93 | 2/11/05 | | | | | | | | | | | | | |
| Bejbl | Matthew | 11/2/79 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bent | Dana | 9/20/99 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bonilla | Carmen | 9/22/04 | 10/12/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bonilla | Diana | 10/18/04 | 1/16/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bonilla | Enid | 3/30/04 | 2/10/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bourassa | Robert | 6/15/78 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Brito | Dora | 8/23/99 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Caballeros | Alejandra | 11/10/03 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Cabral | Edwin | 8/27/01 | 2/11/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Cabral | Jissell A. | 5/25/05 | | | 1 | | | | 1 | | 1 | | 1 | | 1 | |
| Cabral | Ramon | 4/19/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Carrasco | Ericson | 4/24/02 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Carrasco | Monica | 5/12/03 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Carroccio | Michele | 8/19/92 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Castillo | Daniel | 8/6/01 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Castillo | Jorge G. | 3/27/00 | 1/12/06 | 8/14/06 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Clifton | Randy S. | 8/5/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Enguilo | Gasper | 12/13/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Garcia | Alma | 7/15/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Geranis | Norma | 4/17/00 | 4/22/05 | | | | | | | | | | | | | |
| Godin | Alan N. | 5/11/84 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Gomez | Jorge | 12/27/05 | 1/12/2006 | | | | | | | | | | | | | |
| Gomez | Luis | 7/3/03 | 2/11/05 | | | | | | | | | | | | | |
| Guertin | Richard | 11/27/05 | 6/14/06 | | | | | | | | | | | | | |
| Harris | Demar | 5/31/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hernandez | Jose | 7/26/00 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hernandez | Raul | 9/5/05 | | | | | | | | | | | | | | |
| Hillard | Al | 1/23/06 | 1/16/07 | | | | | | | | | | | | | |
| Hurtado, Jr. | Guillermo | 8/25/03 | 2/3/2007 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hurtado, Sr. | Guillermo | 8/17/03 | 12/30/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hurtado | Sandra | 1/26/05 | 3/22/2007 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Jarest | Michael | 12/4/82 | 7/1/05 | | 1 | 1 | | | | | | | | | | |
| Jarest | Raymond | 1/20/97 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Kane | David | 9/28/92 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Kelly | Natasia M. | 2/14/06 | 2/15/06 | | | | | | | | | | | | | |
| Knott | James | 3/15/05 | 7/10/05 | | 1 | 1 | 1 | | | | | | | | | |
| Martinez | Angel G. | 3/1/91 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Mastriano | Mark A. | 9/23/05 | | | | | | | | | | | | | | |
| Matos | Miguel A. | 4/4/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| McCoy, Jr. | Richard | 5/5/04 | 6/23/05 | | | | | | | | | | | | | |
| More | Sean | 5/15/95 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Olivares | Ana | 9/3/97 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Ortiz | Neisha | 7/20/04 | 2/11/05 | | | | | | | | | | | | | |
| Parent | Keith | 2/2/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Peltier | Ralph A. | 6/25/87 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Plante | Joyce | 2/14/05 | 3/13/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Ramirez | Aurelio | 1/31/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Ramirez | Dario | 9/27/04 | 8/31/05 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| Richards | David | 7/7/03 | 10/31/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Roark | Kenneth B. | 2/13/06 | | | | | | | | | | | | | | |
| Roman | Pedro | 2/25/05 | 6/6/05 | | | | | | | | | | | | | |
| Rosa | Arnaldo A. | 5/5/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Rudin | Glenna L. | 11/30/05 | 12/28/05 | | | | | | | | | | | | | |
| Ruiz | Angel | 7/22/97 | 9/13/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Smith | Edward J. | 8/1/90 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Soriano | Anilsa Y. | 5/10/05 | 2/10/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Souza | Clement | 5/20/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Souza | Louis | 8/11/79 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Taveras | Andres | 11/4/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Taveras | Fernando A. | 8/12/93 | 10/26/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Valenzuela | Maria | 7/30/01 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Warchol | David R. | 6/6/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Wheeler | Michael P. | 1/17/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Wilcox | Chris | 11/8/05 | 2/3/06 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **TOTAL NUMBER OF EMPLOYEES** | | | | | **51** | **49** | **49** | **47** | **49** | **47** | **49** | **48** | **50** | **48** | **50** | **48** |
| Number of Weeks/Yr | | | | | 11 | | | | | | | | 10 | | 9 | |

| Last Name | First Name | Hire Date | Term. Date | Rehire Date | 9/16/05 | 9/19/05 | 9/30/05 | 10/7/05 | 10/14/05 | 10/21/05 | 10/28/05 | 11/4/05 | 11/11/05 | 11/18/05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acevedo | Renso | 8/23/04 | 2/3/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Alassah | Richard | 8/1/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Almanzar | Virginio | 2/22/06 | | | | | | | | | | | | |
| Arsenault | Judy | 1/29/04 | 2/2/05 | | | | | | | | | | | |
| Augusto | Leandro E. | 11/2/93 | 2/11/05 | | | | | | | | | | | |
| Bejbl | Matthew | 11/2/79 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bent | Dana | 9/20/99 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bonilla | Carmen | 9/22/04 | 10/12/05 | | 1 | 1 | 1 | 1 | | | | | | |
| Bonilla | Diana | 10/18/04 | 1/16/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bonilla | Enid | 3/30/04 | 2/10/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bourassa | Robert | 6/15/78 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Brito | Dora | 8/23/99 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Caballeros | Alejandra | 11/10/03 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Cabral | Edwin | 8/27/01 | 2/11/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Cabral | Jissell A. | 5/25/05 | | | | | 1 | | 1 | | | | 1 | |
| Cabral | Ramon | 4/19/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Carrasco | Ericson | 4/24/02 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Carrasco | Monica | 5/12/03 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Carroccio | Michele | 8/19/92 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Castillo | Daniel | 8/6/01 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Castillo | Jorge G. | 3/27/00 | 1/12/06 | 8/14/06 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Clifton | Randy S. | 8/5/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Enguilo | Gasper | 12/13/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Garcia | Alma | 7/15/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Geranis | Norma | 4/17/00 | 4/22/05 | | | | | | | | | | | |
| Godin | Alan N. | 5/11/84 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Gomez | Jorge | 12/27/05 | 1/12/2006 | | | | | | | | | | | |
| Gomez | Luis | 7/3/03 | 2/11/05 | | | | | | | | | | | |
| Guertin | Richard | 11/27/05 | 6/14/06 | | | | | | | | | | | |
| Harris | Demar | 5/31/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hernandez | Jose | 7/26/00 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hernandez | Raul | 9/5/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hillard | Al | 1/23/06 | 1/16/07 | | | | | | | | | | | |
| Hurtado, Jr. | Guillermo | 8/25/03 | 2/3/2007 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hurtado, Sr. | Guillermo | 8/17/03 | 12/30/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hurtado | Sandra | 1/26/05 | 3/22/2007 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Jarest | Michael | 12/4/82 | 7/1/05 | | | | | | | | | | | |
| Jarest | Raymond | 1/20/97 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Kane | David | 9/28/92 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Kelly | Natasia M. | 2/14/06 | 2/15/06 | | | | | | | | | | | |
| Knott | James | 3/15/05 | 7/10/05 | | | | | | | | | | | |
| Martinez | Angel G. | 3/1/91 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Mastriano | Mark A. | 9/23/05 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Matos | Miguel A. | 4/4/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| McCoy, Jr. | Richard | 5/5/04 | 6/23/05 | | | | | | | | | | | |
| More | Sean | 5/15/95 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Olivares | Ana | 9/3/97 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Ortiz | Neisha | 7/20/04 | 2/11/05 | | | | | | | | | | | |
| Parent | Keith | 2/2/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Peltier | Ralph A. | 6/25/87 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Plante | Joyce | 2/14/05 | 3/13/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Ramirez | Aurelio | 1/31/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Ramirez | Dario | 9/27/04 | 8/31/05 | | | | | | | | | | | |
| Richards | David | 7/7/03 | 10/31/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Roark | Kenneth B. | 2/13/06 | | | | | | | | | | | | |
| Roman | Pedro | 2/25/05 | 6/6/05 | | | | | | | | | | | |
| Rosa | Arnaldo A. | 5/5/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Rudin | Glenna L. | 11/30/05 | 12/28/05 | | | | | | | | | | | |
| Ruiz | Angel | 7/22/97 | 9/13/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Smith | Edward J. | 8/1/90 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Soriano | Anilsa Y. | 5/10/05 | 2/10/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Souza | Clement | 5/20/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Souza | Louis | 8/11/79 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Taveras | Andres | 11/4/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Taveras | Fernando A. | 8/12/93 | 10/26/05 | | 1 | 1 | 1 | 1 | 1 | 1 | | | | |
| Valenzuela | Maria | 7/30/01 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Warchol | David R. | 6/6/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Wheeler | Michael P. | 1/17/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Wilcox | Chris | 11/8/05 | 2/3/06 | | | | | | | | | | | 1 |
| | | | | | | | | | | | | | | |
| TOTAL NUMBER OF EMPLOYEES | | | | | 49 | 49 | 51 | 50 | 50 | 49 | 48 | 48 | 49 | 49 |
| Number of Weeks/Yr | | | | | | | 8 | 7 | 6 | | | | | |

| Last Name | First Name | Hire Date | Term. Date | Rehire Date | 11/25/05 | 12/2/05 | 12/9/05 | 12/16/05 | 12/23/05 | 12/30/05 | 1/6/06 | 1/13/06 | 1/20/06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acevedo | Renso | 8/23/04 | 2/3/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Alassah | Richard | 8/1/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Almanzar | Virginio | 2/22/06 | | | | | | | | | | | |
| Arsenault | Judy | 1/29/04 | 2/2/05 | | | | | | | | | | |
| Augusto | Leandro E. | 11/2/93 | 2/11/05 | | | | | | | | | | |
| Bejbl | Matthew | 11/2/79 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bent | Dana | 9/20/99 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bonilla | Carmen | 9/22/04 | 10/12/05 | | | | | | | | | | |
| Bonilla | Diana | 10/18/04 | 1/16/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Bonilla | Enid | 3/30/04 | 2/10/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Bourassa | Robert | 6/15/78 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Brito | Dora | 8/23/99 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Caballeros | Alejandra | 11/10/03 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Cabral | Edwin | 8/27/01 | 2/11/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Cabral | Jissell A. | 5/25/05 | | | 1 | | 1 | | 1 | | | | 1 |
| Cabral | Ramon | 4/19/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Carrasco | Ericson | 4/24/02 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Carrasco | Monica | 5/12/03 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Carroccio | Michele | 8/19/92 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Castillo | Daniel | 8/6/01 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Castillo | Jorge G. | 3/27/00 | 1/12/06 | 8/14/06 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | |
| Clifton | Randy S. | 8/5/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Enguilo | Gasper | 12/13/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Garcia | Alma | 7/15/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Geranis | Norma | 4/17/00 | 4/22/05 | | | | | | | | | | |
| Godin | Alan N. | 5/11/84 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Gomez | Jorge | 12/27/05 | 1/12/2006 | | | | | | | 1 | 1 | | |
| Gomez | Luis | 7/3/03 | 2/11/05 | | | | | | | | | | 1 |
| Guertin | Richard | 11/27/05 | 6/14/06 | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Harris | Demar | 5/31/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hernandez | Jose | 7/26/00 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hernandez | Raul | 9/5/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hillard | Al | 1/23/06 | 1/16/07 | | | | | | | | | | |
| Hurtado, Jr. | Guillermo | 8/25/03 | 2/3/2007 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hurtado, Sr. | Guillermo | 8/17/03 | 12/30/05 | | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| Hurtado | Sandra | 1/26/05 | 3/22/2007 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Jarest | Michael | 12/4/82 | 7/1/05 | | | | | | | | | | |
| Jarest | Raymond | 1/20/97 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Kane | David | 9/28/92 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Kelly | Natasia M. | 2/14/06 | 2/15/06 | | | | | | | | | | |
| Knott | James | 3/15/05 | 7/10/05 | | | | | | | | | | |
| Martinez | Angel G. | 3/1/91 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Mastriano | Mark A. | 9/23/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Matos | Miguel A. | 4/4/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| McCoy, Jr. | Richard | 5/5/04 | 6/23/05 | | | | | | | | | | |
| More | Sean | 5/15/95 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Olivares | Ana | 9/3/97 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Ortiz | Neisha | 7/20/04 | 2/11/05 | | | | | | | | | | |
| Parent | Keith | 2/2/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Peltier | Ralph A. | 6/25/87 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Plante | Joyce | 2/14/05 | 3/13/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Ramirez | Aurelio | 1/31/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Ramirez | Dario | 9/27/04 | 8/31/05 | | | | | | | | | | |
| Richards | David | 7/7/03 | 10/31/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Roark | Kenneth B. | 2/13/06 | | | | | | | | | | | |
| Roman | Pedro | 2/25/05 | 6/6/05 | | | | | | | | | | |
| Rosa | Arnaldo A. | 5/5/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Rudin | Glenna L. | 11/30/05 | 12/28/05 | | | | 1 | 1 | 1 | | | | |
| Ruiz | Angel | 7/22/97 | 9/13/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Smith | Edward J. | 8/1/90 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Soriano | Anilsa Y. | 5/10/05 | 2/10/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Souza | Clement | 5/20/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Souza | Louis | 8/11/79 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Taveras | Andres | 11/4/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Taveras | Fernando A. | 8/12/93 | 10/26/05 | | | | | | | | | | |
| Valenzuela | Maria | 7/30/01 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Warchol | David R. | 6/6/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Wheeler | Michael P. | 1/17/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Wilcox | Chris | 11/8/05 | 2/3/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | | | | | | | | | | | | | |
| TOTAL NUMBER OF EMPLOYEES | | | | | 50 | 49 | 52 | 51 | 52 | 51 | 50 | 48 | 49 |
| Number of Weeks/Yr | | | | | 5 | | 4 | 3 | 2 | 1 | 1 | | |

| Last Name | First Name | Hire Date | Term. Date | Rehire Date | 1/27/06 | 2/3/06 | 2/10/06 | 2/17/06 | 2/24/06 | 3/3/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| Acevedo | Renso | 8/23/04 | 2/3/06 | | 1 | 1 | | | | |
| Alassah | Richard | 8/1/05 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Almanzar | Virginio | 2/22/06 | | | | | | | | 1 |
| Arsenault | Judy | 1/29/04 | 2/2/05 | | | | | | | |
| Augusto | Leandro E. | 11/2/93 | 2/11/05 | | | | | | | |
| Bejbl | Matthew | 11/2/79 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Bent | Dana | 9/20/99 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Bonilla | Carmen | 9/22/04 | 10/12/05 | | | | | | | |
| Bonilla | Diana | 10/18/04 | 1/16/06 | | | | | | | |
| Bonilla | Enid | 3/30/04 | 2/10/06 | | 1 | 1 | 1 | 1 | 1 | 1 |
| Bourassa | Robert | 6/15/78 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Brito | Dora | 8/23/99 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Caballeros | Alejandra | 11/10/03 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Cabral | Edwin | 8/27/01 | 2/11/05 | | 1 | 1 | 1 | 1 | 1 | 1 |
| Cabral | Jissell A. | 5/25/05 | | | | 1 | | 1 | | |
| Cabral | Ramon | 4/19/96 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Carrasco | Ericson | 4/24/02 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Carrasco | Monica | 5/12/03 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Carroccio | Michele | 8/19/92 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Castillo | Daniel | 8/6/01 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Castillo | Jorge G. | 3/27/00 | 1/12/06 | 8/14/06 | | | | | | |
| Clifton | Randy S. | 8/5/85 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Enguilo | Gasper | 12/13/04 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Garcia | Alma | 7/15/96 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Geranis | Norma | 4/17/00 | 4/22/05 | | | | | | | |
| Godin | Alan N. | 5/11/84 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Gomez | Jorge | 12/27/05 | 1/12/2006 | | | | | | | |
| Gomez | Luis | 7/3/03 | 2/11/05 | | | | | | | |
| Guertin | Richard | 11/27/05 | 6/14/06 | | 1 | 1 | 1 | 1 | 1 | 1 |
| Harris | Demar | 5/31/04 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Hernandez | Jose | 7/26/00 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Hernandez | Raul | 9/5/05 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Hillard | Al | 1/23/06 | 1/16/07 | | | 1 | 1 | 1 | 1 | 1 |
| Hurtado, Jr. | Guillermo | 8/25/03 | 2/3/2007 | | 1 | 1 | 1 | 1 | 1 | 1 |
| Hurtado, Sr. | Guillermo | 8/17/03 | 12/30/05 | | | | | | | |
| Hurtado | Sandra | 1/26/05 | 3/22/2007 | | 1 | 1 | 1 | 1 | 1 | 1 |
| Jarest | Michael | 12/4/82 | 7/1/05 | | | | | | | |
| Jarest | Raymond | 1/20/97 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Kane | David | 9/28/92 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Kelly | Natasia M. | 2/14/06 | 2/15/06 | | | | | | | |
| Knott | James | 3/15/05 | 7/10/05 | | | | | | | |
| Martinez | Angel G. | 3/1/91 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Mastriano | Mark A. | 9/23/05 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Matos | Miguel A. | 4/4/05 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| McCoy, Jr. | Richard | 5/5/04 | 6/23/05 | | | | | | | |
| More | Sean | 5/15/95 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Olivares | Ana | 9/3/97 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Ortiz | Neisha | 7/20/04 | 2/11/05 | | | | | | | |
| Parent | Keith | 2/2/04 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Peltier | Ralph A. | 6/25/87 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Plante | Joyce | 2/14/05 | 3/13/06 | | 1 | 1 | 1 | 1 | 1 | 1 |
| Ramirez | Aurelio | 1/31/05 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Ramirez | Dario | 9/27/04 | 8/31/05 | | | | | | | |
| Richards | David | 7/7/03 | 10/31/06 | | 1 | 1 | 1 | 1 | 1 | 1 |
| Roark | Kenneth B. | 2/13/06 | | | | | | | 1 | 1 |
| Roman | Pedro | 2/25/05 | 6/6/05 | | | | | | | |
| Rosa | Arnaldo A. | 5/5/05 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Rudin | Glenna L. | 11/30/05 | 12/28/05 | | | | | | | |
| Ruiz | Angel | 7/22/97 | 9/13/06 | | 1 | 1 | 1 | 1 | 1 | 1 |
| Smith | Edward J. | 8/1/90 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Soriano | Anilsa Y. | 5/10/05 | 2/10/06 | | 1 | 1 | 1 | | | |
| Souza | Clement | 5/20/85 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Souza | Louis | 8/11/79 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Taveras | Andres | 11/4/96 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Taveras | Fernando A. | 8/12/93 | 10/26/05 | | | | | | | |
| Valenzuela | Maria | 7/30/01 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Warchol | David R. | 6/6/85 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Wheeler | Michael P. | 1/17/05 | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Wilcox | Chris | 11/8/05 | 2/3/06 | | 1 | 1 | | | | |
| | | | | | | | | | | |
| **TOTAL NUMBER OF EMPLOYEES** | | | | | **47** | **49** | **46** | **46** | **46** | **47** |
| Number of Weeks/Yr | | | | | | | | | | |