TIME CARD | PAY PROCESSING | REPORTS | EMPLOYEE | SCHEDULE | HR | ADMIN | Logout

Time Card | Daily Details | Supervisor | Enter Punch | Enter Absence | Enter Disbursement | Preferences

**Department** All Departments **Employee** BONILLA, ENID Print

**View** 9/4/05

**Sunday 2/5/2006 to Saturday 2/18/2006**

**Date** 2/5/2006

| | S 5 | M 6 | T 7 | W 8 | T 9 | F 10 | S 11 | S 12 | M 13 | T 14 | W 15 | T 16 | F 17 | S 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In | | 08:00 | 08:00 | 08:30 | 08:15 | 08:15 | | | | | | | | |
| Out | | 15:45 | 16:00 | 09:30 | 16:15 | 16:15 | | | | | | | | |

**Accumulated Hours**

| | S 5 | M 6 | T 7 | W 8 | T 9 | F 10 | S 11 | S 12 | M 13 | T 14 | W 15 | T 16 | F 17 | S 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Hours** | 0.00 | 7.75 | 8.00 | 1.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Regular Hours** | | 7.75 | 8.00 | 1.00 | 8.00 | 8.00 | | | | | | | | |
| Department | | | | | | | | | | | | | | |
| **Support** | | 7.75 | 8.00 | 1.00 | 8.00 | 8.00 | | | | | | | | |

*Settings* *Legend*

**Pay Period: 2/5/2006 - 2/18/2006**

| | |
|---|---|
| Worked Hours | 32.75 |
| Total Hours | 32.75 |

| | |
|---|---|
| Regular Hours | 32.75 |
| Total Hours | 32.75 |
| Hours Pay | $0.00 |
| Total Pay | $0.00 |

Department & Premium Hours Recalculate Employee

TIME CARD | PAY PROCESSING | REPORTS | EMPLOYEE | SCHEDULE | HR | ADMIN | Logout

Time Card | Daily Details | Supervisor | Enter Punch | Enter Absence | Enter Disbursement | Preferences

Department All Departments | Employee BONILLA, ENID | Print

View 9/4/05

Sunday 1/22/2006 to Saturday 2/4/2006

Date 1/22/2006

| | S 22 | M 23 | T 24 | W 25 | T 26 | F 27 | S 28 | S 29 | M 30 | T 31 | W 1 | T 2 | F 3 | S 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In | | 08:15 | 08:30 | 08:00 | 08:00 | 08:15 | | | 08:15 | 08:15 | 08:00 | 08:15 | 08:30 | |
| Out | | 16:00 | 16:30 | 16:30 | 16:45 | 16:00 | | | 16:30 | 16:30 | 16:15 | 16:00 | 13:15 | |

Accumulated Hours

| | S 22 | M 23 | T 24 | W 25 | T 26 | F 27 | S 28 | S 29 | M 30 | T 31 | W 1 | T 2 | F 3 | S 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Hours** | 0.00 | 7.75 | 8.00 | 8.50 | 8.75 | 7.75 | 0.00 | 0.00 | 8.25 | 8.25 | 8.25 | 7.75 | 4.75 | 0.00 |
| **Regular Hours** | | 7.75 | 8.00 | 8.50 | 8.75 | 7.00 | | | 8.25 | 8.25 | 8.25 | 7.75 | 4.75 | |
| **Forty** | | | | | | 0.75 | | | | | | | | |
| Department | | | | | | | | | | | | | | |
| **Support** | | 7.75 | 8.00 | 8.50 | 8.75 | 7.75 | | | 8.25 | 8.25 | 8.25 | 7.75 | 4.75 | |

*Settings* *Legend*

Pay Period: 1/22/2006 - 2/4/2006

| | |
|---|---|
| Worked Hours | 78.00 |
| Total Hours | 78.00 |

| | |
|---|---|
| Regular Hours | 77.25 |
| Forty | 0.75 |
| Total Hours | 78.00 |
| Hours Pay | $0.00 |
| Total Pay | $0.00 |

Department & Premium Hours | Recalculate Employee

Case 1:07-cv-00083-SLR Document 60-5 Filed 07/02/2008 Page 3 of 51

TIME CARD | PAY PROCESSING | REPORTS | EMPLOYEE | SCHEDULE | HR | ADMIN | Logout

Time Card | Daily Details | Supervisor | Enter Punch | Enter Absence | Enter Disbursement | Preferences

**Department** All Departments **Employee** BONILLA, ENID Print

**View** 9/4/05

Sunday 1/8/2006 to Saturday 1/21/2006

**Date** 1/8/2006

| | S 8 | M 9 | T 10 | W 11 | T 12 | F 13 | S 14 | S 15 | M 16 | T 17 | W 18 | T 19 | F 20 | S 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In | | 13:30 | 07:45 | 07:45 | 08:00 | 08:00 | | | 08:00 | 08:15 | 11:30 | 08:00 | 08:15 | |
| Out | | 15:45 | 12:45 | 12:30 | 12:45 | 12:45 | | | 16:00 | 15:45 | 15:15 | 15:45 | 15:30 | |
| In | | | 13:15 | 13:00 | 13:15 | 13:15 | | | | | | | | |
| Out | | | 15:30 | 16:00 | 16:15 | 15:30 | | | | | | | | |

**Accumulated Hours**

| | S 8 | M 9 | T 10 | W 11 | T 12 | F 13 | S 14 | S 15 | M 16 | T 17 | W 18 | T 19 | F 20 | S 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Hours** | 0.00 | 2.25 | 7.25 | 7.75 | 7.75 | 7.00 | 0.00 | 0.00 | 8.00 | 7.50 | 3.75 | 7.75 | 7.25 | 0.00 |
| **Regular Hours** | | 2.25 | 7.25 | 7.75 | 7.75 | 7.00 | | | 8.00 | 7.50 | 3.75 | 7.75 | 7.25 | |
| Department | | | | | | | | | | | | | | |
| **Support** | | 2.25 | 7.25 | 7.75 | 7.75 | 7.00 | | | 8.00 | 7.50 | 3.75 | 7.75 | 7.25 | |

*Settings* *Legend*

Pay Period: 1/8/2006 - 1/21/2006

| | |
|---|---|
| Worked Hours | 66.25 |
| Total Hours | 66.25 |

| | |
|---|---|
| Regular Hours | 66.25 |
| Total Hours | 66.25 |
| Hours Pay | $0.00 |
| Total Pay | $0.00 |

Department & Premium Hours Recalculate Employee

TIME CARD | PAY PROCESSING | REPORTS | EMPLOYEE | SCHEDULE | HR | ADMIN | Logout

Time Card · Daily Details · Supervisor · Enter Punch · Enter Absence · Enter Disbursement · Preferences

**Department** All Departments **Employee** BONILLA, ENID Print

**View** 9/4/05

**Date** 12/25/2005

**Sunday 12/25/2005 to Saturday 1/7/2006**

| | S 25 | M 26 | T 27 | W 28 | T 29 | F 30 | S 31 | S 1 | M 2 | T 3 | W 4 | T 5 | F 6 | S 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In | | | 08:30 | 08:15 | 08:00 | 08:00 | | | | 08:00 | 08:00 | 08:00 | 08:15 | |
| Out | | | 15:45 | 15:45 | 16:15 | 16:00 | | | | 16:00 | 16:00 | 12:30 | 15:30 | |

**Accumulated Hours**

| | S 25 | M 26 | T 27 | W 28 | T 29 | F 30 | S 31 | S 1 | M 2 | T 3 | W 4 | T 5 | F 6 | S 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Hours** | 0.00 | 8.00 | 7.25 | 7.50 | 8.25 | 8.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 4.50 | 7.25 | 0.00 |
| **Regular Hours** | | 8.00 | 7.25 | 7.50 | 8.25 | 8.00 | | | 8.00 | 8.00 | 8.00 | 4.50 | 7.25 | |
| Department | | | | | | | | | | | | | | |
| **Support** | | 8.00 | 7.25 | 7.50 | 8.25 | 8.00 | | | 8.00 | 8.00 | 8.00 | 4.50 | 7.25 | |
| Absences | | | | | | | | | | | | | | |
| **Holidays** | | 8.00 | | | | | | | 8.00 | | | | | |

*Settings* *Legend*

**Pay Period: 12/25/2005 - 1/7/2006**

| | |
|---|---|
| Worked Hours | 58.75 |
| Holiday Hours | 16.00 |
| Total Hours | 74.75 |

| | |
|---|---|
| Regular Hours | 74.75 |
| Total Hours | 74.75 |
| Hours Pay | $0.00 |
| Total Pay | $0.00 |

Department & Premium Hours · Recalculate Employee

TIME CARD | PAY PROCESSING | REPORTS | EMPLOYEE | SCHEDULE | HR | ADMIN | Logout

Time Card Daily Details Supervisor Enter Punch Enter Absence Enter Disbursement Preferences

**Department** All Departments **Employee** BONILLA, ENID Print

**View** 9/4/05

**Sunday 12/11/2005 to Saturday 12/24/2005**

**Date** 12/11/2005

| | S 11 | M 12 | T 13 | W 14 | T 15 | F 16 | S 17 | S 18 | M 19 | T 20 | W 21 | T 22 | F 23 | S 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In | | 08:45 | 08:15 | 08:15 | 08:00 | 07:30 | | | 07:45 | | | | | |
| Out | | 16:00 | 16:30 | 16:15 | 16:30 | 16:00 | | | 13:00 | | | | | |
| In | | | | | | | | | 14:00 | | | | | |
| Out | | | | | | | | | 16:30 | | | | | |

**Accumulated Hours**

| | S 11 | M 12 | T 13 | W 14 | T 15 | F 16 | S 17 | S 18 | M 19 | T 20 | W 21 | T 22 | F 23 | S 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Hours** | 0.00 | 7.25 | 8.25 | 8.00 | 8.50 | 8.50 | 0.00 | 0.00 | 7.75 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 |
| **Regular Hours** | | 7.25 | 8.25 | 8.00 | 8.50 | 8.50 | | | 7.75 | 8.00 | 8.00 | 8.00 | 8.00 | |
| Department | | | | | | | | | | | | | | |
| **Support** | | 7.25 | 8.25 | 8.00 | 8.50 | 8.50 | | | 7.75 | 8.00 | 8.00 | 8.00 | 8.00 | |
| Absences | | | | | | | | | | | | | | |
| **PTO** | | | | | | | | | | 8.00† | 8.00† | 8.00† | 8.00† | |

*Settings* *Legend*

**Pay Period: 12/11/2005 - 12/24/2005**

| | |
|---|---|
| Worked Hours | 48.25 |
| Paid Absences | 32.00 |
| Total Hours | 80.25 |

| | |
|---|---|
| Regular Hours | 80.25 |
| Total Hours | 80.25 |
| Hours Pay | $0.00 |
| Total Pay | $0.00 |

Department & Premium Hours Recalculate Employee

TIME CARD | PAY PROCESSING | REPORTS | EMPLOYEE | SCHEDULE | HR | ADMIN | Logout

Time Card · Daily Details · Supervisor · Enter Punch · Enter Absence · Enter Disbursement · Preferences

Department All Departments · Employee BONILLA, ENID · Print

View 9/4/05

Sunday 11/27/2005 to Saturday 12/10/2005

Date 11/27/2005

| | S 27 | M 28 | T 29 | W 30 | T 1 | F 2 | S 3 | S 4 | M 5 | T 6 | W 7 | T 8 | F 9 | S 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In | | 08:15 | 08:15 | 08:15 | 08:00 | 08:00 | | | 08:15 | 08:15 | 08:45 | 09:15 | 08:30 | |
| Out | | 11:00 | 15:45 | 16:00 | 16:00 | 16:00 | | | 16:00 | 16:00 | 16:30 | 16:00 | 15:30 | |
| In | | 14:30 | | | | | | | | | | | | |
| Out | | 16:15 | | | | | | | | | | | | |

Accumulated Hours

| | S 27 | M 28 | T 29 | W 30 | T 1 | F 2 | S 3 | S 4 | M 5 | T 6 | W 7 | T 8 | F 9 | S 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Hours** | 0.00 | 4.50 | 7.50 | 7.75 | 8.00 | 8.00 | 0.00 | 0.00 | 7.75 | 7.75 | 7.75 | 6.75 | 7.00 | 0.00 |
| **Regular Hours** | | 4.50 | 7.50 | 7.75 | 8.00 | 8.00 | | | 7.75 | 7.75 | 7.75 | 6.75 | 7.00 | |
| Department | | | | | | | | | | | | | | |
| **Support** | | 4.50 | 7.50 | 7.75 | 8.00 | 8.00 | | | 7.75 | 7.75 | 7.75 | 6.75 | 7.00 | |

*Settings* *Legend*

Pay Period: 11/27/2005 - 12/10/2005

| | |
|---|---|
| Worked Hours | 72.75 |
| Total Hours | 72.75 |

| | |
|---|---|
| Regular Hours | 72.75 |
| Total Hours | 72.75 |
| Hours Pay | $0.00 |
| Total Pay | $0.00 |

Department & Premium Hours · Recalculate Employee

TIME CARD | PAY PROCESSING | REPORTS | EMPLOYEE | SCHEDULE | HR | ADMIN | Logout

Time Card | Daily Details | Supervisor | Enter Punch | Enter Absence | Enter Disbursement | Preferences

**Department** All Departments **Employee** BONILLA, ENID Print

**View** 9/4/05

**Sunday 11/13/2005 to Saturday 11/26/2005**

**Date** 11/13/2005

| | S 13 | M 14 | T 15 | W 16 | T 17 | F 18 | S 19 | S 20 | M 21 | T 22 | W 23 | T 24 | F 25 | S 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **In** | | 07:30 | 07:45 | 08:00 | 07:45 | | | | 08:00 | 08:45 | 08:45 | | | |
| **Out** | | 16:15 | 09:45 | 16:30 | 16:30 | | | | 17:00 | 16:30 | 16:00 | | | |
| **In** | | | 11:00 | | | | | | | | | | | |
| **Out** | | | 16:45 | | | | | | | | | | | |
| **Accumulated Hours** | | | | | | | | | | | | | | |
| **Total Hours** | 0.00 | 8.75 | 7.75 | 8.50 | 8.75 | 8.00 | 0.00 | 0.00 | 9.00 | 7.75 | 7.25 | 8.00 | 8.00 | 0.00 |
| **Regular Hours** | | 8.75 | 7.75 | 8.50 | 8.75 | 8.00 | | | 9.00 | 7.75 | 7.25 | 8.00 | 8.00 | |
| Department | | | | | | | | | | | | | | |
| **Support** | | 8.75 | 7.75 | 8.50 | 8.75 | 8.00 | | | 9.00 | 7.75 | 7.25 | 8.00 | 8.00 | |
| Absences | | | | | | | | | | | | | | |
| **PTO** | | | | | | 8.00† | | | | | | | | |
| **Holidays** | | | | | | | | | | | | 8.00 | 8.00 | |

*Settings* *Legend*

**Pay Period: 11/13/2005 - 11/26/2005**

| | |
|---|---|
| Worked Hours | 57.75 |
| Holiday Hours | 16.00 |
| Paid Absences | 8.00 |
| Total Hours | 81.75 |

| | |
|---|---|
| Regular Hours | 81.75 |
| Total Hours | 81.75 |
| Hours Pay | $0.00 |
| Total Pay | $0.00 |

Department & Premium Hours | Recalculate Employee

TIME CARD | PAY PROCESSING | REPORTS | EMPLOYEE | SCHEDULE | HR | ADMIN | Logout

Time Card | Daily Details | Supervisor | Enter Punch | Enter Absence | Enter Disbursement | Preferences

**Department** All Departments **Employee** BONILLA, ENID Print

**View** 9/4/05

**Date** 10/30/2005

**Sunday 10/30/2005 to Saturday 11/12/2005**

| | S 30 | M 31 | T 1 | W 2 | T 3 | F 4 | S 5 | S 6 | M 7 | T 8 | W 9 | T 10 | F 11 | S 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **In** | | 10:00 | 09:00 | 09:15 | 09:00 | 09:30 | | | 07:30 | 07:45 | 07:45 | 08:15 | 08:00 | |
| **Out** | | 17:30 | 16:30 | 16:30 | 15:30 | 16:30 | | | 16:15 | 16:30 | 16:15 | 16:30 | 16:30 | |

**Accumulated Hours**

| | S 30 | M 31 | T 1 | W 2 | T 3 | F 4 | S 5 | S 6 | M 7 | T 8 | W 9 | T 10 | F 11 | S 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Hours** | 0.00 | 7.50 | 7.50 | 7.25 | 6.50 | 7.00 | 0.00 | 0.00 | 8.75 | 8.75 | 8.50 | 8.25 | 8.50 | 0.00 |
| **Regular Hours** | | 7.50 | 7.50 | 7.25 | 6.50 | 7.00 | | | 8.75 | 8.75 | 8.50 | 8.25 | 8.50 | |
| **Department** | | | | | | | | | | | | | | |
| **Support** | | 7.50 | 7.50 | 7.25 | 6.50 | 7.00 | | | 8.75 | 8.75 | 8.50 | 8.25 | 8.50 | |

*Settings* *Legend*

**Pay Period: 10/30/2005 - 11/12/2005**

| | |
|---|---|
| Worked Hours | 78.50 |
| Total Hours | 78.50 |

| | |
|---|---|
| Regular Hours | 78.50 |
| Total Hours | 78.50 |
| Hours Pay | $0.00 |
| Total Pay | $0.00 |

Department & Premium Hours    Recalculate Employee

Case 1:07-cv-00331-SLDLM Document 60-5 Filed 07/02/2008 Page 9 of 51

TIME CARD | PAY PROCESSING | REPORTS | EMPLOYEE | SCHEDULE | HR | ADMIN | Logout

Time Card | Daily Details | Supervisor | Enter Punch | Enter Absence | Enter Disbursement | Preferences

**Department** All Departments **Employee** BONILLA, ENID Print

**View** 9/4/05

**Date** 10/29/2005

Sunday 10/16/2005 to Saturday 10/29/2005

| | S 16 | M 17 | T 18 | W 19 | T 20 | F 21 | S 22 | S 23 | M 24 | T 25 | W 26 | T 27 | F 28 | S 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In | | 09:00 | 09:00 | 09:15 | 09:00 | 09:00 | | | 09:30 | 09:00 | 09:15 | 09:00 | 08:45 | |
| Out | | 16:30 | 16:45 | 16:30 | 16:45 | 16:45 | | | 16:45 | 16:00 | 16:30 | 11:45 | 16:30 | |
| In | | | | | | | | | | | | 13:15 | | |
| Out | | | | | | | | | | | | 17:00 | | |

Accumulated Hours

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Hours** | 0.00 | 7.50 | 7.75 | 7.25 | 7.75 | 7.75 | 0.00 | 0.00 | 7.25 | 7.00 | 7.25 | 6.50 | 7.75 | 0.00 |
| **Regular Hours** | | 7.50 | 7.75 | 7.25 | 7.75 | 7.75 | | | 7.25 | 7.00 | 7.25 | 6.50 | 7.75 | |
| **Department** | | | | | | | | | | | | | | |
| **Support** | | 7.50 | 7.75 | 7.25 | 7.75 | 7.75 | | | 7.25 | 7.00 | 7.25 | 6.50 | 7.75 | |

*Settings* *Legend*

Pay Period: 10/16/2005 - 10/29/2005

| | |
|---|---|
| Worked Hours | 73.75 |
| Total Hours | 73.75 |

| | |
|---|---|
| Regular Hours | 73.75 |
| Total Hours | 73.75 |
| Hours Pay | $0.00 |
| Total Pay | $0.00 |

Department & Premium Hours Recalculate Employee

NC 9/3/05

2

N Bonilla, Enid

| DATE | DAY | IN | OUT | WORKED | HOURS | OVERTIME |
|---|---|---|---|---|---|---|
| 29 | MO | 7:53 | 12:35 | 4:~~35~~ | 4:35 | |
| 29 | MO | 12:46 | 4:30 | 3.5 | | |
| 30 | TU | 10:49 | 2:05 | 3:~~11~~ | 7:46 | |
| 30 | TU | 3:34 | 4:33 | ~~4:07~~ 1 | 8:42 | |
| 31 | WE | 8:47 | 12:35 | 3:~~05~~ | 12:30 | |
| 31 | WE | 12:48 | 4:48 | 3:45 | 16:27 | |
| 1 | TH | 11:12 | 4:20 | 5:~~03~~ | 21:30 | |
| 2 | FR | 8:39 | 4:01 | 7:~~21~~ | 28:51 | |

School

Mil Appt

31.5

OK

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M |
|---|---|---|---|---|---|---|
| MONTH | DAY | NUMBER OF DAY: W | ◆ | P | S | T |

| ACCUMULATED | | |
|---|---|---|
| NET HRS. | REG HRS. | HOLIDAY |
| O.T.(C) | O.T. | O.T.(A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR EARLY LEAVE | | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR. EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | * | APPROVED WORKING HOURS |

N 8/27/05

1

**Bonilla, Enid**

| DATE | DAY | SHIFT | IN | M | OUT | M | HOURS WORKED | HOURS | ...ATED OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| 22MO | | | 7:55 | | 12:34 | | 4:39 | 4:34 | |
| 22MO | | | 12:48 | | 3:45 | | 2:75 | 7:31 | |
| 23TU | | | 7:55 | | 12:36 | | 4:5 | 12:07 | |
| 23TU | | | 12:51 | | 4:01 | | 3 7:45 | 15:16 | |
| 24WE | | | 7:55 | | 12:33 | | 4:5 | 19:49 | |
| 24WE | | | 12:47 | | 4:09 | | 3 7:46 | 23:02 | |
| 25TH | | | 7:49 | | 12:37 | | 4:[illegible] | 27:39 | |
| 25TH | | | 12:55 | | 4:30 | | 3:[illegible] | | |
| 26FR | | | 7:58 | | 12:38 | | 4:58 | 32:17 | |
| 26FR | | | 12:53 | | 4:32 | | 8:35 | [illegible] | |

40 3

OK

MICRODER

043

AMANO

0 1 2 3 4 5 6 7 8 9

NO. ______ PAY PERIOD ENDING ______ **2**

NAME Bonilla. E

| DATE DAY SHIFT | IN | M | OUT | M | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|---|---|
| 15MO | 8:00 | | 4:08 | | 8:00 | 8:00 | |
| 16TU | 8:08 | | 4:08 | | 7:52 | 15:52 | |
| 17WE | 7:54 | | 4:18 | | 8.25 | | |
| 18TH | 8:11 | | 4:30 | | 8.25 | | |
| 19FR | 8:00 | | 4:30 | | 8.5 | | |

40 1

OK

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M |
|---|---|---|---|---|---|---|
| MONTH | DAY | NUMBER OF DAY | W | ◆ | P | S | T |

| ACCUMULATED | | |
|---|---|---|
| NET HRS. | REG HRS. | HOLIDAY |
| ACCUMULATED | | |
| O.T.(C) | O.T. | O.T.(A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR. EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | * | APPROVED WORKING HOURS |

NO. 003 PAY PERIOD ENDING

NAME BONILLA E **1**

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | OVERTIME |
|---|---|---|---|---|---|
| 9TU | 7:19 | 4:09 | 8:30 | 8:30 | |
| 10WE | 7:58 | 4:30 | 8:30 | 17:00 | |
| 11TH | 8:00 | 4:24 | 8:25 | 25:15 | |
| 12FR | 7:59 | 4:30 | 8.5 | | |

33.75

Ok

8 - Holiday

8 hours Holiday

MICRODER

002

AMANO

NO. JULY 05 PAY PERIOD ENDING

**2**

NAME ENIO BONILLA

| DATE DAY SHIFT | IN | M | OUT | M | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|---|---|
| 1MO | 7:53 | | 4:05 | | 8:00 | 8:00 | |
| 2TU | 7:51 | | 4:19 | | 8:15 | 16:15 | |
| 3WE | 8:00 | | 4:10 | | 8:00 | 24:15 | |
| 4TH | 7:58 | | 4:30 | | 8.5 | | |

PAY OT

Fri - 8 hrs VAC

32.75

8 hours VACATION

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M |
|---|---|---|---|---|---|---|
| MONTH | DAY | NUMBER OF DAY: W | ◆ | P | S | T |

| ACCUMULATED | | |
|---|---|---|
| NET HRS. | REG HRS. | HOLIDAY |
| ACCUMULATED | | |
| O.T.(C) | O.T. | O.T.(A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR. EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | * | APPROVED WORKING HOURS |

NO. ______ PAY PERIOD ENDING ______ 1

NAME E. Bonilla

| DATE DAY SHIFT | IN | M | OUT | M | HOURS WORKED | ACCUMULATED HOURS | OVERTIME |
|---|---|---|---|---|---|---|---|
| 27WE | 7:58 | | 5:15 | | 9.25 | | |
| 28TH | 7:55 | | 5:18 | | 9.25 | | |
| 29FR | 7:16 | | 4:30 | | 9 - | | |
| Mon | 8 | | 4:30 | | 8.5 | | |
| Tue | 8 | | 4:45 | | 8.75 | | |
| | | | | | | 40 | 4.75 |
| | | | | | | OK | |

MICRODER

096

AMANO

0 1 2 3 4 5 6 7 8 9

0 1 2 3 4 5 6 7 8 9

0 1 2 3 4 5 6 7 8 9

0 1 2 3 4 5 6 7 8 9

7/23/05

2

**Bonilla, Enid**

| DATE | IN | OUT | WORKED | HOURS | OVERTIME |
| --- | --- | --- | --- | --- | --- |
| 18MO | 7:13 | 4:05 | 8:45 | 8:45 | |
| 19TU | 8:38 | 4:21 | 7:5 | 16:22 | |
| 20WE | 7:05 | 12:32 | 5:25 | 21:39 | |
| 21TH | 7:09 | 5:00 | 9.75 | | |
| 22FR | 7:56 | 4:45 | 8:25 | 29:39 | |

7/20 Dr. Appt

39.5

OK

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M |
| --- | --- | --- | --- | --- | --- | --- |
| MONTH | DAY | NUMBER OF DAY W ◆ P S T | | | | |

| ACCUMULATED | | |
| --- | --- | --- |
| NET HRS. | REG. HRS. | OVERTIME |
| ACCUMULATED | | |
| O.T. (C) | O.T. (B) | O.T. (A) |

MARK CODE

| | | | |
| --- | --- | --- | --- |
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

7/16/05

1

Bonilla, Enid

| DATE | IN | OUT | WORKED | HOURS | OVERTIME |
|---|---|---|---|---|---|
| 11MO | 7:49 | 4:45 | 8.75 | | |
| 12TU | 7:18 | 4:22 | 8:45 | 8:45 | |
| 13WE | 7:24 | 4:45 | 8.75 | | |
| 14TH | 7:22 | 9:56 | 2:25 | 11:11 | |
| 14TH | 10:14 | 4:08 | 8:42 | 16:57 | |
| 15FR | 7:24 | 4:01 | 8:30 | 25:27 | |
| 16SA | 6:45 | 12:02 | 5:02 | 30:29 | |

40
OK

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

INTERNATIONAL TIME RECORDING

050

NO. 10

PAY PERIOD ENDING 7-9-05

NAME ENID B

2

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 5TU | 7:49 | 4:16 | 8:15 | 8:15 | |
| 6WE | 7:52 | 3:05 | 7:00 | 15:15 | |
| 7TH | 7:47 | 4:03 | 8:00 | 23:15 | |
| 8FR | 6:56 | 3:51 | 8:45 | 32:00 | |

4th - Holiday

32 OK

8 hours Holiday

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M | ACCUMULATED NET HRS. | REG. HRS. | OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | NUMBER OF DAY W ◆ P S T | | | | | ACCUMULATED O.T. (C) | O.T. | O.T. (A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

NO. 10 PAY PERIOD ENDING 6-27-05

NAME ENID B. **1**

| DATE DAY SHIFT | IN | M | OUT | M | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|---|---|
| 27MO | 7:17 | | 3:48 | | 8.25 | 8:15 | |
| 28TU | 7:15 | | 4:00 | | 8.75 | 17:00 | |
| 29WE | 7:04 | | 4:45 | | 9.75 | | |
| 30TH | 7:18 | | 4:45 | | 9.5 | | |
| 7/1 – | VAC | | – | | | 36.25 | |

PAY at 1/4

8 hours VACCATION

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

INTERNATIONAL TIME RECORDING

010

NO. JUNE 05 PAY PERIOD ENDING

NAME BONILLA ENIO 2

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | OVERTIME |
|---|---|---|---|---|---|
| 20MO | 8:09 | 12:36 | 4:25 | 4:27 | LE MED |
| | | — VAC | DAY | | |
| 22WE | 7:45 | 4:35 | 8:5 | 12:57 | |
| 23TH | 7:46 | 4:21 | 8:35 | 21:12 | |
| 24FR | 7:14 | 4:31 | 9:15 | 30:27 | |

30.25

6/21 - VAC day

8 hours Vacation

13
8 1/2
21 1/2
8 1/2
28
32

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M | ACCUMULATED NET HRS. | REG. HRS. | OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | NUMBER OF DAY W | ◆ | P | S | T | ACCUMULATED O.T. (C) | O.T. (B) | O.T. (A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

NO. ____________ PAY PERIOD ENDING ____________

NAME Bonilla Enid 1

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|
| 13MO | 7:59 | 1:02 | 5:02 | 5:02 | |
| 14TU | 7:12 | 4:00 | 8:15 | 13:47 | |
| 15WE | 6:47 | 4:33 | 9:5 | 23:17 | |
| 16TH | 7:53 | 4:31 | 8:5 | 31:47 | |
| 17FR | 7:57 | 4:30 | 8.5 | | |
| | | | | 40 | .25 |

OK

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

INTERNATIONAL TIME RECORDING

077

NO. 6/11/05

**2**

NAM Bonilla, Enid

| DATE DAY | IN | OUT | NET HRS. | REG. HRS. | OVERTIME |
|---|---|---|---|---|---|
| 6MO | 7:51 | 4:01 | 8:00 ✓ | 8:00 | |
| 7TU | 7:02 | 3:45 | 8:30 (handwritten 55) | 16:30 | |
| 8WE | 7:12 | 4:32 | 9:15 (handwritten 35) | 25:45 | |
| 9TH | 7:15 (handwritten 6) | 3:52 | 8:15 (handwritten 35) | 34:00 | |
| 10FR | 7:53 | 4:00 | 8:00 | 40:00 | 2:00 |

40 2

OK

SUMMARY FORMAT

| DATE | DAY NO. | IN | OUT | ACCUMULATED NET HRS. | REG. HRS. | OVERTIME |
|---|---|---|---|---|---|---|

| MONTH | DAY | NUMBER OF DAY W | ◆ | P | S | T | ACCUMULATED O.T. (C) | O.T. (B) | O.T. (A) |
|---|---|---|---|---|---|---|---|---|---|

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

NO 6/4/05 1

NA Bonilla, Enid

| DATE DAY | | | | ED TIME | |
|---|---|---|---|---|---|
| 1WE | 6:52 | 4:15 | 9:~~05~~ | 9:15 | |
| 2TH | 6:56 | 3:36 | 8:~~59~~ | 17:45 | |

count 17.75

VAC — OL

NO PAY for

Holiday

16 hours

Vacation

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

034

INTERNATIONAL TIME RECORDING

NO. 5/28/05

2

NAM

Bonilla, Enid

| DATE DAY | IN | OUT | WORKED | HOURS | OVERTIME |
| --- | --- | --- | --- | --- | --- |
| 23MO | 7:54 | 4:05 | 8:00 ✓ | 8:00 | |
| 24TU ✓ | 8:00 | 4:30 | 8.5 | | |
| 25WE | 7:56 | 4:15 | 8:05 | 16:15 | |
| 26TH | 7:54 | 4:45 | 8.75 | | |
| 27FR | 7:54 | 4:07 | 8:00 | 24:15 | |
| | | | | 40 | 1.5 |

OK

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M |
| --- | --- | --- | --- | --- | --- | --- |
| MONTH | DAY | NUMBER OF DAY | | | | |
| | | W | ◆ | P | S | T |

| ACCUMULATED | | |
| --- | --- | --- |
| NET HRS. | REG. HRS. | OVERTIME |
| ACCUMULATED | | |
| O.T. (C) | O.T. (B) | O.T. (A) |

MARK CODE

| | | | |
| --- | --- | --- | --- |
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

NO. 5/21/05

NAM Bonilla, Enid

| DATE DAY | IN | OUT | WORKED | HOURS | OVERTIME |
|---|---|---|---|---|---|
| 16MO | 6:49 | 3:25 | 8:25 | 8:15 | |
| 17TU | 7:46 | 4:45 | 8.75 | | |
| 18WE | 7:53 | 3:35 | 7:35 | 15:45 | |
| 19TH | 7:01 | 3:46 | 8:35 | 24:15 | |
| 20FR | 7:45 | 3:55 | 7.75 | 32:00 | |
| | | | | 40. | .75 |

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

INTERNATIONAL TIME RECORDING

096

N 5/14/05

2

N Bonilla, Enid

| DATE | | | | | ...ATED ...ERTIME |
|---|---|---|---|---|---|
| 9MO | 8:00 | 3:37 | 7:55 | 7:30 | |
| 10TU | 7:47 | 4:15 | 8:35 | 15:45 | |
| 11WE | 8:00 | 4:32 | 8:55 | 24:15 | |
| 12TH | 8:44 | 4:30 | 7:45 | 32:01 | |
| 13FR | 11:00 | 4:04 | 5:00 | 37:01 | |

37

OK

SUMMARY FORMAT

| DATE | DAY NO. | F S | IN | I M | OUT | I M |
|---|---|---|---|---|---|---|
| MONTH | DAY | NUMBER OF DAY: W | ◆ | P | S | T |

| ACCUMULATED | | |
|---|---|---|
| NET HRS. | REG. HRS. | OVERTIME |
| ACCUMULATED | | |
| O.T. (C) | O.T. (B) | O.T. (A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

NO 5/7/05

NA **1**

**Bonilla, Enid**

| DATE | | | | | TED RTIME |
|---|---|---|---|---|---|
| 3TU | 8:27 | 2:51 | 6:15 | 6:15 | |

mon, Wed - Fri - PAY 32

child sick

32 OK

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

INTERNATIONAL TIME RECORDING

057

NO 4/30/05 2

NA Bonilla, Enid

| DATE | IN | OUT | | | TED RTIME |
|---|---|---|---|---|---|
| 25MO | 7:56 | 4:30 | 8:55 | 8:30 | |
| 26TU | 7:46 | 4:15 | 8:25 | 16:45 | |
| 27WE | 7:26 | 9:33 | 2:03 | 18:48 | |
| 27WE | 10:59 | 4:45 | 5:75 | 24:34 | |
| 28TH | 7:22 | 4:04 | 8:55 | 33:04 | |
| 29FR | 9:09 | 4:00 | 6:75 | 39:55 | |

39.75

OK

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M |
|---|---|---|---|---|---|---|
| MONTH | DAY | NUMBER OF DAY | | | | |
| | | W | ◆ | P | S | T |

| ACCUMULATED | | |
|---|---|---|
| NET HRS. | REG. HRS. | OVERTIME |
| ACCUMULATED | | |
| O.T. (C) | O.T. (B) | O.T. (A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

NO **4/23/05**

**1**

NA **Bonilla, Enid**

| DATE DAY | | | TED TIME | | |
|---|---|---|---|---|---|
| 18MO | 7:29 | 3:31 | 8:00 | 8:00 | |
| 19TU | 7:28 | 4:05 | 8:35 | 16:30 | |
| 20WE | 1:00 | 4:25 RC | 3:25 | | |
| 21TH | 7:57 | 4:15 | 8:25 | 24:45 | |
| 22FR | 7:30 | 4:01 | 8:30 | ~~33:15~~ | |

36.5

OK

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

INTERNATIONAL TIME RECORDING

019

NO 4/16/05

2

NA Bonilla, Enid

| DATE DAY | | | | |
|---|---|---|---|---|
| 11MO | 7:42 | 3:51 | 7:45 | 7:45 |
| 12TU | 7:27 | 4:16 | 8:45 | 16:30 |
| 13WE | 7:44 | 12:05 | 4:05 | 20:35 |
| 14TH | 7:26 | 4:17 | 8:45 | 29:20 |
| 15FR | 7:29 | 4:16 | 8:45 | 38:05 |

38

OK

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | AM | OUT | AM |
|---|---|---|---|---|---|---|
| MONTH | DAY | NUMBER OF DAY: W | ◆ | P | S | T |

| ACCUMULATED | | |
|---|---|---|
| NET HRS. | REG. HRS. | OVERTIME |
| ACCUMULATED | | |
| O.T. (C) | O.T. (B) | O.T. (A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

NO. 4/9/05

1

NAI

Bonilla, Enid

| DATE DAY | | | | | ED TIME |
|---|---|---|---|---|---|
| 4MO | 6:55 | ~~11:55~~ | ~~4:55~~ | 4:55 | |
| 4MO | ~~12:15~~ | 3:31 | 8:15 | 8:14 | |
| 5TU | 6:53 | 3:21 | 8:35 | 16:29 | |
| 6WE | 7:51 | 4:18 | 8:15 | 24:44 | |
| 7TH | 7:35 | 4:15 | 8:25 | | |
| 8FR | 7:28 | 4:16 | 8:75 | 33:29 | |
| 9SA | 7:24 | 12:06 | 4:55 | 38:05 | |

40 6.5

OK

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

079

INTERNATIONAL TIME RECORDING

NO. 4/2/05

NA[ME] Bonilla, Enid

2

| DATE | DAY | SHIFT | IN | OUT | WORKED | HOURS | [ACCUMULAT]ED OVERTIME |
|---|---|---|---|---|---|---|---|
| 28 | MO | | 8:00 | 4:17 | 8:25 | 8:15 | |
| 29 | TU | | 7:57 | 12:38 | 4:55 | 12:53 | |
| 29 | TU | | 12:51 | 4:22 | 3:25 | 16:17 | |
| 30 | WE | | 7:51 | 12:31 | 4:55 | 20:48 | |
| 30 | WE | | 12:45 | 4:06 | 3:25 | 24:03 | |
| 31 | TH | | 7:47 | 12:34 | 4:55 | 28:37 | |
| 31 | TH | | 12:49 | 4:34 | 3:15 | 32:18 | |
| 1 | FR | | 7:48 | 12:35 | 4:55 | 36:53 | |
| 1 | FR | | 12:50 | 4:15 | 3.25 | | |

39.5

OK

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M |
|---|---|---|---|---|---|---|
| MONTH | DAY | NUMBER OF DAY: W | ◆ | P | S | T |

| ACCUMULATED | | |
|---|---|---|
| NET HRS. | REG. HRS. | OVERTIME |
| ACCUMULATED | | |
| O.T. (C) | O.T. (B) | O.T. (A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

NO 3/26/05

1

NA Bonilla, Enid

| DATE | | | | HOURS | TED OVERTIME |
|---|---|---|---|---|---|
| 21MO | 9:14 | 12:38 | 3:25 | 3:24 | |
| 21MO | 12:52 | 4:01 | ~~6:32~~ 3 | 6:32 | |
| 22TU | 7:52 | 4:40 | 8:5[illegible] | 15:02 | |
| 23WE | 7:43 | 4:02 | 8:00 | 23:02 | |
| 24TH | 7:55 | 4:31 | 8:5[illegible] | 31:32 | |
| 25FR | 7:56 | 12:46 | 4:45 | 36:18 | |
| 25FR | 12:59 | 4:20 | 3:25 | 39:34 | |

a

39.25

OK

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

INTERNATIONAL TIME RECORDING

041

NO 3/19/05

NA Bonilla, Enid

2

| DATE | IN | OUT | | ACCUMULATED | OVERTIME |
|---|---|---|---|---|---|
| 14MO | 7:46 | 1:06 | 5:06 | 5:06 | |
| 15TU | 7:53 | 4:01 | 8:00 | 13:06 | |
| 16WE | 7:40 | 4:00 | 8:00 | 21:06 | |
| 17TH | 7:59 | 12:38 | 4:38 | 25:44 | |
| 17TH | 12:50 | 4:30 | 3.5 | | |
| 18FR | 7:50 | 12:37 | 4:5 | 30:21 | |
| 18FR | 12:49 | 4:00 | 3 ~~7:48~~ | 33:32 | |
| 19SA | 6:46 | 12:01 | ~~5:01~~ | 38:33 | |

40 1.5

OK

SUMMARY FORMAT

| DATE / MONTH | DAY NO. / DAY | SHIFT | IN | M | OUT | M |
|---|---|---|---|---|---|---|
| | | NUMBER OF DAY | | | | |
| | | W | ◆ | P | S | T |

| ACCUMULATED | | |
|---|---|---|
| NET HRS. | REG. HRS. | OVERTIME |
| ACCUMULATED | | |
| O.T. (C) | O.T. (B) | O.T. (A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

N 3/12/05

1

N Bonilla, Enid

| DATE | | | | | ATED OVERTIME |
|---|---|---|---|---|---|
| 7MO | 8:00 | 12:48 | 4:45 | 4:48 | |
| 7MO | 12:48 | 4:30 | 8:[illegible] | 8:30 | |
| 8TU | 8:10 | 5:00 → 8.75 | | | |
| 9WE | 8:02 | 11:00 | 2:45 | 11:28 | |
| 10TH | 7:29 | 4:30 | 9:00 | 20:28 | |
| 11FR | 7:24 | 12:33 | 5:03 | 25:31 | |
| 11FR | 12:49 | 4:25 | 3:35 | 28:57 | |

+ 40 bonus - Style

40 2

4

2

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

INTERNATIONAL TIME RECORDING

065

NO 3/5/05

NA Bonilla, Enid

2

| DATE | IN | OUT | WORKED | HOURS | OVERTIME |
|---|---|---|---|---|---|
| 28MO | 7:45 | 4:45 | 9 | | |
| 1TU | 8:14 | 12:35 | 4:25 | 4:20 | |
| 1TU | 12:39 | 5:15 | 4.75 | | |
| 2WE | 7:57 | 12:33 | 4:5 | 8:53 | |
| 2WE | 12:45 | 4:00 | 3.25 | 12:08 | |
| 3TH | 7:49 | 4:37 | 8:5 | 20:38 | |
| 4FR | 7:37 | 4:48 | 8.75 | | |

40/13

01

a

SUMMARY FORMAT

| DATE (MONTH) | DAY NO. (DAY) | SHIFT | IN | M | OUT | M |
|---|---|---|---|---|---|---|
| | | NUMBER OF DAY | | | | |
| | | W | ◆ | P | S | T |

| ACCUMULATED | | |
|---|---|---|
| NET HRS. | REG. HRS. | OVERTIME |
| ACCUMULATED | | |
| O.T. (C) | O.T. (B) | O.T. (A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

NO. 2/26/05

1

NA Bonilla, Enid

| DATE | DAY | SH | IN | M | OUT | M | WORKED | HOURS | ED OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| 21 | MO | | 7:59 | | 4:03 | | 8:00 | 8:00 | |
| 22 | TU | | 7:56 | | 1:00 | | 5:00 | 13:00 | |
| 23 | WE | | 7:56 | | 1:03 | | ~~5:03~~ | 18:03 | |
| 24 | TH | | 7:57 | | ~~[illegible]~~ | | ~~[illegible]~~ | 18:04 | |
| 24 | TH | | ~~[illegible]~~ | | 4:15 | | 8:35 | 25:37 | |
| 25 | FR | | 8:50 | | 4:19 | | 7:25 | 33:02 | |

33.8

OK

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

029

INTERNATIONAL TIME RECORDING

NO 2/19/05

NA Bonilla, Enid

2

| DATE | IN | OUT | WORKED | HOURS | OVERTIME |
|---|---|---|---|---|---|
| 14MO | 6:45 | 4:07 | 9:00 | 9:00 | |
| 15TU | 7:54 | 4:45 ea | 8.75 | | |
| 16WE | 7:54 | 12:34 | 4:35 | 13:34 | |
| 16WE | 12:46 | 4:30 ea | 3.75 | | |
| 17TH | 7:56 | 4:05 | 8:00 | 21:34 | |
| 18FR | 7:56 | ~~7:56~~ | 0:00 | 21:34 | |
| 18FR | ~~7:56~~ | ~~12:34~~ | ~~4:38~~ | 26:12 | |
| 18FR | ~~12:47~~ | 4:45 | 8.75 | | |
| 19SA | 6:51 | 11:39 | 4:35 | ~~30:51~~ | |

* OK EARLY START

a

40 7.25

OK

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M |
|---|---|---|---|---|---|---|
| MONTH | DAY | NUMBER OF DAY | W | ◆ | P | S | T |

| ACCUMULATED | | |
|---|---|---|
| NET HRS. | REG. HRS. | OVERTIME |
| ACCUMULATED | | |
| O.T. (C) | O.T. (B) | O.T. (A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

N 2/12/05

N **Bonilla, Enid**

1

| DATE / DAY | IN | OUT | WORKED | HOURS | ...ATED OVERTIME |
|---|---|---|---|---|---|
| 7MO | 7:58 | 5:00 | 9 | | |
| 8TU | 7:53 | 4:15 | 8:25 | 8:15 | |
| 9WE | 7:56 | 12:34 | 4:35 | 12:49 | |
| 9WE | 12:47 | 4:27 | 3:05 | 16:17 | |
| 10TH | 7:54 | 12:32 | 4:35 | 20:49 | |
| 10TH | 12:42 | 4:04 | 3:20 | 24:07 | |
| 11FR | 7:57 | 4:40 | 8:45 | ~~32:37~~ | |

40 1.25

OK

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

INTERNATIONAL TIME RECORDING

084

NO 2/05/05

2

NA Bonilla, Enid

| DATE DAY | IN | OUT | WORKED | HOURS | OVERTIME |
|---|---|---|---|---|---|
| 31MO | 7:48 | 5:15 | 9:25 | | |
| 1TU | 7:58 | 4:18 | 8:25 | 8:15 | |
| 2WE | 8:01 | 4:23 | 8:25 | 16:29 | |
| 3TH | 7:46 | 12:31 | 4:75 | 21:00 | |
| 3TH | 12:45 | 3:07 | 2:25 | 23:15 | |
| 4FR | 7:42 | 4:02 | 8:00 | 31:15 | |
| 4FR | 4:04 | 5:00 | 1 | | |

40 15

OK

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M |
|---|---|---|---|---|---|---|
| MONTH | DAY | NUMBER OF DAY: W ◆ P S T | | | | |

| ACCUMULATED | | |
|---|---|---|
| NET HRS. | REG. HRS. | OVERTIME |
| ACCUMULATED | | |
| O.T. (C) | O.T. (B) | O.T. (A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

NO 1/29/05

1

NA Bonilla, Enid

| DATE DAY | IN | OUT | WORKED | HOURS | OVERTIME |
|---|---|---|---|---|---|
| 24MO | 7:52 | 4:31 | 8:35 | 8:30 | |
| 25TU | 8:00 | 5:00 | 9:00 | 17:30 | |
| 26WE | 7:56 | 3:38 | 7:[illegible] | 24:44 | |
| 27TH | 7:59 | 4:15 | 8:35 | 32:59 | |
| 28FR | 7:55 | 12:35 | 4:35 | 37:34 | |
| 28FR | 12:50 | 4:31 | 3:25 | 40:00 | 1:14 |

40 1.25

OK

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

INTERNATIONAL TIME RECORDING

048

NO. 1/22/05

NAM Bonilla, Enid

2

| DATE DAY | SHIFT | IN | M | OUT | M | WORKED | HOURS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| 17MO | | 7:57 | | 4:09 | | 8:00 | 8:00 | |
| 18TU | | 7:54 | | 4:08 | | 8:00 | 16:00 | |
| 19WE | | 7:55 | | 2:02 | | 6:00 | 22:00 | |
| 20TH | | 7:55 | | 4:02 | | 8:00 | 30:00 | |
| 21FR | | 7:55 | | 4:18 | | 8:25 | 38:15 | |

38.25

OK

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M |
|---|---|---|---|---|---|---|
| MONTH | DAY | | NUMBER OF DAY | | | |
| | | | W | ◆ | P | S T |

| ACCUMULATED | | |
|---|---|---|
| NET HRS. | REG. HRS. | OVERTIME |
| ACCUMULATED | | |
| O.T. (C) | O.T. | O.T. (A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

NO. 1/15/05

1

NA Bonilla, Enid

| DATE DAY | SHI | IN | M | OUT | M | WORKED | HOURS | OVERTIME |
|---|---|---|---|---|---|---|---|---|
| 10MO | | 7:57 | | 4:31 | | 8:55 | 8:30 | |
| 11TU | | 7:57 | | 4:30 | | 8:35 | 17:00 | |
| 12WE | | 8:00 | | 4:45 | | 8.75 | 25.50 | |
| 13TH | | 8:00 | | 4:00 | | 8:00 | 24:45 | |
| 14FR | | 7:55 | | 4:30 | | 8.5 | | 9 |
| | | | | | | | 40 | 2 |
| | | | | | | | OK | |

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

INTERNATIONAL TIME RECORDING

004

1/08/05

2

Bonilla, Enid

| DATE | IN | OUT | WORKED | HOURS | OVERTIME |
|---|---|---|---|---|---|
| 4TU | 7:45 | 3:45 | 7:45 7.75 | 7:45 | |
| 5WE | 7:47 | 4:45 | 8:45 8.75 | 16:30 | |
| 6TH | 7:56 | 4:01 | 8:00 | 24:30 | |
| 7FR | 7:57 | 4:02 | 8:00 | 32:30 | |

32.5

8 hours

OK

Holiday

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M |
|---|---|---|---|---|---|---|
| MONTH | DAY | NUMBER OF DAY | W | ◆ | P | S T |

| ACCUMULATED | | |
|---|---|---|
| NET HRS. | REG. HRS. | OVERTIME |
| ACCUMULATED | | |
| O.T. (C) | O.T. (B) | O.T. (A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

NO. ______ PAY PERIOD ENDING ______

NAME E. BONILLA 1

| DATE DAY SHIFT | IN | OUT | HOURS WORKED | ACCUMULATED HOURS | OVERTIME |
|---|---|---|---|---|---|
| 27MO | 7:52 | 4:16 | 8:25 | 8:15 | |
| 28TU | 7:54 | 4:48 | 8.75 | | |
| 29WE | 8:18 | 3:46 | 7:25 | 15:30 | |
| 30TH | 7:38 | 4:06 | 8:00 | 23:30 | |
| 31FR | 7:44 | 4:00 | 8:00 | 31:30 | |

40 25

+ 1hr + 1

41 .25

Ok

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

INTERNATIONAL TIME RECORDING

004

NO. 99 PAY PERIOD ENDING 12-25-04

NAME C Bonilla 2

| DATE | DAY | SHIFT | IN | M | OUT | M | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| 20 | MO | | 7:34 | | 4:19 | | 8:15 8:25 | 8:15 | |
| 21 | TU | | 7:52 | | 4:17 | | 8:15 8:25 | 16:30 | |
| 22 | WE | | 7:36 | | 4:15 | | 8:15 8:25 | 24:45 | |
| 23 | TH | | 7:39 | | 4:15 | | 8:25 | | |

16 33

8 hours Hol OK

HOLIDAY

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M | ACCUMULATED NET HRS. | REG. HRS. | OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | NUMBER OF DAY W | ◆ | P | S | T | ACCUMULATED O.T. (C) | O.T. (B) | O.T. (A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

NO. 99 PAY PERIOD ENDING 12-18-04

1

NAME E. Bonilla

| DATE | DAY | SHIFT | IN | M | OUT | M | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| 13 | MO | | 7:58 | | 3:03 | | 7:00 | 7:00 | |
| 14 | TU | | 7:50 | | 4:21 | | 8:15 | 15:15 | |
| 15 | WE | | 7:53 | | 4:30 | | 8:30 | 23:45 | |
| 16 | TH | | 8:00 | | 4:35 | | 8:30 | 32:15 | |
| 17 | FR | | 7:53 | | 4:22 | | 8:15 | 40:00 | 0:30 |

40 .5

ok

a

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

INTERNATIONAL TIME RECORDING

099

NO. 60 PAY PERIOD ENDING 12-11-04

NAME E. ~~TORRES~~ **2**

| DATE | DAY | SHIFT | IN | M | OUT | M | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| 6 | MO | | 6:55 | | 4:25 | | 9:~~15~~ 25 | 9:15 | |
| 7 | TU | | 7:52 | | 4:30 | | 8:~~30~~ 5 | 17:45 | |
| 8 | WE | | 7:52 | | 4:03 | | 8:00 | 25:45 | |
| 9 | TH | | 7:49 | | 4:02 | | 8:00 | 33:45 | |
| 10 | FR | | 7:48 | | 12:29 | | 4:~~29~~ 25 | 38:14 | |
| 10 | FR | | 12:43 | | 4:15 | | ~~3:~~ 3.5 | 40:00 | 1:46 |
| 11 | SA | | 6:48 | | 12:01 | | 5:01 | 40:00 | 6:47 |

O

40 6.5

OK

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M |
|---|---|---|---|---|---|---|
| MONTH | DAY | NUMBER OF DAY | | | | |
| | | W | ◆ | P | S | T |

| ACCUMULATED | | |
|---|---|---|
| NET HRS. | REG. HRS. | OVERTIME |
| ACCUMULATED | | |
| O.T. (C) | O.T. (B) | O.T. (A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

NO. 60 PAY PERIOD ENDING 12-4-04

NAME E. TORRES Bonillo 1

| DATE | DAY | SHIFT | IN | M | OUT | M | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| 29 | MO | | 7:56 | | 4:01 | | 8:00 | 8:00 | |
| 30 | TU | | 7:53 | | 4:15 | | 8:25 | 16:15 | |
| 1 | WE | | 7:52 | | 4:00 | | 8:00 | 24:15 | |
| 2 | TH | | 7:52 | | 4:07 | | 8:00 | 32:15 | |
| 3 | FR | | 8:04 | | 4:21 | | 8:~~11~~ | 40:00 | 0:26 |

40 / .25

OK

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

INTERNATIONAL TIME RECORDING

060

NO. 97 PAY PERIOD ENDING 11/27/04

NAME E. Torres **2**

| DATE | DAY | SHIFT | IN | M | OUT | M |
|---|---|---|---|---|---|---|
| 22 | MO | | 7:45 | | 12:06 ok | |
| 23 | TU | | 7:53 | | 3:00 | |
| 24 | WE | | 7:55 | | 4:00 | |

| HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|
| 4:~~06~~ → | 4:06 | |
| 7:00 | →11:06 | |
| 8:00 | →19:06 | |

19 OK

SUMMARY FORMAT

| DATE | DAY NO. | SHIFT | IN | M | OUT | M |
|---|---|---|---|---|---|---|
| MONTH | DAY | NUMBER OF DAY: W | ◆ | P | S | T |

| ACCUMULATED | | |
|---|---|---|
| NET HRS. | REG. HRS. | OVERTIME |
| **ACCUMULATED** | | |
| O.T. (C) | O.T. (B) | O.T. (A) |

MARK CODE

| | | | |
|---|---|---|---|
| ◆ | LATE ARR., EARLY LEAVE | S | SICK LEAVE |
| ABC | OVERTIME CATEGORIES | R | APPROVED LATE ARR., EARLY LEAVE INTERRUPTION |
| H | HOLIDAY WORK | → | CORRECTION |
| P | PAID LEAVE | W | NUMBER OF DAYS WORKED |
| T | TRIP ON BUSINESS | ★ | APPROVED WORKING HOURS |

NO. 97 PAY PERIOD ENDING 11/20/04

NAME E. Torres 1

| DATE | DAY | SHIFT | IN | M | OUT | M | HOURS WORKED | ACCUMULATED HOURS | ACCUMULATED OVERTIME |
|---|---|---|---|---|---|---|---|---|---|
| 15 | MO | | 7:51 | | 4:30 | | 8:5 | 8:30 | |
| 16 | TU | | 10:52 | | 4:00 | | 5:00 | 13:38 | |
| 17 | WE | | 7:53 | | 4:10 | | 8:00 | 21:38 | |
| 18 | TH | | 7:55 | | 12:30 | | 4:5 | 26:08 | |
| 18 | TH | | 12:44 | | 4:15 | | 3.75 | 29:39 | |
| 19 | FR | | 7:54 | | 4:00 | | 8:00 | [illegible] | |

37.75

OC

#A11 INTERNATIONAL TIME RECORDING, Simi Valley, CA — (805) 433-0002

INTERNATIONAL TIME RECORDING

097