
Enid Bonilla's Hours
Hours
Pay Period End Date
50
45
40
35
30
25
20
15
10
5
0
11/20/2004
12/4/2004
12/18/2004
1/1/2005
1/15/2005
1/29/2005
2/12/2005
2/26/2005
3/12/2005
3/26/2005
4/9/2005
4/23/2005
5/7/2005
5/21/2005
6/4/2005
6/18/2005
7/2/2005
7/16/2005
7/30/2005
8/13/2005
8/27/2005
10/22/2005
11/5/2005
11/19/2005
12/3/2005
12/17/2005
12/31/2005
1/14/2006
1/28/2006
2/11/2006