**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ENID BONILLA,<br>Plaintiff<br><br>v.<br><br>ELECTROLIZING, INC.,<br>ALAN GODIN, *alias*,<br>DAVE RICHARDS, *alias*, and<br>any and all defendants,<br>Defendants | : | C.A. No. 07-331S |

**AFFIDAVIT OF ENID BONILLA**

I, Enid Bonilla, hereby attest to the following facts:

1. I am over eighteen years old.

2. I am a female person.

3. I am an Hispanic person.

4. I am a native of Puerto Rico.

5. I moved to the United States when I was ten years old.

6. I am the mother of two minor children.

7. I worked for Electrolizing, Inc. ("Electrolizing") as a production worker from March 30, 2004 to February 10, 2006 as both a receiver and a back up shipper.

8. In the morning I worked in the Receiving Department and in the afternoon I worked in the Shipping Department with a Caucasian, male worker named Alan Godin.

9. During my employment, I had a flexible work schedule with no set start time or finish time.

10. The only requirement Electrolizing had for me regarding a start time was to be at work no later than 10 AM when the first shipments arrived from UPS.

11. Even though I was not required to be at work earlier than 10 AM, Dave Richards would ask me from time to time if I wanted to come in earlier to help in other department and earn some extra hours.

12. I would often accommodate Mr. Richards's request and come into work early.

13. My work day would end when all of the shipping was completed for the day.

14. Because of the nature of Electrolizing's business, my work schedule fluctuated with the amount of company's production.

15. Because of this fluctuation in the production schedule, my shift would be completed at a different time each day.

16. I was never required to work forty hours per week.

17. During the course of my employment, Mr. Godin subjected me repeatedly to sexist and racist comments.

18. If Mr. Godin thought I was working too slowly, he would say to me I told Dave not to hire women . . . you shouldn't be working here . . . all you women do is talk . . . I don't know why they keep sending me women . . ."

19. On many other occasions, Mr. Godin made derogatory remarks about my race and ancestral origin, stating: "You people come to this county and get all the benefits . . . If I had my way, none of you people would be here . . . you should all go back to your country!"

20. I complained about Mr. Godin's racist and sexist comments to Dave Richards on numerous occasions.

21. However, Mr. Richards ignored all of my complaint because Alan Godin's behavior never changed.

22. I threatened to quit my job unless Mr. Richards relocated me to a different department away from Mr. Godin.

23. I also requested that Mr. Richards conduct a formal investigation of my complaints and that Mr. Richards provide me with the results in writing.

24. On February 3, 2006, my husband, Rafael Bonilla, was involved in a car accident.

25. I received a call at work and someone in the administrative office told me that my husband was in a car accident.

26. I had not spoken with my husband at the time, so I did not know what was going on, only that he was in a car accident.

27. I asked Mr. Richards if I could leave to be with my husband and he became very angry.

28. He said I could leave but that he wanted to talk to me about my attendance on Monday.

29. I was very confused because I was unaware that I had any alleged attendance problems.

30. Whenever I missed work, it was always for a good reason within company policy and with Mr. Richards's permission.

31. On Monday, February 6, 2006, Mr. Richards gave me a verbal warning about an issue he had with my attendance.

32. Additionally, at no time did Mr. Richards tell me that if I did not work forty hours per week, I would be fired. Mr. Richards never referenced the company's alleged "minimum attendance requirements."

33. In early 2006, my two children became very sick and the doctors told me they might have Scarlet Fever.

34. During the weekend preceding Monday, February 6, 2006, my childrens' conditions worsened.

35. Accordingly, on Monday, February 6, 2006, I informed Mr. Richards in accordance with company policy that I might need some time off during the upcoming work week to tend to my children.

36. On Wednesday, February 8, 2006, I had to leave work early to take my children to the emergency room.

37. Mr. Richards gave me permission to leave work.

38. I worked regular hours on February 9, 2006 and on February 10, 2006 even though my children were still very ill.

39. At the close of business on February 10, 2006, Mr. Richards fired me and told me "I'm letting you go . . . so you can go and take care of your kids."

Signed and sworn this 21ST day of July 2008.

ENID BONILLA

*State of Rhode Island*
*County of Providence*

On the 21ST day of July 2008, before me personally appeared **Enid Bonilla**, to me known and known by me to be the person executing the foregoing instrument, and she acknowledged said instrument, by her so executed, to be her free act and deed.

Notary Public
Mark P. Gagliardi
My commission expires: 7/9/12

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ENID BONILLA,<br>Plaintiff | : | |
| v. | : | C.A. No. 07-331S |
| ELECTROLIZING, INC.,<br>ALAN GODIN, *alias*,<br>DAVE RICHARDS, *alias*, and<br>any and all defendants,<br>Defendants | : | |

**AFFIDAVIT OF DIANA BONILLA**

I, Diana Bonilla, hereby attest to the following facts:

1. I worked for Electrolizing, Inc. ("Electrolizing") in the Quality Control Department from on or about October 18, 2004 to on or about January 16, 2006.

2. Part of my job duties involved dropping off paperwork to workers in the administrative offices.

3. One day, as I was on my way to drop off some paperwork to someone in the administrative office, I witnessed Enid Bonilla speaking with Dave Richards.

4. I overheard Enid Bonilla tell Mr. Richards that Alan Godin was making sexist and racist comments in front of her.

5. I overheard Enid Bonilla tell Mr. Richards that she wanted to quit her job because of Alan Godin.

6. During the conversation, I noticed that Enid Bonilla was crying and was very upset.

7. I overheard Mr. Richards tell Enid Bonilla that he did not want her to quit and that he would talk to Alan Godin.

Signed and sworn this 19th day of July 2008.

DIANA BONILLA

*State of Rhode Island*
*County of Providence*

On the 19th day of July 2008, before me personally appeared Diana Bonilla, to me known and known by me to be the person executing the foregoing instrument, and she acknowledged said instrument, by her so executed, to be her free act and deed.

Notary Public
Mark P. Gagliardi
My commission expires: 7/9/12