# Exhibit 1

5 July 2006

Letter to File

Alan Godin

Re: Final warning for derogatory comments

I spoke to Alan Godin today to advise him that there will be no tolerance for any negative comments about our production/quality staff or any individual employee.

I told him that Enid Bonilla is suing Electrolizing for wrongful termination and that he (Alan) is mentioned prominently in the body of the text. Miss Bonilla has several quotes attributed to Mr. Godin where he cast aspersions upon women and Latinos.

Alan has been counseled in the past about Electrolizing's policy on harassment and it seemed that he had taken it to heart. My belief that Alan realized his previous behavior was inappropriate was the reason for his continued employment at Electrolizing.

Since Miss Bonilla's accusations cannot be proven, Alan will remain employed with Electrolizing. However, Alan has been told in no uncertain terms, that any future infraction regarding derogatory remarks, no matter how minor, will result in immediate termination.

Chris Bejbl
General Manager

7/5/06