# Exhibit 2

**EMPLOYEE VACATION LOG** **D.O.H.** 3-30-04

**EMPLOYEE NAME** ENID BONILLA

| 2004 ELIGIBLE: WKS | 2005 ELIGIBLE: WKS 1 | 2006 ELIGIBLE: WKS 2 | 2007 ELIGIBLE: WKS |
|---|---|---|---|
| | 1 day 5-31 | 1 day 11/18 | |
| | 1 day 6-3 | 4 day 2/20-2/23 | |
| | 1 day 6-21 | | |
| | 1 day 7-1 | | |
| | 1 day 7-5 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

PENGAD-Bayonne, N.J.
PLAINTIFF'S EXHIBIT
E
4.4.08