# Exhibit 3

5 July 2006

Letter to File

Alan Godin

Re: Final warning for derogatory comments

I spoke to Alan Godin today to advise him that there will be no tolerance for any negative comments about our production/quality staff or any individual employee.

I told him that Enid Bonilla is suing Electrolizing for wrongful termination and that he (Alan) is mentioned prominently in the body of the text. Miss Bonilla has several quotes attributed to Mr. Godin where he cast aspersions upon women and Latinos.

Alan has been counseled in the past about Electrolizing's policy on harassment and it seemed that he had taken it to heart. My belief that Alan realized his previous behavior was inappropriate was the reason for his continued employment at Electrolizing.

Since Miss Bonilla's accusations cannot be proven, Alan will remain employed with Electrolizing. However, Alan has been told in no uncertain terms, that any future infraction regarding derogatory remarks, no matter how minor, will result in immediate termination.

Chris Bejbl
General Manager

7/5/06

CITIZENS BANK
RHODE ISLAND

189

ELECTROLIZING, INC. 9-04
ME-92 OPERATIONS, INC.
10-20 HOUGHTON STREET
PROVIDENCE, RI 02904

001893 57-12/1

PAY *FOUR HUNDRED DOLLARS AND NO CENTS

TO THE ORDER OF

DATE 06/09/05

AMOUNT *******400.00*

ALAN GODIN
37 CEDAR STREET
CRANSTON RI 02910

0000481

MEMO

⑈001893⑈ ⑆011500120⑆1688 488 4⑈

ELECTROLIZING, INC.
ME-92 OPERATIONS, INC.

189

| DATE | INVOICE NO | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 06/09/05 | MAY 05 | EMPLOYEE OF THE MONTH | 400.00 | .00 | 400.00 |

CHECK: 001893 06/09/05 ALAN GODIN CHK TOTAL: 400.00

ELECTROLIZING, INC.
ME-92 OPERATIONS, INC.

189

| DATE | INVOICE NO | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 06/09/05 | MAY 05 | EMPLOYEE OF THE MONTH | 400.00 | .00 | 400.00 |

CHECK: 001893 06/09/05 ALAN GODIN CHK TOTAL: 400.00

**ELECTROLIZING INC**
20 HOUGHTON STREET
PROVIDENCE, RI 02904

## Earnings Statement

Check Date **June 16, 2005**
Period Ending **June 10, 2005**

**Alan Godin**
37 Cedar Street
Cranston, RI 02910

Employe Number **45981** Department **001** Net Pay **400.00**
Soc Sec Number **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**

| Earnings | Rate | Hours | Amount |
|---|---|---|---|
| BONUS | | | 479.19 |
| **Total Gross Pay** | | | **479.19** |

| Deductions | Amount |
|---|---|
| No Deductions | |

| Taxes | Filing Status | Taxable Income | Amount |
|---|---|---|---|
| MED | | 479.19 | 6.95 |
| SS | | 479.19 | 29.71 |
| FITW | M-0 + $10. | 479.19 | 27.15 |
| RI | M-0 | 479.19 | 8.67 |
| RISDI-E | | 479.19 | 6.71 |
| **Total Tax Withholding** | | | **79.19** |

| Direct Deposits | Transit | Account | Amount |
|---|---|---|---|
| No Direct Deposits | | | |

**ELECTROLIZING INC**
20 HOUGHTON STREET
PROVIDENCE, RI 02904

CITIZENS BANK 57-12/115

Check Date
June 16, 2005

PAYROLL CHECK

Pay this amount: Four hundred dollars and zero cents ******************************** ******** 400.00

B0294 001 45981

To the order of: **Alan Godin**
37 Cedar Street
Cranston, RI 02910

VOID - NON NEGOTIABLE
Authorized Signature

# Warning Notice

☒ Written warning ☐ Verbal warning

*The following disciplinary action was taken today and is will be filed in the employee's permanent record*

ALAN GODIN
Name

13 NOV 02
Date

☐ Unreported absence
☐ Tardiness
☐ Insubordination
☐ Failure to follow safety rules
☐ Failure to follow supervisor direction
☐ Leaving without permission
☐ Failure to follow correct processing procedures
☐ Theft
☐ Destruction of company property
☐ Under the influence of illegal drugs/alcohol
☒ Harassment
☐ Dishonesty

Describe what happened: ALAN MADE SOME COMMENTS ABOUT "BOAT PEOPLE" AND THEY OFFENDED ANOTHER EMPLOYEE

Disciplinary action as a result of offense:
WARNING

Supervisor signature

Witness

I have read this warning and I understand that any ~~of~~ the above offenses may lead to or result in termination. As an at-will employee, I may be terminated for any reason, at any time.

DECLINED TO SIGN
Employee signature

25 September 2001

Letter for File

Re: Adam Fox and Alan Godin

Randy Clifton came to me today with the news that Adam and Alan were in a rather aggressive argument. I asked Randy to bring both of them in to discuss the matter. I gave both of them a chance to tell their side of the story. It seems to boil down to some ongoing tensions between the two. There was a lot of "he said, she said" examples. Each one denying the other's accusations.

Randy and I attempted to determine the route cause, but were not very successful. We then went on to explain to Adam and Alan the importance of cooperation amongst ourselves. We are a small company and our success depends on everyone working in a professional manner towards a common goal. Randy emphasized the point that respect is not given, but earned. In order to receive respect from others you must first afford respect to them.

I advised Adam and Alan that any violence or threat of violence would not be tolerated.

Both Adam and Alan agreed to review their attitudes and attempt to work in cooperation with each other. They were advised that if this was not possible, that they should seek other employment.

Adam and Alan shook hands and the meeting was over. I told Randy that he must monitor the situation to determine if any progress is made. I will do the same.

Chris Bejbl
General Manager

# *Performance Review*

Revised 9/1998

Name: ALAN GODIN Department: SHIPPING

Review date: October ☐ April ☒ FY 1999

*The following areas are used to measure your overall ability to do your job. Your goal is the "meet expectations" or to "exceed expectations"*

**Job Knowledge:** consider understanding of job procedures and methods, understanding of other department functions, flexibility to work in many departments.

| Unsatisfactory | Needs more work | Showing Improvement | Meets Expectations | Exceeds Expectations |
|---|---|---|---|---|
| I | I | I | X | I |

Comments: Very Good understanding of Procedures

Would like to see more Flexibility (Time am)

**Quality of Work:** consider ability to follow EDS properly and to produce quality customer jobs (repetitive and non-repetitive) without making mistakes.

| Unsatisfactory | Needs more work | Showing Improvement | | Meets Expectations | Exceeds Expectations |
|---|---|---|---|---|---|
| I | I | I | X | I | I |

Comments: Very Good Quality

Shipping Dept Has HAD A Couple mistakes Recently

**Volume of Work:** consider ability to finish daily jobs assigned on time, ability to stay busy with meaningful tasks, willingness to ask for more work.

| Unsatisfactory | Needs more work | Showing Improvement | Meets Expectations | Exceeds Expectations |
|---|---|---|---|---|
| I | I | I | X | I |

Comments: Volume of work is excellent when you have it

Need to be more versitile when no work in Shipping

**Work Rules:** consider attendance, punctuality, wearing correct PPE at all times, following safety rules, proper conduct to co-workers and to customers while working, full attention to training classes.

| Unsatisfactory | Needs more work | Showing Improvement | Meets Expectations | Exceeds Expectations |
|---|---|---|---|---|
| I | I | I | X | I |

Comments: Excellent Attendance + Punctuality
Attitude with Co workers much Improved

**Judgement:** consider ability to make good decisions without direct supervision, to know when to ask for help, to admit mistakes

| Unsatisfactory | Needs more work | Showing Improvement | Meets Expectations | Exceeds Expectations |
|---|---|---|---|---|
| I | I | I | X | I |

Comments: makes Good Decisions, asks when Doesnt know

**Attitude:** consider interactions with other departments, pessimistic language, willingness to learn more about the company and to help others learn, ability to handle constructive criticism and to make positive changes in behavior.

| Unsatisfactory | Needs more work | Showing Improvement | Meets Expectations | Exceeds Expectations |
|---|---|---|---|---|
| I | I | X | I | I |

Comments: Improving ATTITUDE

Describe any written or verbal warnings since last review:

What are your greatest skills, talents or strengths?
Follow THROUGH w/ PAPERWORK / JOBS

What do you need to improve upon?

MORE POSITIVE ATTITUDE

MORE ADAPTIVE TO CHANGE

What departments/jobs would you like to work in? Why? When?

What suggestions do you have for improving Electrolizing Inc./ME-92 Operations?

REJECTS - ADDRESS THEM EARLIER

GET JOBS IN OVEN SOONER

Additional comments:

Current Wage: 12.85 Pay Increase —

Employee Signature [signature]

Signing this form does not necessarily imply that you agree with this review. Any appeals of this review should be turned in to Michelle O'Mary within 10 days.

Reviewer's Signature [signature]

# *Performance Review*

Revised 9/1998

Name: ALAN GODIN

Department: SHIPPING

Review date: October ☒ April ☐ FY 99

*The following areas are used to measure your overall ability to do your job. Your goal is the "meet expectations" or to "exceed expectations"*

**Job Knowledge:** consider understanding of job procedures and methods, understanding of other department functions, flexibility to work in many departments.

| Unsatisfactory | Needs more work | Showing Improvement | Meets Expectations | Exceeds Expectations |
|---|---|---|---|---|
| I | I | I | I | X |

Comments: KNOWS ALL INS/OUTS OF SHIPPING + CUSTOMERS

**Quality of Work:** consider ability to follow EDS properly and to produce quality customer jobs (repetitive and non-repetitive) without making mistakes.

| Unsatisfactory | Needs more work | Showing Improvement | Meets Expectations | Exceeds Expectations |
|---|---|---|---|---|
| I | I | I | X | I |

Comments: VERY FEW PROBLEMS - NONE COME TO MIND!

**Volume of Work:** consider ability to finish daily jobs assigned on time, ability to stay busy with meaningful tasks, willingness to ask for more work.

| Unsatisfactory | Needs more work | Showing Improvement | Meets Expectations | Exceeds Expectations |
|---|---|---|---|---|
| I | I | I | X | I |

Comments: WORKS HARD TO MEET SHIP LIST
STAYS BUSY WHEN SLOW

**Work Rules:** consider attendance, punctuality, wearing correct PPE at all times, following safety rules, proper conduct to co-workers and to customers while working, full attention to training classes.

| Unsatisfactory | Needs more work | Showing Improvement | Meets Expectations | Exceeds Expectations |
|---|---|---|---|---|
| I | I | I | X | I |

Comments: VERY RELIABLE -

**Judgement:** consider ability to make good decisions without direct supervision, to know when to ask for help, to admit mistakes

| Unsatisfactory | Needs more work | Showing Improvement | Meets Expectations | Exceeds Expectations |
|---|---|---|---|---|
| I | I | I | X | I |

Comments: • ALWAYS CHECKS w/OPS MGR. BEFORE DOING ANYTHING DIFFERENT

**Attitude:** consider interactions with other departments, pessimistic language, willingness to learn more about the company and to help others learn, ability to handle constructive criticism and to make positive changes in behavior.

| Unsatisfactory | Needs more work | Showing Improvement | Meets Expectations | Exceeds Expectations |
|---|---|---|---|---|
| I | I | I | X | I |

Comments: AFTER INITIAL NEGATIVE REACTION TO NEW HIRE CAME AROUND AND HELPED TRAIN NEW GUY
CAN LET SMALL THINGS BOTHER YOU - RADIOS / WHISTLING

Describe any written or verbal warnings since last review:

_______________

What are your greatest skills, talents or strengths?
THOROUGH KNOWLEDGE OF SHIPPING PROC.
HELPS DOUBLE CHECK PAPERWORK

What do you need to improve upon?

What departments/jobs would you like to work in? Why? When?

HAPPY WHERE HE'S AT - SHIPPING

What suggestions do you have for improving Electrolizing Inc./ME-92 Operations?

OIL TI ROLLS BEFORE GETS TO SHIPPING

Additional comments:

Current Wage: 13.10 Pay Increase .40

Employee Signature [signature]

Signing this form does not necessarily imply that you agree with this review. Any appeals of this review should be turned in to Michelle O'Mary within 10 days.

Reviewer's Signature [signature]

Electrolizing®
INCORPORATED

Alan on vacation

# *Performance Review*

Revised 10/94

| | | | |
|---|---|---|---|
| Name: | Alan Godin. | Date of review | 7.27.98 |
| Department | Shipping | Date of last review | 12.19.97 |

**Quality of Work:** consider accuracy, neatness, skill, organization, ability to follow procedures

unsatisfactory — meets expectations (X, just past meets expectations) — exceeds expectations

**Volume of Work:** consider use of time, ability to meet scheduling

unsatisfactory — meets expectations (X, just past meets expectations) — exceeds expectations

**Job Knowledge:** consider understanding of job procedures & methods, ability to learn new skills.

unsatisfactory — meets expectations (X) — exceeds expectations

**Judgment:** consider ability to decide correct course of action when some choice can be made.

unsatisfactory — meets expectations (X) — exceeds expectations

**Attitude:** consider cooperation, courtesy with co-workers/customers, receptiveness to criticism, suggestions.

unsatisfactory — meets expectations (X, just before meets expectations) — exceeds expectations

**Work Rules:** consider attendance, punctuality, following procedures, adherence to safety rules, proper conduct..

unsatisfactory — meets expectations (X) — exceeds expectations

"WE ARE COMMITTED TO THE FUTURE ..... ***YOU*** ARE OUR FUTURE"

TEL. (401) 861-5900 20 HOUGHTON STREET PROVIDENCE, R.I. 02904-1014 FAX (401) 421-9512

Please explain any rating of unsatisfactory: attitude ...
at times very hard to work with.

Total number of warnings (written, verbal) or suspensions since last review:

| Date | Description | Reason for discipline |
|---|---|---|
| 1. 0 | | |
| 2. | | |
| 3. | | |

What are this employee's greatest strengths?
Conscienciousness - willingness to stay until the job is done. knowledge of what she does and new ideas of how to improve packaging, etc.

What does this employee need to improve upon? attitude

What is this employee interested in moving into at Electrolizing?

Additional comments:

**Current wage:** #12.10 **Pay increase (if applicable):** #12.30 (.20¢)

Supervisor's signature Eileen J. Barton

Employee signature

(Employee signature does not necessarily imply agreement with review)

Electrolizing®
INCORPORATED

# *Performance Review*

Revised 10/94

| | | | |
|---|---|---|---|
| Name: | Alan Godin | Date of review | 1-21-97 |
| Department | Shipping Dept. | Date of last review | Jan. 1996 |

**Quality of Work:** consider accuracy, neatness, skill, organization, ability to follow procedures

unsatisfactory — meets expectations — exceeds expectations

I — I — X — I — I

**Volume of Work:** consider use of time, ability to meet scheduling

unsatisfactory — meets expectations — exceeds expectations

I — I — X — I — I

**Job Knowledge:** consider understanding of job procedures & methods, ability to learn new skills.

unsatisfactory — meets expectations — exceeds expectations

I — I — X — I — I

**Judgment:** consider ability to decide correct course of action when some choice can be made.

unsatisfactory — meets expectations — exceeds expectations

I — I — X — I — I

**Attitude:** consider cooperation, courtesy with co-workers/customers, receptiveness to criticism, suggestions.

unsatisfactory — meets expectations — exceeds expectations

I — I — X — I — I — I

**Work Rules:** consider attendance, punctuality, following procedures, adherence to safety rules, proper conduct..

unsatisfactory — meets expectations — exceeds expectations

I — I — X — I — I

"WE ARE COMMITTED TO THE FUTURE ..... ***YOU*** ARE OUR FUTURE"

Please explain any rating of unsatisfactory:

Attitude

Total number of warnings (written, verbal) or suspensions since last review:

| Date | Description | Reason for discipline |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

What are this employee's greatest strengths?

Attendance Knowledge
needs six supervision etc

What does this employee need to improve upon?

Attitude and teaching Abe and
or assistant to Sting

What is this employee interested in moving into at Electrolizing?

Additional comments:

**Current wage:** $11.10 **Pay increase (if applicable):** $11.60

Supervisor's signature Eileen D. Barto. 1-21-97

Employee signature Alan M. Soder
(Employee signature does not necessarily imply agreement with review)

**Electrolizing®**
INCORPORATED

Very comfortable; lots of talking

# *Performance Review*

Revised 10/94

| Name: | Alan Godin | Date of review | 12-19-97. |
|---|---|---|---|
| Department | Shipping dept. | Date of last review | 1-21-97 |

**Quality of Work:** consider accuracy, neatness, skill, organization, ability to follow procedures

unsatisfactory — meets expectations — exceeds expectations
[X marked at meets expectations]

**Volume of Work:** consider use of time, ability to meet scheduling

unsatisfactory — meets expectations — exceeds expectations
[X marked at meets expectations]

**Job Knowledge:** consider understanding of job procedures & methods, ability to learn new skills.

unsatisfactory — meets expectations — exceeds expectations
[X marked at meets expectations]

**Judgment:** consider ability to decide correct course of action when some choice can be made.

unsatisfactory — meets expectations — exceeds expectations
[X marked at meets expectations]

**Attitude:** consider cooperation, courtesy with co-workers/customers, receptiveness to criticism, suggestions.

unsatisfactory — meets expectations — exceeds expectations
[X marked just below meets expectations]

**Work Rules:** consider attendance, punctuality, following procedures, adherence to safety rules, proper conduct..

unsatisfactory — meets expectations — exceeds expectations
[X marked at meets expectations]

**"WE ARE COMMITTED TO THE FUTURE ..... *YOU* ARE OUR FUTURE"**

TEL. (401) 861-5900 20 HOUGHTON STREET PROVIDENCE, R.I. 02904-1014 FAX (401) 421-9512

Please explain any rating of unsatisfactory:

Total number of warnings (written, verbal) or suspensions since last review:

| Date | Description | Reason for discipline |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

What are this employee's greatest strengths? knowledgable - Concienuous - packaging good - pride in what he does.

What does this employee need to improve upon? Attitude - Art also would like to see things go smoother to loose his attitude - feels provoked somewhat due to others around him.

What is this employee interested in moving into at Electrolizing?

Additional comments: Very concerned about attitude of others and how seriously they take their job. (in contact with) Wasted time beyond your control.

time - would like of pros: more timeliness

**Current wage:** $11.60 **Pay increase (if applicable):** $12.10 (.50¢)

Supervisor's signature Eileen B. Barto - 12/19/97

Employee signature [signature]
(Employee signature does not necessarily imply agreement with review)

Electrolizing®
INCORPORATED

# *Performance Review*

Revised 10/94

| | | | |
|---|---|---|---|
| Name: | Alan Godin | Date of review | 12·19·95 |
| Department | Shipping | Date of last review | 12·27·95 |

**Quality of Work:** consider accuracy, neatness, skill, organization, ability to follow procedures

unsatisfactory — meets expectations — exceeds expectations

I ——— I ——— X ——— I ——— I

**Volume of Work:** consider use of time, ability to meet scheduling

unsatisfactory — meets expectations — exceeds expectations

I ——— I ——— X ——— I ——— I

**Job Knowledge:** consider understanding of job procedures & methods, ability to learn new skills.

unsatisfactory — meets expectations — exceeds expectations

I ——— I ——— X ——— I ——— I

**Judgment:** consider ability to decide correct course of action when some choice can be made.

unsatisfactory — meets expectations — exceeds expectations

I ——— I ——— X ——— I ——— I

**Attitude:** consider cooperation, courtesy with co-workers/customers, receptiveness to criticism, suggestions.

unsatisfactory — meets expectations — exceeds expectations

I ——— I ——— X — I ——— I ——— I

**Work Rules:** consider attendance, punctuality, following procedures, adherence to safety rules, proper conduct..

unsatisfactory — meets expectations — exceeds expectations

I ——— I ——— X ——— I ——— I

"WE ARE COMMITTED TO THE FUTURE ..... ***YOU*** ARE OUR FUTURE"

Please explain any rating of unsatisfactory: N/A

Total number of warnings (written, verbal) or suspensions since last review:

| | Date | Description | Reason for discipline |
|---|---|---|---|
| 1. | 12.94 | Written | Unsat. attitude |
| 2. | | | |
| 3. | | | |

What are this employee's greatest strengths?
efficient - very reliable - need min. to no supervision
Conscientious

What does this employee need to improve upon?
Attitude - as far as patience regarding Co-workers. please continue to work on it!

What is this employee interested in moving into at Electrolizing?

Additional comments:
Excellent Shipper but due to "strong personality" difficult to work with at times.

**Current wage:** $10.66 **Pay increase (if applicable):** $11.10 (.44¢)

Supervisor's signature Eileen G. Barto

Employee signature [signature]
(Employee signature does not necessarily imply agreement with review)

Electrolizing®
INCORPORATED

## *Performance Review*

Revised 10/94

| | | | |
|---|---|---|---|
| Name: | ALAN GODIN | Date of review | 12-27-94 |
| Department | SHIPPING | Date of last review | |

**Quality of Work:** consider accuracy, neatness, skill, organization, ability to follow procedures

unsatisfactory — meets expectations — exceeds expectations
I I I X I I

**Volume of Work:** consider use of time, ability to meet scheduling

unsatisfactory — meets expectations — exceeds expectations
I I I X I I

**Job Knowledge:** consider understanding of job procedures & methods, ability to learn new skills.

unsatisfactory — meets expectations — exceeds expectations
I I I X I I

**Judgment:** consider ability to decide correct course of action when some choice can be made.

unsatisfactory — meets expectations — exceeds expectations
I I I X I I

**Attitude:** consider cooperation, courtesy with co-workers/customers, receptiveness to criticism, suggestions.

unsatisfactory — meets expectations — exceeds expectations
I I X I I I

**Work Rules:** consider attendance, punctuality, following procedures, adherence to safety rules, proper conduct..

unsatisfactory — meets expectations — exceeds expectations
I I X I I

"WE ARE COMMITTED TO THE FUTURE ..... ***YOU*** ARE OUR FUTURE"

TEL. (401) 861-5900 20 HOUGHTON STREET PROVIDENCE, R.I. 02904-1014 FAX (401) 421-9512

Please explain any rating of unsatisfactory:
- NONE -

Total number of warnings (written, verbal) or suspensions since last review:

| | Date | Description | Reason for discipline |
|---|---|---|---|
| 1. | 12-94 | WRITTEN | Unsat. ATTITUDE. |
| 2. | | | |
| 3. | | | |

What are this employee's greatest strengths?
Effecient - VERY "RELIABLE" - CONCERNED, NEEDS MIN. to NO SUPERVISION. CONSCIENTIOUS.

What does this employee need to improve upon?
ORGANIZATION OF WORK AREA.
ATTITUDE -
TO IMPROVE PATIENCE IN THIS STRESSFUL ENVIRONMENT.

What is this employee interested in moving into at Electrolizing?

Additional comments:
EXCELLENT SHIPPER, but due to "strong" personality difficult to work with at times.

**Current wage:** 10.35 **Pay increase (if applicable):** 3% .31 10.66

Supervisor's signature [signature]

Employee signature [signature]
(Employee signature does not necessarily imply agreement with review)

Established 1945

Electrolizing® INC. PROVIDENCE, R.I.

10 HOUGHTON STREET - PROVIDENCE, R.I. 02904 - (401) 861-5900
FAX - (401) 421-9512

# Employee Warning Notice

Employee Name ALAN GODIN Date of Warning 12 / 06 / 94

Employee / Payroll Number ______ Department SHIPPING Shift -1-

## Type of Violation

| | | | | | |
|---|---|---|---|---|---|
| Attendance | | Carelessness | | Insubordination | X |
| Lateness/Early Quit | | Failure to Follow instructions | | Violation of Safety Rules | |
| Rudeness to Employees/Customers | | Willful Damage to Material/Equipment | | Working on Personal Matters | |
| Unsatisfactory Work Quality | | Violation of Company Policies or Procedures | | Other | |

## Previous Warnings

| | ORAL | WRITTEN | DATE | BY WHOM |
|---|---|---|---|---|
| 1st Warning | | | | |
| 2nd Warning | | | | |
| 3rd Warning | | | | |

**Employer Statement**

Date of Incident 12 / 06 / 94 Time 7:55 am pm

Employee was disrespectful used vulgar language to Supervisor.

**Employee Statement**

_____ I Agree with Employer's statement.

_____ I Disagree with Employers description of violation.

The reasons are: ______

Employee Signature ______ Date / /

**Action to be taken:** ☒ Warning ☐ Probation ☐ Suspension ☐ Dismissal ☐ Other ______

Consequence should incident occur again: Suspension - possible dismissal.

**I have read this Employee Warning Notice and understand it.**

Signature of Employee Eileen G. Berto. Date / /

Signature of Supervisor Who Issued Warning Roger Mozola Date 12 / 06 / 94

Routing ______

Did not want to sign (GD)