# Exhibit 4

**Enid Bonilla** — ELECTROLIZING, INC. — **Earnings Statement**

Employee Id 99460 Department 001
Soc Sec Nbr [redacted]7866
Period Beginning 08/22/2005
Period Ending 09/02/2005
Check Date 09/08/2005

Voucher Number 100994
Net Pay 746.40
Dir Dep Amount 746.40

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| BONUS | | | | 40.00 |
| HOL | | | | 276.00 |
| OT | 17.6250 | 3.00 | 52.88 | 807.41 |
| REG | 11.7500 | 71.50 | 840.13 | 15,281.45 |
| VAC | | | | 470.00 |
| Gross Earnings | | 74.50 | 893.01 | 16,874.86 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | M-1 | 893.01 | 46.22 | 1,126.22 |
| MED | | 893.01 | 12.95 | 242.80 |
| RI | M-1 | 893.01 | 19.57 | 399.56 |
| RISDI-E | | 893.01 | 12.50 | 234.43 |
| SS | | 893.01 | 55.37 | 1,038.18 |
| Taxes | | | 146.61 | 3,041.19 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| INSUR | | 130.00 |
| Deductions | 0.00 | 130.00 |

| Direct Deposits | Type | Transit | Account | Amount |
|---|---|---|---|---|
| CITIZENS BAN | C | [redacted] | [redacted] | 746.40 |
| Total Direct Deposits | | | | 746.40 |

**Enid Bonilla** — ELECTROLIZING, INC. — **Earnings Statement**

Employee Id 99460 Department 001
Soc Sec Nbr [redacted]7866
Period Beginning 01/23/2006
Period Ending 02/03/2006
Check Date 02/09/2006

Voucher Number 101520
Net Pay 798.71
Dir Dep Amount 798.71

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| HOL | | | | 196.00 |
| OT | 18.3750 | 0.75 | 13.78 | 13.78 |
| REG | 12.2500 | 77.25 | 946.31 | 2,477.56 |
| Gross Earnings | | 78.00 | 960.09 | 2,687.34 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | M-1 | 960.09 | 52.55 | 138.35 |
| MED | | 960.09 | 13.92 | 38.97 |
| RI | M-1 | 960.09 | 21.94 | 58.59 |
| RISDI-E | | 960.09 | 13.44 | 37.62 |
| SS | | 960.09 | 59.53 | 166.62 |
| Taxes | | | 161.38 | 440.15 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Deductions | 0.00 | 0.00 |

| Direct Deposits | Type | Transit | Account | Amount |
|---|---|---|---|---|
| CITIZENS BAN | C | [redacted] | [redacted] | 798.71 |
| Total Direct Deposits | | | | 798.71 |

**Enid Bonilla** — ELECTROLIZING, INC. — **Earnings Statement**

Employee Id 99460 Department 001
Soc Sec Nbr [redacted]7866
Period Beginning 11/14/2005
Period Ending 11/25/2005
Check Date 12/01/2005

Voucher Number 101241
Net Pay 828.61
Dir Dep Amount 828.61

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| BONUS | | | 1,000.00 | 1,040.00 |
| HOL | | | | 660.00 |
| OT | | | | 807.41 |
| REG | | | | 20,308.09 |
| VAC | | | | 568.00 |
| Gross Earnings | | | 1,000.00 | 23,383.50 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | M-1 | 1,000.00 | 57.31 | 1,476.40 |
| MED | | 1,000.00 | 14.50 | 337.18 |
| RI | M-1 | 1,000.00 | 23.58 | 546.21 |
| RISDI-E | | 1,000.00 | 14.00 | 325.55 |
| SS | | 1,000.00 | 62.00 | 1,441.72 |
| Taxes | | | 171.39 | 4,127.06 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| INSUR | | 130.00 |
| Deductions | 0.00 | 130.00 |

| Direct Deposits | Type | Transit | Account | Amount |
|---|---|---|---|---|
| CITIZENS BAN | C | [redacted] | [redacted] | 828.61 |
| Total Direct Deposits | | | | 828.61 |