# Exhibit 5

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

DET365(9/01)

# DEPARTMENT OF LABOR AND TRAINING

P.O. Box 20389 Cranston, RI 02920-0944

FAXED

## EMPLOYEE TERMINATION REPORT AND NOTICE OF CLAIM FILED

The claimant identified below has applied for unemployment insurance. Our records indicate that you are a base period employer with a potential charge to your account if benefits are paid. PLEASE ANSWER THE FOLLOWING QUESTIONS REGARDING THE CLAIMANT AND MAIL OR FAX THE FORM BY 02/23/06

ELECTROLIZING INC
10 HOUGHTON STREET
PROVIDENCE RI 02904-1014

02 SSN: 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-07

RECEIVED
FEB 17 2006
PROVIDENCE

NAME: ENID D BONILLA

MAILING DATE: 02/14/06

What was claimant's actual last day of work? 10 FEB 06

What was reason for separation?: ______ laid off for lack of work
______ not qualified ______ other (explain) INABILITY TO MEET ATTENDANCE REQUIREMENT

Did claimant earn at least $135 in each of eight weeks preceding separation? ✓ yes ___ no

Do you expect to recall this worker? NO expected recall date? ______

## PENSION INFORMATION

Is this individual eligible (currently or within the next 12 months) for a pension based on past employment? ___ yes ✓ no

If "yes", monthly amount of pension $______

Type of pension ______ Effective date of pension ______

Any other retirement program with your company? ___ yes ✓ no

If "yes", identify ______ Monthly amount $______

## VACATION INFORMATION - COMPLETE ONLY IF SEPARATION DUE TO VACATION

Official company vacation period begins on ______ ends on ______

Vacation pay, renumeration or similar payment payable to worker:

1st week $______ 2nd week $______

3rd week $______ 4th & sub. week $______

I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THIS REPORT CONTAINS A TRUE STATEMENT OF ALL REQUIRED INFORMATION.

| Preparer's Signature | Title | Tel. No. | Date |
|---|---|---|---|
| [signature] | OPS MANAGER | 401-861-5900 | 2/20/06 |

IF YOU HAVE ANY QUESTIONS REGARDING THIS REPORT, CALL (401) 243-9137.
FAX# (401) 462-8603

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# Department of Labor and Training

Central Adjudication Unit, P.O. Box 20067, Cranston, RI 02920-0941
Tel: (401) 462-8300 FAX: (401) 462-8318 TDD: (401) 462-8304

Rhode Island Department of Labor and Training

ELECTROLIZING INC
10 HOUGHTON STREET
PROVIDENCE RI 02904 1014

Mailing Date: March 1, 2006
No. 06-3453

RE.: ENID BONILLA

SSN: 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

You were discharged because of absenteeism. Investigation shows that your absences were with good cause and were properly reported.

The issue is whether or not you were discharged under disqualifying circumstances under Section 28-44-18 of the Rhode Island Employment Security Act.

You were discharged for non-disqualifying reasons since there is no evidence of misconduct in connection with your work. You are allowed benefits if you are otherwise eligible.

This decision is in accordance with Section 28-44-18.

Jennifer S. Finch

Authorized Representative of the Director

*If you disagree with this determination, you must file a written appeal within 15 calendar days of the mailing date indicated on this decision or it WILL BECOME FINAL. You may file an appeal either by Mail or by Fax. Please indicate your name, social security number, current address, telephone number and reason(s) you wish to appeal in your correspondence. Mail your appeal request to Central Adjudication Unit, P.O. Box 20067, Cranston, RI 02920-0941 FAX#: 401-462-8318. Once your appeal is received, you will receive further instructions by mail. Further information regarding the appeals process is contained in your copy of Unemployment Insurance: Your Benefit Rights.*

SSN: 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
Name: ENID BONILLA

---

## CLAIMANT STATEMENT

I AM REQUESTING BENEFITS EFFECTIVE 2-12-06. MY LAST DAY OF WORK WAS 2-10-06. I HAD PROBLEMS AND HAD TO LEAVE EARLY FOR MY CHILDREN HAD A REACTION FROM THE MEDICINE. THE CHILDREN'S FATHER WAS TAKING CARE OF THEM. I WAS WORKING AND WHEN I TALKED TO THE DOCTOR HE SAID TO TAKE THEM TO THE EMERGENCY ROOM. THEY HAD SCARLET FEVER AND A REACTION TO THE MEDICINE. THIS WAS WEDNESDAY, 2-8-06. I WORKED ALL DAY THURSDAY AND FRIDAY AND AT THE END OF THE DAY ON FRIDAY HE CALLED ME INTO THE OFFICE AND HE TOLD ME HE WAS LETTING ME GO BECAUSE I NEEDED TO BE TAKING CARE OF MY CHILDREN. I ASKED HIM WHY HE WAITED UNTIL THE END OF THE DAY TO TELL ME AND HE SAID SO AS NOT TO EMBARRASS ME. I HAD PERMISSION TO TAKE MY SISTER TO WORK THAT DAY. IF HE TOLD ME NO I WOULDN'T HAVE GONE. JMA 2-22-06

---

## EMPLOYER STATEMENT

Name and Title of ER Rep.:
DAVID RICHARDS OPERATIONS MGR. 401-861-5900
Authorized to give statement? Yes

ER Statement:
LAST DAY OF WORK WAS 2-10-06. SHE WAS TERMINATED FOR EXCESSIVE ATTENDANCE PROBLEMS. SHE HAD USED UP ALL OF HER SICK TIME AND HAD BEEN WARNED ABOUT HER ATTENDANCE. THAT MONDAY, 2-6-06, I TALKED TO HER BECAUSE SHE WAS MAKING DOCTOR'S APPOINTMENTS DURING WORKING HOURS AND I TOLD HER I NEEDED HER HERE 40 HOURS. SHE LEFT FOR LUNCH AND CAME BACK LATE BECAUSE SHE SAID SHE HAD TO TAKE HER SISTER TO WORK. ON FRIDAY, 2/10/06, SHE LEFT AT 9:30AM AND I TOLD HER I HAD TO LET HER GO. JMA 2-17-06

---

ADJ: READ EMP. CLMT'S STATEMENT. I REVIEW THE WEEKLY TIME FOR ALL EMPLOYEES AT THE END OF THE WEEK. SHE HAD BEEN TOLD ABOUT HER FREQUENT ABSENTEEISM AND LEAVING DURING HER SHIFT. I CALLED HER IN AND TOLD HER THAT I NEEDED SOMEONE HERE 40 HOURS A WEEK AND I HAD TO LET HER GO FOR EXCESSIVE ATTENDANCE PROBLEMS.

---

## REBUTTAL/ADDITIONAL INFORMATION

BASED ON THE INFORMATION GATHERED, REBUTTAL IS NOT NECESSARY

---