# Exhibit 6

| | | Actual Hrs | Holiday | Vacation | Total | Cum Hrs. | Avg. | 40+ Hrs. | 37+ Hrs. | Reason for Absence | Hrs. Missed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/20/2004 | 37.75 | | | 37.75 | 37.75 | 37.8 | | 1 | | |
| 2 | 11/27/2004 | 19 | | | 19 | 56.75 | 28.4 | | | | |
| 3 | 12/4/2004 | 40.25 | | | **40.25** | 97 | 32.3 | 1 | | | |
| 4 | 12/11/2004 | 40.65 | | | **40.65** | 137.65 | 34.4 | 2 | | | |
| 5 | 12/18/2004 | 40.5 | | | **40.5** | 178.15 | 35.6 | 3 | | | |
| 6 | 12/25/2004 | 33 | 8 | | **41** | 219.15 | 36.5 | 4 | | | |
| 7 | 1/1/2005 | 41.25 | | | **41.25** | 260.4 | 37.2 | 5 | | | |
| 8 | 1/8/2005 | 32.5 | 8 | | **40.5** | 300.9 | 37.6 | 6 | | | |
| 9 | 1/15/2005 | 42 | | | **42** | 342.9 | 38.1 | 7 | | | |
| 10 | 1/22/2005 | 38.25 | | | 38.25 | 381.15 | 38.1 | | 2 | | |
| 11 | 1/29/2005 | 41.25 | | | **41.25** | 422.4 | 38.4 | 8 | | | |
| 12 | 2/5/2005 | 41.5 | | | **41.5** | 463.9 | 38.7 | 9 | | | |
| 13 | 2/12/2005 | 41.25 | | | **41.25** | 505.15 | 38.9 | 10 | | | |
| 14 | 2/19/2005 | 47.25 | | | **47.25** | 552.4 | 39.5 | 11 | | | |
| 15 | 2/26/2005 | 33.5 | | | 33.5 | 585.9 | 39.1 | | | | |
| 16 | 3/5/2005 | 43 | | | **43** | 628.9 | 39.3 | 12 | | | |
| 17 | 3/12/2005 | 42 | | | **42** | 670.9 | 39.5 | 13 | | | |
| 18 | 3/19/2005 | 41.5 | | | **41.5** | 712.4 | 39.6 | 14 | | | |
| 19 | 3/26/2005 | 39.25 | | | 39.25 | 751.65 | 39.6 | | 3 | | |
| 20 | 4/2/2005 | 39.5 | | | 39.5 | 791.15 | 39.6 | | 4 | | |
| 21 | 4/9/2005 | 46.5 | | | **46.5** | 837.65 | 39.9 | 15 | | | |
| 22 | 4/16/2005 | 38 | | | 38 | 875.65 | 39.8 | | 5 | | |
| 23 | 4/23/2005 | 36.5 | | | 36.5 | 912.15 | 39.7 | | | | |
| 24 | 4/30/2005 | 39.75 | | | 39.75 | 951.9 | 39.7 | | 6 | | |
| 25 | 5/7/2005 | 32 | | | 32 | 983.9 | 39.4 | | | | |
| 26 | 5/14/2005 | 37 | | | 37 | 1020.9 | 39.3 | | 7 | | |
| 27 | 5/21/2005 | 40.75 | | | **40.75** | 1061.65 | 39.3 | 16 | | | |

| | | Actual Hrs | Holiday | Vacation | Total | Cum Hrs. | Avg. | 40+ Hrs. | 37+ Hrs. | Reason for Absence | Hrs. Missed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 5/28/2005 | 41.5 | | | **41.5** | 1103.15 | 39.4 | 17 | | | |
| 29 | 6/4/2005 | 17.75 | | 16 | 33.75 | 1136.9 | 39.2 | | | | |
| 30 | 6/11/2005 | 42 | | | **42** | 1178.9 | 39.3 | 18 | | | |
| 31 | 6/18/2005 | 40.25 | | | **40.25** | 1219.15 | 39.3 | 19 | | | |
| 32 | 6/25/2005 | 30.25 | | 8 | 38.25 | 1257.4 | 39.3 | | 8 | | |
| 33 | 7/2/2005 | 36.25 | | 8 | **44.25** | 1301.65 | 39.4 | 20 | | | |
| 34 | 7/9/2005 | 32 | 8 | | **40** | 1341.65 | 39.5 | 21 | | | |
| 35 | 7/16/2005 | 47 | | | **47** | 1388.65 | 39.7 | 22 | | | |
| 36 | 7/23/2005 | 39.5 | | | 39.5 | 1428.15 | 39.7 | | 9 | | |
| 37 | 7/30/2005 | 44.75 | | | **44.75** | 1472.9 | 39.8 | 23 | | | |
| 38 | 8/6/2005 | 32.75 | | 8 | **40.75** | 1513.65 | 39.8 | 24 | | | |
| 39 | 8/13/2005 | 33.75 | 8 | | **41.75** | 1555.4 | 39.9 | 25 | | | |
| 40 | 8/20/2005 | 41 | | | **41** | 1596.4 | 39.9 | 26 | | | |
| 41 | 8/27/2005 | 43 | | | **43** | 1639.4 | 40.0 | 27 | | | |
| 42 | 9/3/2005 | 31.5 | | | 31.5 | 1670.9 | 39.8 | | | | |
| | 9/10/2005 | Data unavailable | | | | | | | | | |
| | 9/17/2005 | Data unavailable | | | | | | | | | |
| | 9/24/2005 | Data unavailable | | | | | | | | | |
| | 10/1/2005 | Data unavailable | | | | | | | | | |
| | 10/8/2005 | Data unavailable | | | | | | | | | |
| | 10/15/2005 | Data unavailable | | | | | | | | | |
| 43 | 10/22/2005 | 38 | | | 38 | 1708.9 | 39.7 | | 10 | | |
| 44 | 10/29/2005 | 35.75 | | | 35.75 | 1744.65 | 39.7 | | | 10/27/05: sick child (school called) | 1.5 |
| 45 | 11/5/2005 | 35.75 | | | 35.75 | 1780.4 | 39.6 | | | 11/3/05: son's doctor's appt | 1.5 |
| 46 | 11/12/2005 | 42.75 | | | **42.75** | 1823.15 | 39.6 | 28 | | | |
| 47 | 11/19/2005 | 33.75 | | 8 | **41.75** | 1864.9 | 39.7 | 29 | | 11/15/05: sick child | 0.25 |
| 48 | 11/26/2005 | 24 | 16 | | **40** | 1904.9 | 39.7 | 30 | | 11/22/05: Enid 45 mins late | 0.75 |

| | | Actual Hrs | Holiday | Vacation | Total | Cum Hrs. | Avg. | 40+ Hrs. | 37+ Hrs. | Reason for Absence | Hrs. Missed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | 12/3/2005 | 35.75 | | | 35.75 | 1940.65 | 39.6 | | | 11/28/05: Enid left work sick (menstruating) | 3.5 |
| 50 | 12/10/2005 | 37 | | | 37 | 1977.65 | 39.6 | | 11 | | |
| 51 | 12/17/2005 | 40.5 | | | **40.5** | 2018.15 | 39.6 | 31 | | | |
| 52 | 12/24/2005 | 7.75 | | 32 | 39.75 | 2057.9 | 39.6 | | 12 | | |
| 53 | 12/31/2005 | 31 | 8 | | 39 | 2096.9 | 39.6 | | 13 | | |
| 54 | 1/7/2006 | 27.75 | 8 | | 35.75 | 2132.65 | 39.5 | | | 1/5/06: Enid left work (stiff neck) | 3.5 |
| 55 | 1/14/2006 | 32 | | | 32 | 2164.65 | 39.4 | | | **1/9/06: sick child** | 5.75 |
| 56 | 1/21/2006 | 34.25 | | | 34.25 | 2198.9 | 39.3 | | | **1/18/06: son's dr.'s appt** | 4.25 |
| 57 | 1/28/2006 | 40.75 | | | **40.75** | 2239.65 | 39.3 | | | | |
| 58 | 2/4/2006 | 37.25 | | | 37.25 | 2276.9 | 39.3 | | | 2/3/06: husband's car accident | 3.25 |
| 59 | 2/11/2006 | 32.75 | | | 32.75 | 2309.65 | 39.1 | | | **2/8/06: took kids to ER** | 7 |
| | | | | 40 | | | | | | | **31.25** |