# Exhibit 7

| | Employee | Hire Date | Term. Date | Rehire Date | 10/28/05 | 11/4/05 | 11/11/05 | 11/18/05 | 11/25/05 | 12/2/05 | 12/9/05 | 12/16/05 | 12/23/05 | 12/30/05 | 1/6/06 | 1/13/06 | 1/20/06 | 1/27/06 | 2/3/06 | 2/10/06 | 2/17/06 | 2/24/06 | 3/3/06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Acevedo, Renso | 8/23/04 | 2/3/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | |
| 2 | ALASSAH, RICHARD | 8/1/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | ADD: W/E 8/5/05 (employment commenced on a Mon.) | | | | | | | | | | | | | | | | | | | | | | |
| 3 | Almanzar, Virginio | 2/22/06 | | | | | | | | | | | | | | | | | | | | | 1 |
| 4 | Arsenault, Judy | 1/29/04 | 2/2/05 | | | | | | | | | | | | | | | | | | | | |
| 5 | Augusto, Leandro E. | 11/2/93 | 2/11/05 | | | | | | | | | | | | | | | | | | | | |
| 6 | Bejbl, Matthew | 11/2/79 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 7 | Bent, Dana | 9/20/99 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 8 | Bonilla, Carmen | 9/22/04 | 10/12/05 | | | | | | | | | | | | | | | | | | | | |
| 9 | Bonilla, Diana | 10/18/04 | 1/16/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| 10 | BONILLA, ENID | 3/30/04 | 2/10/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | SUBTRACT: W/E 2/17/06, 2/24/06, 3/3/06 (no longer employed) | | | | | | | | | | | | | | | | | | | | -1 | -1 | -1 |
| 11 | Bourassa, Robert | 6/15/78 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 12 | Brito, Dora | 8/23/99 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 13 | Caballeros, Alejandra | 11/10/03 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 14 | Cabral, Edwin | 8/27/01 | 2/11/05 | | | | | | | | | | | | | | | | | | | | |
| 15 | CABRAL, JISSELL A. | 5/25/05 | | | | | 1 | | 1 | | 1 | | 1 | | | | 1 | | 1 | | 1 | | |
| | ADD: W/E 6/3/05, 6/17/05, 7/1/05, 7/8/05, 7/15/05, 7/29/05, 8/12/05 | | | | 1 | 1 | | 1 | | 1 | | 1 | | 1 | 1 | 1 | | 1 | | 1 | | | |
| | 8/26/05, 9/9/05, 9/16/05, 9/23/05, 10/7/05, 10/21/05, 10/28/05, 11/4/05, 11/18/05, 12/2/05, 12/16/05, 12/30/05, 1/6/06, 1/13/06, 1/27/06, 2/10/06 | | | | | | | | | | | | | | | | | | | | | | |
| 16 | Cabral, Ramon | 4/19/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 17 | Carrasco, Erison | 4/24/02 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 18 | Carrasco, Monica | 5/12/03 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 19 | Carroccio, Michele A. | 8/19/92 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 20 | Castillo, Daniel | 8/6/01 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 21 | Castillo, Jorge | 3/27/00 | 1/12/06 | 8/14/06 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | |
| 22 | Clifton, Randy S | 8/5/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 23 | Enguilo, Gasper | 12/13/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 24 | Garcia, Alma | 7/15/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 25 | Geranis, Norma | 4/17/00 | 4/22/05 | | | | | | | | | | | | | | | | | | | | |
| 26 | Godin, Alan N. | 5/11/84 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 27 | GOMEZ, JORGE G. | 12/27/05 | 1/12/06 | | | | | | | | | | | 1 | 1 | | | | | | | | |
| | NOTE: Employment commenced on Tues., which is 1st day of week due to X-mas Holiday on Mon. 12/26 | | | | | | | | | | | | | | | | | | | | | | |
| 28 | GOMEZ, LUIS | 7/3/03 | 2/11/05 | | | | | | | | | | | | | | | | | | | | |
| | SUBTRACT: W/E 2/18/05 (no longer employed) | | | | | | | | | | | | | | | | | | | | | | |
| 29 | GUERTIN, RICHARD | 11/27/05 | 6/14/06 | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | ADD: W/E 12/2/05 (employment commenced Sun. 11/27/05) | | | | | | | | | 1 | | | | | | | | | | | | | |
| 30 | Harris, Demar | 5/31/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 31 | Hernandez, Jose | 7/26/00 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 32 | HERNANDEZ, RAUL | 9/5/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | ADD: W/E 9/9/05 (employment commenced Mon. 9/5/05) | | | | | | | | | | | | | | | | | | | | | | |
| 33 | HILLARD, AL | 1/23/06 | 1/16/07 | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 |
| | ADD: W/E 1/27/06 (employment commenced Mon. 1/23/06) | | | | | | | | | | | | | | | | | 1 | | | | | |
| 34 | Hurtado Jr, Guillermo | 8/25/03 | 2/3/07 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 35 | Hurtado Sr, Guillermo | 8/17/03 | 12/30/05 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | |
| 36 | HURTADO, SANDRA | 1/26/05 | 3/22/07 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | SUBTRACT: W/E 1/28/05 (employment commenced mid-week) | | | | | | | | | | | | | | | | | | | | | | |
| 37 | Jarest, Michael | 12/4/82 | 7/1/05 | | | | | | | | | | | | | | | | | | | | |
| 38 | Jarest, Raymond | 1/20/97 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 39 | Kane, David | 9/28/92 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 40 | Kelly, Natasia M. | 2/14/06 | 2/15/06 | | | | | | | | | | | | | | | | | | | | |
| 41 | KNOTT, JAMES | 3/15/05 | 7/10/05 | | | | | | | | | | | | | | | | | | | | |
| | SUBTRACT: W/E 3/4/05 AND 3/11/05 (not employed), 3/18/05 (employment commenced mid-week) | | | | | | | | | | | | | | | | | | | | | | |
| 42 | Martinez, Angel G. | 3/1/91 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 43 | Mastriano, Mark A. | 9/23/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 44 | MATOS, MIGUEL A. | 4/4/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | ADD: W/E 4/8/05 (employment commenced on a Mon.) | | | | | | | | | | | | | | | | | | | | | | |
| 45 | McCoy Jr., Richard | 5/5/04 | 6/23/05 | | | | | | | | | | | | | | | | | | | | |
| 46 | More, Sean | 5/15/95 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 47 | Olivares, Ana | 9/3/97 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 48 | ORTIZ, NEISHA | 7/20/04 | 2/11/05 | | | | | | | | | | | | | | | | | | | | |
| | SUBTRACT: W/E 2/18/05 (no longer employed) | | | | | | | | | | | | | | | | | | | | | | |
| 49 | Parent, Keith | 2/2/04 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 50 | Peltier, Ralph A. | 6/25/87 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 51 | PLANTE, JOYCE | 2/14/05 | 3/13/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | ADD: W/E 2/18/05 (employment commenced on a Mon.) | | | | | | | | | | | | | | | | | | | | | | |
| 52 | RAMIREZ, AURELO | 1/31/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | ADD: W/E 2/4/05 (employment commenced on a Mon.) | | | | | | | | | | | | | | | | | | | | | | |
| 53 | RAMIREZ, DARIO | 9/27/04 | 8/31/05 | | | | | | | | | | | | | | | | | | | | |
| | ADD: W/E 1/7/05, 1/14/05, 1/28/05, 2/11/05, 2/25/05, | | | | | | | | | | | | | | | | | | | | | | |
| | 3/11/05, 3/25/05, 4/8/05, 4/22/05, 5/6/05, 5/20/05, 6/3/05, 6/17/05, 7/1/05, 7/15/05, 7/29/05, 8/12/05, 8/26/05 | | | | | | | | | | SUBTRACT: W/E 9/2/05 (no longer employed) | | | | | | | | | | | | |
| 54 | Richards, David | 7/7/03 | 10/31/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 55 | ROARK, KENNETH J. | 2/13/06 | | | | | | | | | | | | | | | | | | | | 1 | 1 |
| | ADD: W/E 2/17/06 (employment commenced on a Mon.) | | | | | | | | | | | | | | | | | | | | 1 | | |
| 56 | Roman, Pedro | 2/25/05 | 6/6/05 | | | | | | | | | | | | | | | | | | | | |
| 57 | Rosa, Arnaldo A. | 5/5/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 58 | Rudin, Glenna L | 11/30/05 | 12/28/05 | | | | | | | | 1 | 1 | 1 | | | | | | | | | | |
| 59 | Ruiz, Angel | 7/22/97 | 9/13/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 60 | Smith, Edward J. | 8/1/90 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 61 | Soriano, Anilsa Y. | 5/10/05 | 2/10/06 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| 62 | Souza, Clement L. | 5/20/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 63 | Souza, Louis | 8/11/79 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 64 | Taveras, Andres | 11/4/96 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 65 | Taveras, Fernando A. | 8/12/93 | 10/26/05 | | | | | | | | | | | | | | | | | | | | |
| 66 | Valenzuela, Maria | 7/30/01 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 67 | Warchol, David R. | 6/6/85 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 68 | WHEELER, MICHAEL P. | 1/17/05 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | ADD: W/E 1/21/05 (employment commenced on a Mon.) | | | | | | | | | | | | | | | | | | | | | | |
| 69 | Wilcox, Chris | 11/8/05 | 2/3/06 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | |
| | Total # of Employees | | | | 48 | 48 | 48 | 49 | 49 | 50 | 51 | 51 | 51 | 51 | 50 | 48 | 47 | 48 | 48 | 46 | 45 | 44 | 45 |
| | | | | | | | | | | 5 | 4 | 3 | 2 | 1 | | | | | | | | | |
| 70 | Bejbl, Christopher | 1997 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Total # of Employees | | | | 49 | 49 | 49 | 50 | 50 | 51 | 52 | 52 | 52 | 52 | 51 | 49 | 48 | 49 | 49 | 47 | 46 | 45 | 46 |
| | | | | | | | | 7 | 6 | 5 | 4 | 3 | 2 | 1 | | | | | | | | | |