# Exhibit 8

# Electrolizing Inc.




## Technology

Thank you for your interest in Electrolizing®'s coating technologies. If you would like to contact an Applications Engineer, or download our product information, please email us . Feel free to download any information below. The documents are in Adobe PDF format, and you must have Adobe's Acrobat Reader.



Electrolizing Brochure (420K)



Al-Coat Brochure (137K)

**Electrolizing®, Inc.**
**20 Houghton St.**
**Providence, RI 02904-1014**
**tel. 401.861.5900**
**fax. 401.421.9512**
**Chris Bejbl, General Manager**
info@electrolizing.com


© 1999-2003 Electrolizing®, Inc

* ISO 9001-2000 Certified *