# Exhibit 9

**Electrolizing Inc.**

EMPLOYEE CHANGE NOTICE

__✓__ Permanent (PART TIME)

Effective Date ____________

_______ Temporary

NAME Enio Torrez

CHANGE FROM: $ 9.00

CHANGE TO: $ 9.50

EXPLANATION: Completion of evaluation period

SIGNED [signature]

*Coating Technology for Advanced Applications*