# Exhibit 11

PAY PERIOD: 10/16/05 - 10/29/05 | 10/30/05 - 11/12/05

| | 10/17/05 | 10/18/05 | 10/19/05 | 10/20/05 | 10/21/05 | 10/24/05 | 10/25/05 | 10/26/05 | | 10/27/05 | | 10/28/05 | 10/31/05 | 11/1/05 | 11/2/05 | 11/3/05 | 11/4/05 | 11/7/05 | 11/8/05 | 11/9/05 | 11/10/05 | 11/11/05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Start Time** | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 |
| **Actual** | 9:00 | 9:00 | 9:15 | 9:00 | 9:00 | 9:30 | 9:00 | 9:00 | 9:15 | 9:00 | 1:15 | 8:45 | 10:00 | 9:00 | 9:15 | 9:00 | 9:30 | 7:30 | 7:45 | 7:45 | 8:15 | 8:00 |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| **Finish Time** | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 |
| **Actual** | 4:30 | 4:45 | 4:30 | 4:45 | 4:45 | 4:45 | 4:00 | 4:00 | 4:30 | 11:45 | 5:00 | 4:30 | 5:30 | 4:30 | 4:30 | 3:30 | 4:30 | 4:15 | 4:30 | 4:15 | 4:30 | 4:30 |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| **Hrs worked** | 7.50 | 7.75 | 7.25 | 7.75 | 7.75 | 7.25 | 7.00 | | 7.25 | | 6.50 | 7.75 | 7.50 | 7.50 | 7.25 | 6.50 | 7.00 | 8.75 | 8.75 | 8.50 | 8.25 | 8.50 |

**PAY PERIOD:** 11/13/05 - 11/26/05

| | 11/14/05 | 11/15/05 | 11/16/05 | 11/17/05 | 11/18/05 | 11/21/05 | 11/22/05 | 11/23/05 | 11/24/05 | 11/25/05 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Start Time** | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 |
| **Actual** | 7:30 | 7:45 11:00 | 8:00 | 7:45 | PA | 8:00 | 8:45 | 8:45 | Hol | Hol |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Finish Time** | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 |
| **Actual** | 4:15 | 9:45 4:45 | 4:30 | 4:30 | | 5:00 | 4:30 | 4:00 | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Hrs worked** | 8.75 | 7.75 | 8.50 | 8.75 | 8.00 | 9.00 | 7.75 | 7.25 | 8.00 | 8.00 |

**PAY PERIOD:** 11/27/05 - 12/10/05

| | 11/28/05 | 11/29/05 | 11/30/05 | 12/1/05 | 12/2/05 | 12/5/05 | 12/6/05 | 12/7/05 | 12/8/05 | 12/9/05 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Start Time** | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 |
| **Actual** | 8:15 2:30 | 8:15 | 8:15 | 8:00 | 8:00 | 8:15 | 8:15 | 8:45 | 9:15 | 8:30 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Finish Time** | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 |
| **Actual** | 11:00 4:15 | 3:45 | 4:00 | 4:00 | 4:00 | 4:00 | 4:00 | 4:30 | 4:00 | 3:30 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Hrs worked** | 4.50 | 7.50 | 7.75 | 8.00 | 8.00 | 7.75 | 7.75 | 7.75 | 6.75 | 7.00 |

**PAY PERIOD:** 12/11/05 - 12/24/05 | 12/25/05 - 1/7/06

| | 12/12/05 | 12/13/05 | 12/14/05 | 12/15/05 | 12/16/05 | 12/19/05 | 12/20/05 | 12/21/05 | 12/22/05 | 12/23/05 | 12/26/05 | 12/27/05 | 12/28/05 | 12/29/05 | 12/30/05 | 1/2/06 | 1/3/06 | 1/4/06 | 1/5/06 | 1/6/06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Start Time** | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 |
| **Actual** | 8:45 | 8:15 | 8:15 | 8:00 | 7:30 | 7:45 2:00 | PA | PA | PA | PA | Hol | 8:30 | 8:15 | 8:00 | 8:00 | Hol | 8:00 | 8:00 | 8:00 | 8:15 |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Finish Time** | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 |
| **Actual** | 4:00 | 4:30 | 4:15 | 4:30 | 4:00 | 1:00 4:30 | | | | | | 3:45 | 3:45 | 4:15 | 4:00 | | 4:00 | 4:00 | 12:30 | 3:30 |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Hrs worked** | 7.25 | 8.25 | 8.00 | 8.50 | 8.50 | 7.75 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 7.25 | 7.50 | 8.25 | 8.00 | 8.00 | 8.00 | 8.00 | 4.50 | 7.25 |

**PAY PERIOD:** 1/8/06 - 1/21/06

| | 1/9/06 | 1/10/06 | 1/11/06 | 1/12/06 | 1/13/06 | 1/16/06 | 1/17/06 | 1/18/06 | 1/19/06 | 1/20/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Start Time** | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 |
| **Actual** | 1:30 | 7:45 1:15 | 7:45 1:00 | 8:00 1:15 | 8:00 1:15 | 8:00 | 8:15 | 11:30 | 8:00 | 8:15 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Finish Time** | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 |
| **Actual** | 3:45 | 12:45 3:30 | 12:30 4:00 | 12:45 4:15 | 12:45 3:30 | 4:00 | 3:45 | 3:15 | 3:45 | 3:30 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Hrs worked** | 2.25 | 7.25 | 7.75 | 7.75 | 7.00 | 8.00 | 7.50 | 3.75 | 7.75 | 7.25 |

**PAY PERIOD:** 1/22/06 - 2/4/06

| | 1/23/06 | 1/24/06 | 1/25/06 | 1/26/06 | 1/27/06 | 1/30/06 | 1/31/06 | 2/1/06 | 2/2/06 | 2/3/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Start Time** | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 |
| **Actual** | 8:15 | 8:30 | 8:00 | 8:00 | 8:15 | 8:15 | 8:15 | 8:00 | 8:15 | 8:30 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Finish Time** | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 |
| **Actual** | 4:00 | 4:30 | 4:30 | 4:45 | 4:00 | 4:30 | 4:30 | 4:15 | 4:00 | 1:15 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Hrs worked** | 7.75 | 8.00 | 8.50 | 8.75 | 7.00 | 8.25 | 8.25 | 8.25 | 7.75 | 4.75 |

**PAY PERIOD:** **2/5/06 - 2/18/06**

| | 2/6/06 | 2/7/06 | 2/8/06 | 2/9/06 | 2/10/06 | 2/13/08 | 2/14/08 | 2/15/08 | 2/16/08 | 2/17/08 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Start Time** | 8:30 | 8:30 | 8:30 | 8:30 | 8:30 | | | | | |
| **Actual** | 8:00 | 8:00 | 8:30 | 8:15 | 8:15 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Finish Time** | 4:30 | 4:30 | 4:30 | 4:30 | 4:30 | | | | | |
| **Actual** | 3:45 | 4:00 | 9:30 | 4:15 | 4:15 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Hrs worked** | 7.75 | 8.00 | 1.00 | 8.00 | 8.00 | | | | | |