# Excerpted Tr. of Deposition of Chris Bejbl

A. It would have been Illinois.
Q. Is Illinois where you're from?
A. Where I grew up.
Q. What brought you to Rhode Island?
A. The business.
Q. Which leads me to my next question. Tell me a little bit about the company history. What is the name of the parent company?
A. Armoloy Corporation, A-R-L-O-L-O-Y Corporation.
Q. Is that a publicly-held or privately-held company?
A. Private.
Q. Are you a shareholder in that company?
A. Yes.
Q. Without getting into private details, do you own more than 50 percent of the shares or less?
A. 50.
Q. You own 50 percent. What are the subsidiaries of Armoloy Corporation; how many subsidiaries does it have?
A. It doesn't have subsidiaries. It has licensees.
Q. Okay. Who are they?
A. Well, they're people who have bought a

license for a fee and are given the right to apply the Armoloy coating. They buy, they pay a royalty for that.

Q. How many licensees do you have?

A. Let's see, there are ten.

Q. Okay. Where are they located?

A. There's one in Illinois. There are two in Texas. There's one in Ohio, two in Pennsylvania, one in South Carolina, one in England, and one in Germany. Is that ten?

Q. Hold on. Nine. Rhode Island?

A. Electrolizing is also a licensee, but it's a different process. The ones I've given you are Armoloy company, and we are the only Electrolizing company.

Q. We'll say nine. That's fine. How long have you -- I notice that some of your previous addresses correspond with some of these licensees. How long have you been involved in, with Armoloy?

A. Only since 1997.

Q. '97?

A. The Texas and Illinois addresses have nothing to do with them.

Q. In what capacity did you start out?

A. Sales.

Q. You were in sales?

A. Yes.

Q. What is Armoloy again?

A. It's a chrome coating, chrome plating.

Q. So you were in sales. Tell me a little bit about that; what exactly did you do?

A. I attempted to find customers to sell our service to.

Q. What kind of clients?

A. Aero space, industrial, pharmaceutical, food service, parts that need hardness lubricity, so it's pretty encompassing.

Q. How does this work, the clients would send you the parts and you would coat them and send them back?

A. That is correct.

Q. That's how it works?

A. Yes.

Q. You're a 50 percent shareholder in Armoloy, right?

A. Well, there are more, there are a few -- yes. In the Armoloy Corp, I'm a 50 percent, yes.

Q. So the company just, it has a corporation and it has nine licensees, and that's it?

A. Yes.

Q. How does Electrolizing relate to that?

A. 95 percent.
Q. Do you spend, how do you spend your day? Run me through a typical day of what you do. If you weren't here today, what would you be doing?
A. Well, it's a combination of things. There is no set schedule that I follow. It's just a combination of dealing with customers via phone, via e-mail, faxes, attending various production meetings, facilities maintenance meetings, and discussions with other sales types. In other words, they're dealing with a percentage of customers. As they have a new customer, a new question, we discuss it before they give them a price or something, we discuss that.
Q. Do you spend most of your time in your office?
A. Yes.
Q. When you say you have these production meetings, where do you have them?
A. In a room like this.
Q. Conference room?
A. Conference room, yes.
Q. How much time do you spend on the floor with the other workers, interacting with the other workers?
A. I don't know. It's minimal.
Q. Now, Chris, how do you pay yourself? Do you pay yourself by salary?

A. Yes.
Q. How often?
A. Biweekly.
Q. Okay. Do you use the same payroll company; is it through the same payroll company that everybody else gets paid through?
THE WITNESS: Who is everybody else?
MR. GAGLIARDI: All the other employees.
THE WITNESS: Where, Electrolizing?
MR. GAGLIARDI: Yes.
A. Yes. It goes through the same payroll service, yes.
Q. Who do you use?
A. I believe -- I don't know. Ameripay, I believe.
Q. Did they change their name? Paylocity sound familiar?
A. Possibly.
Q. How often -- have you been paying yourself a salary since you started there in '97?
A. Yes.
Q. How many people work at Electrolizing right now?
A. I don't know.
Q. Is it more than 50 or less than 50?
A. I don't know.

MR. MILLSOM: He personally doesn't know.

MR. GAGLIARDI: Can we go off the record for a minute/

(OFF THE RECORD)

Q. Has Alan Godin been reprimanded pursuant to Ms. Bonilla's lawsuit or pursuant to her allegations?

A. No.

Q. Other than Ms. Bonilla, has any current or former employee ever filed a lawsuit against your company alleging discrimination?

A. Not to my knowledge, no.

Q. Has anybody ever threatened to file a lawsuit against your company for discrimination?

A. Not to my recollection, no.

Q. What about any violation of the labor laws, anybody ever threaten to sue you for violating the labor laws?

A. Not to my recollection, no.

MR. GAGLIARDI: All right. That's all of my questions. Thank you very much for your time.

MR. MILLSOM: No questions. I'll take a a regular, a mini and an ASCII.

(DEPOSITION CLOSED AT 12:30 P.M.)