# Excerpted Tr. of Deposition of Erisson Carrasco

Q. Right now does the company provide family and medical leave to its employees?

A. Yes.

Q. Right now?

A. Yes.

Q. What is your understanding of how that works?

THE WITNESS: Medical insurance?

MR. GAGLIARDI: No, are you talking about health insurance.

A. Yes.

Q. Let me rephrase the question. Are you familiar with the Family Medical Leave Act?

A. No.

Q. What is your understanding of the company's policy if an employee needs time off because of a medical illness, how does that work?

A. Oh, if you don't have vacation, let's say I'm going to be out? It happened to me because they give me the time with some problem. I didn't have the vacation. I had to leave the country, I was bringing my family. They told me to go, no problem, I'll have my job when I come back agai

Q. You had to leave the country to get back to t Dominican Republic?

A. Yes.

Q. Without getting too personal, what was --
A. I was bringing my family, to go to the American Embassy.
Q. You were trying to bring your family to the United States?
A. Yes.
Q. When was this?
A. About five years and a half ago.
Q. You've only been there six years?
A. Six years.
Q. So it was shortly after you started working there?
A. Yes.
Q. How long were you gone for?
A. Three -- I was going to go for one week, but I had to wait for the passports, so I stayed there for three weeks.
Q. You worked for the company?
A. Yes.
Q. I'm trying to understand this. You approached them and said I have to go to the Dominican Republic. They said, okay. You went for three weeks, you came back and they had a job for you?
A. Yes.
Q. Were you terminated and rehired?
A. No.