# Excerpted Tr. of Deposition of Alan Godin

Q. Did he ask you if they were true?
A. No.
MR. MILLSOM: Objection.
A. No.
Q. He said a lawsuit has been filed, here are her allegations. He didn't ask you if they were true or not?
MR. MILLSOM: Objection.
A. No.
MR. MILLSOM: Don't answer it.
(SO NOTED)
Q. Were you reprimanded for what happened?
MR. MILLSOM: Objection.
A. Not reprimanded but -- I don't know how to say it. Probably told about what was going on and that's probably about it. Informed that what was happening.
Q. He just said we're being sued by Enid Bonilla and that's it, walked out?
MR. MILLSOM: Objection. Don't answer.
(SO NOTED)
Q. Okay. Let's talk about some of your other co-workers. You said you're not aware that any other co-worker has made any complaints about you?

A. That's right.
Q. Do you know a worker named Errison Carasco?
A. Yes.
Q. A few witnesses in this matter have said that Mr. Carasco filed a complaint about you to Chris Bejbl?
MR. MILLSOM: No question pending. There is no question pending. Wait until he asks a question.
Q. Are you aware of any complaints made against you by Erisson Carasco?
A. Yes.
Q. You are?
A. Yes.
Q. To whom were the complaints made?
A. Chris.
Q. What was the substance of the complaint?
A. I really don't know.
Q. Somebody makes a complaint about you and you don't know what it's about?
A. I don't know what it's about because we were working together at the time and he walked off and I went into the office, and I said that he walked off, and then we were both talked -- to the best of my knowledge, we were both talked to, and it

was kind of like a mistaken -- something was mistakenly taken and talked to and it was over and done with. It was worked out and that was it, to the best of my knowledge.

Q. He walked off?

A. He walked off.

Q. I'm sorry, what do you mean by that walked off? Let's back up for a second. You said you worked in the shipping and receiving?

A. Yes.

Q. You were working with Erisson Carasco in the shipping and receiving?

A. Yes, I was.

Q. Approximately when did this happen?

A. I don't remember.

Q. Was this before or after Enid Bonilla's employment?

A. Before.

Q. What happened?

A. I don't remember what happened.

Q. Did you have an argument with him?

A. I didn't have an argument or words with him, we got along well, all the time we walked together, too.

Q. But he just -- when he say he walked off, did he

leave the facility?
A. He said he didn't want to work with me, and he walked away. So I went into the office and I said to Chris, he walked away, and he said he didn't want to work with me.
Q. Did you find that kind of odd?
A. Yes.
Q. Do you think maybe there was something you said to him that may have precipitated that?
A. I didn't say nothing to him.
Q. Okay. So you went to -- did Erisson go to Chris, or did you go to Chris?
A. I did.
Q. I asked you if Erisson Carasco ever made a complaint against you and you said yes.
A. Well, that's what I'm referring to.
Q. Who went to Chris first, you or Erisson?
A. Me.
Q. You went to Chris, why?
A. I went to Chris and said he walked off, he said he didn't want to work with me.
Q. Okay. And then you said Erisson Carasco made a complaint against you? Was it before or after you went to see Chris?
A. It had to be after.

Q. Did Chris follow up with you?
A. Well, actually, it happened after, and I went to see Chris and then he brought us both in and talked to us and it was worked out and that was it. I don't really --
Q. What did you talk about? What did Erisson Carasco say made him upset and leave the job?
A. He said I don't like Spanish people is what he said.
Q. Why did he say that?
A. I don't know.
Q. That's a very strong accusation that he made.
MR. MILLSOM: There is no question pending.
MR. GAGLIARDI: I'm not finished.
Q. What I was about to say, that's a strong accusation, there must have been a reason why he felt that way, did he elaborate on that?
A. No.
Q. Were you offended by that accusation?
A. Yes.
Q. How did you defend yourself, if in fact you did?
A. I just let him talk. I don't remember what he said to Chris, I think I -- I believe it was he talked to me and he talked to Chris. I don't

think we were together at the time, but after we both talked to Chris, we got together and Randy Clifton, which was the plant manager at the time, okay, Clifton brought us both in and make the statement like, you know, sometimes things are said and sometimes you hear things and you can't have such a hard shell, you have to kind of go with the flow, and he agreed because he said he was too sensitive about anything, and it was just worked out.

Q. Chris Bejbl said you have to have a hard shell?

MR. MILLSOM: Objection.

A. No.

Q. Who said that?

A. Not hard shell, that might not be the exact words but, you know, don't take everything to heart.

MR. GAGLIARDI: Could you read that back.

(ANSWER BEGINNING ON PAGE 43, LINE 22 READ)

Q. Okay. So, Randy Clifton --

A. It wasn't Chris that brought us both together, it was Randy.

Q. What did you say that caused Erisson Carasco to walk off the job?

A. Yeah. I guess you could assume that was a good reason for firing somebody.
Q. Do you know anybody that was fired for absenteeism?
A. No.
Q. When Enid Bonilla was fired, were you surprised?
A. Yeah, I guess so, because we work -- like I said, we worked well together. I didn't have too many problems with her.
Q. Did you ask Dave Richards why he fired her?
A. No.
Q. Who did they replace her with?
A. I believe it's Ken, the guy I'm with now.
Q. Ken who?
A. O'Rourke.
Q. You've been working -- is Ken O'Rourke -- I'm sorry, Ken O'Rourke is still employed there?
A. Yes.
Q. So he started working with Enid Bonilla, was terminated, he's been there ever since?
A. There's a little span in between we didn't have nobody. But I'm pretty sure to the best of my ability he was brought in after her, yes.
Q. How do you get along with him?
A. I get along good -- I get along good with

everybody. That's why I was very totally --
Q. Except Erisson Carasco and Enid Bonilla.
MR. MILLSOM: Objection. Don't answer that. There's no question. Are you done badgering the witness, or are we going to resume questioning?
(SO NOTED)
Q. I'm sorry, so you said you were surprised that Enid was fired?
A. Yes.
Q. The company, did they give you a reason for why they fired you?
A. No.
Q. Did you ask?
A. No.
Q. Were you disappointed that they fired her?
A. Yes and no. I didn't have nobody else to work with me for a while. Yes. When she came to work, she did good work.
Q. Do you think she should have been fired?
MR. MILLSOM: Objection.
A. She's not my -- I'm asking for my opinion. I don't want to give an opinion because I have none. That's not my thing to do.
Q. Well, was she a good worker?