# Excerpted Tr. of Deposition of Dave Richards

sure I understand this. If you have a legitimate excuse to be late, then it's not a violation of the --

A. That's not --

Q. -- attendance --

A. -- that's not correct. That's not what I said.

Q. All right.

A. It is still a violation of company policy.

Q. You say it depends what their excuse is.

A. As far as what actions are taken after that -- how they're counseled.

Q. So if they had a good excuse, they might not get another verbal warning?

A. Correct.

Q. And what would be a good excuse?

MR. MILLSOM: Objection.

A. A good excuse would be someone had told me the day before, "I have a medical appointment. I should be out on time," then come back 15 minutes late and say, "The doctor saw me a little bit late." That would be a good excuse in that case.

BY MR. GAGLIARDI:
Q. What about sick child? Is that a good excuse?
A. Yes.
Q. What about a family member getting into a car accident? Is that a good excuse?
A. Of course.
Q. Having a baby?
A. That's a pretty good excuse, sure.
Q. How about you're just sick? You wake up in the morning and you're vomiting, and you try to come into work and you're late?
A. And that's happened before. Yes.
Q. And somebody in those scenarios would not be disciplined?
A. It would depend on their history, how often, and you have to analyze the situation. If every Monday someone is sick, or every Friday they become ill and have to go home, that's a pattern. So I would discuss with the people what is the pattern of events and are they abusing the system.
Q. What if somebody became ill and it was, say, a fairly severe illness that kind

leave? Leave of absence?

A. I guess you could use those words.

Q. I mean, he's not on vacation, right?

A. Well, he used vacation time with that.

Q. Okay.

A. And in order to do what he needed to do, he needed a couple of extra days. And I allowed him the opportunity since he was not within the country, and he had been a good employee for years, to do that.

Q. So he exceeded -- is it fair to say that the time that he was gone, he exceeded his allowable allocation of vacation time? Is that accurate?

A. He was allowed -- he didn't exceed his time. He used his time that he was allowed and then saved it up, and then was given time without pay to perform what he had to do.

Q. He had no more vacation time. Correct?

A. He used his vacation time in allotment with the period he was gone.

they've met the company's attendance
requirements.
MR. MILLSOM: Objection.
A. Well, the --
BY MR. GAGLIARDI:
Q. Would it --
A. -- the -- you can't lump it and
say, "Yeah, if they work 2,000 hours." You
have to do those in increments of a week of
40 hours because that's the work week and
that's how the company is structured. So you
can't --
Q. But if -- I'm sorry -- but if
somebody works 32 hours and uses a vacation
day --
A. That adds up to 40.
Q. You know you're only going to get
so many work -- actual, physical work days
out of somebody. I guess my question is
what difference does it make when they work
those hours?
A. It's a business.
Q. Right.
A. It's a business that's -- that --
MR. MILLSOM: Are you suggesting

BY MR. GAGLIARDI:

Q. She needed some time -- she needed to miss work sometime in February of '06 due to family issues. Does that ring a bell?

A. I don't know what you mean miss time. Like, full days? I don't --

Q. She couldn't work 40 hours a week. She had to miss work in February of '06 --

A. Okay. I'm sure --

Q. -- regarding things --

A. -- I'm sure the timecards would have that. Okay.

Q. Okay. No, but you testified very specifically that she requested time to go see a lawyer and time to go --

A. In different cases.

Q. -- to the doctor --

A. As examples, yes.

Q. Okay. And did a lot of this happen in the physical year 2006 -- November 1st going forward to the time of her termination?

A. No. That occurred throughout her career there.

Q. Okay.

children?

A. I don't remember specifically, but one had something that he had to go in to see a specific doctor for something.

Q. Do you think that that's a legitimate reason to miss work? To be with your sick children?

A. Oh, sure.

Q. Is that a violation -- normally, would that be a violation of the attendance policy?

A. No.

Q. If somebody in that situation had accrued unused vacation time available to apply to the missed work, would they be able to --

A. Well, you couldn't really apply it to that. Again, meeting the 40 hours, you couldn't take -- I don't remember how we used to do it, but you couldn't just take an hour here, an hour there. So --

Q. What about six hours?

A. It would -- probably would have been a full day. If she could have -- that might have been an option. I don't know how

many days she had left, if any. But in that case, you could have probably -- if you had that day, take the full day. That would be an option. I don't know, like I said, specifically where she stood on her vacation.

Q. If somebody is physically ill and can't come to work, and they're ill that morning, and they call up and say, "Listen, I'm just, you know, I'm vomiting. I can't come into work." That puts -- that certainly puts the company at a disadvantage because --

A. Yes, it does.

Q. -- they don't have the advance notice. But that -- my understanding from your testimony today is that if they have accrued unused vacation, it's not necessarily a violation of the attendance policy.

A. Have they used all their vacation at that point?

Q. No.

A. Okay. No.

Q. Isn't that what Miss Bonilla did?

A. No.

Q. She had a family emergency. She had accrued unused vacation --

alluding to. Which she ended up, I believe, leaving that day.

Q. All right. So she -- okay. So she said, "My kids are sick. I might need to leave today?" Or, "I might need to leave later in the week?" Or both?

A. It was that day.

Q. That day. Well, what did you say?

A. Well, I -- and in the policy -- I had pulled I out here -- "You're supposed to give me notice beforehand. Obviously, you can't all the time." But I don't remember the specific words I said to her, but, you know, "You don't have that time to take because you can't" -- as we stated earlier -- "you can't take partial vacation days." So I don't know what her status was, why she didn't take a full vacation day. Maybe she didn't have it. But you can't take partial vacation days. Obviously, she had to take them to the doctor.

Q. All right. So it wasn't an issue of whether she had any vacation days left. Even if she had ten, she wouldn't have been able to apply it to that day because it was