# Excerpted Tr. of Deposition of Anilsa Soriano

A. With Alan. I don't remember the last name. And Enid, too, because they send Enid and me over there.
Q. So, at around 3:00 o'clock both you and Enid would go to the shipping department?
A. Um-hmm.
Q. And once you went to the shipping department, how long would Alan be in the department with you?
A. I don't know, because they say, you go to shipping and Alan lift. But sometimes he'll stay. Sometime he'll leave, sometimes he'll stay. Sometime they send over there, and he would say, oh, we don't have nothing to do here. I say, what I gonna do, because they send me here. Oh, I don't need you. He be with attitude every time. I don't remember three times very hard with him. And I asked my supervisor about that. He said, okay, relax, count to ten, one to ten. And then, because he's an old man, I say, yeah, but okay, I know he's an old man, I don't want to speak to old man with attitude, because I gonna get old, too. And he said, yeah, but, he's like that, you can be patient with him. But the three times prior, because I was taking medicine for my high blood pressure, and I asked David about that. I said, I can't be

wife. Oh, she go on vacation. Oh, you want us to go over there because you alone, I said. So, Alan, forget, if you don't go my home. But that's the thing sometimes.
Q. So, you would joke around with him?
A. Yes. Sometimes. But sometimes he was very -- maybe it was because of age, or I don't know.
Q. How old is Alan?
A. Alan, I think he's in his, sixty-something.
Q. Now, you said that you complained to Dave Richards about Alan, and so, what specifically did you complain about?
A. It's about the job. It's about the job. Because sometimes David send me over there, can you help Alan. I said, okay, but he said, oh, I want to put everything in the computer, you gonna do the job. I said, that's a lot of job, I don't want to do this by myself. You have to do it, because they send you here to help me, and you have to do it.
Q. So, that's what you would complain to Dave Richards about?
A. Yes. And he said, oh, I don't know why they send you there, and why they have ladies here, because that job is for men.
Q. Did you tell Dave Richards that?

A. Maybe he likes women, because he has a wife. I don't know, maybe in the job he don't want women working with him, because he don't want to do the heavy things, and because we are women, I say, I can't lift that heavy thing, and maybe he's mad because he wasn't another people do his job, maybe is why he doesn't like women.

Q. Do you think Alan Godin has a problem with Hispanic workers?

MS. LAPORTE: Objection.

A. Yes.

Q. What would make you say that?

A. Because he don't want people speak Spanish, because he says he doesn't understand. But what I telling you, it's not because we want to speak about him. Sometimes women speak things. Anyway, you know Spanish, I don't like to speak in front of you to some thing. But he doesn't like people speak Spanish. I mean, he doesn't like anybody coming that country no American.

Q. You said before, and correct me if I'm wrong, but you said Alan Godin said people come to this country to get all the benefits?

A. Yes.

Q. Who do you think he meant by that? What did he mean