**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ENID BONILLA,
Plaintiff

v. : C.A. No. 07-331S

ELECTROLIZING, INC.,
ALAN GODIN, *alias*,
DAVE RICHARDS, *alias*, and
any and all defendants,
Defendants

**STATEMENT OF UNDISPUTED FACTS**

Now comes Enid Bonilla, the plaintiff in the above-captioned matter, and hereby sets forth the following Statement of Undisputed Facts.

1. Part of Electrolizing's indoctrination process for hiring new employees included providing each new employee with a company document entitled: "Company Information." (Excerpted Tr. Depo. David Richards at 54-55).

2. On Page 22 of the Company Information manual, it states that Electrolizing offers eligible employees benefits under the Family Medical Leave Act (Ex. 1).

3. At the time of her termination on February 10, 2006, Enid Bonilla had been employed at Electrolizng for at least one year. (Pl's Mem. Opp. Defs' Mot. Summ. J.; Ex. 6-7).

4. From February 10, 2005 to February 10, 2006, Ms. Bonilla worked at least 1,250 hours at Electrolizing (Pl's Mem. Opp. Defs' Mot. Summ. J.; Ex. 6-7).

5. On February 8, 2006, Mr. Bonilla's two children suffered from serious health conditions which required continuing treatment by a health care provider (Ex. 2).

6. Mr. Richards fired Ms. Bonilla two days after she requested to take her children to the hospital (Excerpted Tr. Depo. David Richards at 282).

7. At the time of her termination, Enid Bonilla had available five (5) accrued, unused vacation days (Pl's Mem. Opp. Defs' Mot. Summ. J.; Ex. 2).

8. In 2002, Mr. Godin was issued a written warning for making a remark about "Boat People" that offended another employee (Pl's Mem. Opp. Defs' Mot. Summ. J.; Ex.3).

9. On July 5, 2006, Electrolizing issued a written warning to Mr. Godin for making derogatory comments to Ms. Bonilla (Pl's Mem. Opp. Defs' Mot. Summ. J.; Ex. 1).

10. During the three years that Mr. Richards was employed at Electrolizing, he only fired two employees for excessive absenteeism other than Enid Bonilla: Santo Souero and Erik Acevedo (Excerpted Tr. Depo. David Richards at 145-146).

Enid Bonilla
By Her Attorneys,

/s/Mark P. Gagliardi (#6819)
111 Wayland Avenue
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)
e-mail: mark@gagliardilaw.net

/s/Brandon S. Bell (#5871)
120 Wayland Avenue
Providence, RI 02906
(401) 272-6303
(401) 277-4163 (fax)
e-mail: bbellesq@aol.com

# CERTIFICATION

I hereby certify that on this **22nd** day of **July**, 20**08**, I filed electronically this Statement of Undisputed Facts with the Clerk of the U.S. District Court for the District of Rhode Island. The following counsels of record have received notice electronically:

Geoffrey W. Millsom, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
gmillsom@apslaw.com

Adam M. Ramos, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
aramos@apslaw.com

Richard R. Beretta, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
rberetta@apslaw.com

/s/Mark P. Gagliardi