# Exhibit 1

CONFIDENTIAL

# COMPANY INFORMATION

Electrolizing, Inc./ME-92 Operations
10-20 Houghton St.
Providence, RI 02904

Revised 2-1-2000

PENGAD-Bayonne, N. J.
PLAINTIFF'S EXHIBIT
C
4.4.08

# This information is not a contract,

**express or implied, guaranteeing employment for any specific duration. Only the corporate president can establish a contract of employment. A contract would be in writing, signed by both parties, and on file in the corporate offices in DeKalb, IL. Although we hope that your employment relationship with us will be long term, either you or Electrolizing, Inc./ME-92 Operations may terminate this relationship at any time, for any reason, with or without cause or notice. The management of Electrolizing, Inc./ME-92 Operations reserves the right to modify, revoke, suspend, terminate, or change any or all of the information and material described in this guide. Changes may be made with or without notice, at any time.**

## *WELCOME TO ELECTROLIZING, INC./ME-92 OPERATIONS!*

This information has been prepared to welcome our new employees and to keep our current employees up to date. *The information presented here is in no way meant as a contract of employment.*

Our company has a long history of being one of the leading plating companies in its field. We have made an excellent reputation for ourselves through a combination of hard work and dedication from the management and staff in the areas of quality, safety, customer service, and training\compliance programs. We strive to prepare our employees to work safely with hazardous materials and to provide continued training as needed to maintain a safe productive workplace. The responsibility for a pleasant workplace is a mutual one, however, and we ask that all of our employees follow a few simple guidelines.

- Attend all training sessions as required and pay careful attention to what is being covered.
- Wear required personal protective equipment at all times.
- Behave properly and safely while on the job.
- Ask questions about anything that you don't understand. There are no dumb questions at Electrolizing, Inc./ME-92 Operations.

Please ask the Operations Manager or the Human Resources Manager for a further explanation of this information if you do not understand any part of it.

**The Human Resources Manager may be reached at 1-800-654-1157**

***Once again, welcome!***

# HISTORY OF ELECTROLIZING, INC./ME-92 OPERATIONS

Electrolizing, Inc., a Providence RI company, is a wholly owned subsidiary of Surface Technical Systems (STS) Inc., located in DeKalb, IL. Electrolizing Inc. was established in Providence in 1945. For 39 years, the company operated from 148 West River Street. In 1984 the company moved to its present location, 20 Houghton St. in Providence. The building is 20,000 square feet in size and designed to meet and exceed the demanding requirements of present day EPA and OSHA standards. Electrolizing presently employs 45+ people and operates a single shift Monday through Friday. Electrolizing, Inc. has an on-site sister operation, ME-92 Operations located at 10 Houghton St. and has been in operation since June 1992.

Electrolizing and ME-92 Operations offer a precision, thin, dense chromium coating focused at specific markets. Electrolizing is a hard, smooth coating for all metal parts, including aluminum. It may be used in many applications and industries such as aerospace, nuclear, machined parts, molds, tools and dies, on printing and cladding rolls, automotive and the valve industry. ME-92 coating is used exclusively in the medical/surgical and pharmaceutical industries. ME-92, like Electrolizing is extremely hard and smooth, and consistent in color. It has been tested to be biocompatible and non-toxic and is used with all-types of medical- grade stainless steel. Both coatings have been shown to increase part life, reduce friction, and provide corrosion resistance.

There is one other Electrolizing franchise located in Chambery, France. All licensed franchises are sold by the Armoloy Corporation, located in DeKalb, IL. The Armoloy Corporation and Surface Technical Systems (STS), also in DeKalb, are owned by Jerome F. Bejbl.

Electrolizing and ME-92 Operations have long been dedicated to staying in compliance with EPA and OSHA requirements. The company continually strives to update its equipment and operating procedures to maintain a safe, clean environment for our employees and in our community.

# General Information

# AFFIRMATIVE ACTION PLAN

This plan is posted in the break room and in the front office.

**Electrolizing, Inc./ME-92 Operations** affords equal employment opportunities to qualified persons regardless of race, religion, color, sex, national origin, disability or age. The company will strive to adhere to this plan when recruiting and hiring new employees, when making decisions regarding compensation, benefits, transfers, or training and development decisions, and when making other employee-related transactions.

Electrolizing, Inc./ME-92 Operations will conduct an internal workforce analysis on a regular basis to ensure that no underutilization of any protected class is taking place. The results of this analysis will be available to all employees. Should the company's management feel that any protected class is being underutilized, reasonable steps will be taken to correct the situation in a timely manner.

All complaints of possible discrimination should be submitted, in written form, to the Human Resources Manager **within 20 days** of the alleged discriminatory act. The complainant must sign the complaint. All employees have a right to utilize the complaint procedure without jeopardizing their current or prospective employment status. All complaints of discrimination will be fully investigated.

ELECTROLIZING, INC./ME-92 OPERATIONS IS AN AFFIRMATIVE ACTION EQUAL OPPORTUNITY EMPLOYER.

# EQUAL EMPLOYMENT OPPORTUNITY

This plan is posted in the break room and in the front office.

**Electrolizing, Inc./ME-92 Operations** has been and is fully committed to equal employment opportunity consistent with objectives set forth by state and federal statutes, and Presidential Executive Orders.

The company shall strive to provide equal opportunity to all applicants and employees without regard to race, color, sex, religion, or national origin, disability or age. All applicants and employees shall be treated fairly and without regard to any physical or mental handicap (disability) they may have that is unrelated to the job qualification; or the fact that they are veterans of the Vietnam-era.

Electrolizing, Inc./ME-92 Operations is committed to Affirmative Action as set forth by the Federal government. We will strive to promote Affirmative Action to the fullest realization of the EEOC's recommendations.

The Human Resources Manager, Michelle B. O'Mary is responsible for the implementation of this policy under the direction of the Corporate Vice-President and the Corporate President. Equal Employment Opportunity will be reviewed periodically to ensure that it is meeting company objectives.

## HARASSMENT PROHIBITED

This plan is posted in the break room and in the front office.

**Electrolizing, Inc./ME-92 Operations** shall prohibit sexual and other harassment of any employees, whether it is by a co-worker, a manager, a customer, or a vendor. Because Electrolizing, Inc./ME-92 Operations believes that all employees should treat one another with respect for the individual's dignity, all forms of sexual harassment are prohibited, including sexual advances, requests for sexual favors and gender-specific remarks. In addition, any harassing behavior that is considered offensive or threatening, (though not sexually explicit), and/or interferes with an individual's work performance should be reported to management for investigation.

Sexual harassment is defined as any verbal or physical conduct of a sexual nature that (1) makes submission to such conduct a condition of any individuals employment; (2) makes submission to, or rejection of such conduct by an individual the basis of employment decision such as promotions, termination, and disciplinary measures, or (3) such conduct creates an intimidating, hostile or offensive working environment or unreasonably interferes with an individuals work performance.

Electrolizing, Inc./ME-92 Operations encourages the reporting of sexual or other harassment, or any offensive, unwelcome conduct to Michelle B. O'Mary, Human Resources Manager, so that appropriate corrective and/or Corrective Action can be taken where warranted. False accusations, however, also have a serious impact, are considered a form of intimidation and will not be tolerated.

## AT-WILL STATUS

The employees of this company are classified as **at-will employees.** This means that all employees are free to leave the company at any time and for any reason. It also means that your employment here may be terminated at any time and for any reason.

## OPEN DOOR COMMUNICATION

At Electrolizing, we use what is called **open door communication** for problems, suggestions, or concerns of our employees. It works like this: Employees are encouraged to speak to their supervisor first to discuss their concern. Their supervisor will attempt to give an answer in a reasonable length of time. If talking to their supervisor is not satisfactory, then the employee may take their concern to the Operations Manager, Human Resources Manager or other manager. **All employee concerns will be handled discreetly and with strict confidentiality.** Electrolizing, Inc./ME-92 Operations asks that employees voice their concerns openly and without fear of reprisal.

## HAZARD COMMUNICATION

As an employee of a business that is classified by the Occupational Safety and Health Act of 1970, **(OSHA),** as a hazardous industry, you have the **Right to Know** what chemicals and hazardous materials you will be exposed to in your job, what health risks are involved, and what safety precautions to take when handling the hazardous material. Electrolizing, Inc./ME-92 Operations provides our employees with complete Material Safety Data Sheets **(MSDS)** to answer these questions. Electrolizing, Inc./ME-92 Operations has also developed a **Hazard Communication Plan** to comply with OSHA regulations that assesses any potential dangers in the workplace. Finally, Electrolizing, Inc./ME-92 Operations has a **Contingency Plan** that gives direction in the event of a fire, explosion, or chemical spill. **Copies of all of these books are kept in the break room for employee use.** Questions regarding materials safety and workplace dangers may be directed to the Operations Manager or the Human Resources manager. *Please go to the chapter on safety located in the guide for more information.*

## LAYOFFS

The owners and managers of Electrolizing, Inc./ME-92 Operations strive to maintain the current workforce at the plant from year to year. **If downsizing becomes necessary, layoffs will be made based upon the idea that the most valuable employees are not necessarily the ones who have been employed here the longest.** It is important, as an employee of Electrolizing, Inc./ME-92 Operations to take advantage of training sessions as they occur and to strive to learn as much as possible about our entire production process. Other important factors in being a valuable employee are to avoid absences, tardy arrivals and disciplinary problems.

## CORRECTIVE ACTION

**All corrective action taken will be decided on a case by case basis. All relevant factors will be taken into consideration.**

Corrective action will be decided by managers and supervisors and will be finalized by the Human Resources Manager. All cases will be handled fairly.

If you speak Spanish, a translator can be provided by Electrolizing/ME-92 Operations, or you may bring a translator with you to a corrective action meeting.

All corrective action taken, whether written or verbal, will be recorded in the employee's work file.

***Electrolizing, Inc./ME-92 Operations reserves the right to initiate Corrective Action at any time and to change, modify and amend the information presented here at any time, without prior notification. Our employees are considered to be at-will, which means Electrolizing, Inc./ME-92 Operations may terminate any employee for any reason and at any time.***

# Production and Plant Information

## Hours of work:

(subject to change at any time)

First shift works from: 7:00 a.m. to 3:30 p.m. M-F
*You may choose to not take lunch and leave at 3:00 p.m.*

A second shift may be added when needed. Hours for second shift will vary as required by the production schedule.

Due to the nature of this business, overtime hours are occasionally required. **All employees are requested to work any overtime necessary to complete Electrolizing, Inc./ME-92 Operations' production schedule.** The Operations Manager will give as much notice as possible when overtime is going to occur. If you have a conflict with the overtime schedule, please see the Operations Manager.

**Clerical, quality control, sales and managerial staff generally work from 8:00 a.m. to 5:00 p.m.** This schedule is flexible, and is determined by the individual employee's exempt/non-exempt status and each department's requirements.

**Overtime pay is as follows-- (for non-exempt employees only)**

- Time and 1/2 for any hours worked over 40 and under 60 in a single week
- Double time for any hours worked over 60 in a single week

## Pay Periods:

Electrolizing, Inc./ME-92 Operations employees are paid 26 times per year, every other Thursday afternoon. **Any deductions, address changes, status changes, or other changes that effect pay distribution are required to be immediately reported to the Office staff or to the Human Resources Manager.**

## Lunch and Breaks:

Full-time employees are entitled to receive a 30-minute lunch break and one paid 20 minute breaks during a regular 8-hour shift. All employees may choose to not take a lunch break and leave at 3:00 p.m. instead of 3:30 p.m. **If you take a 30-minute lunch break you must punch out on the time clock and punch in again when lunch is finished.**

The break room is equipped with a microwave oven, refrigerator, freezer, soda and coffee machines, and snack machine.

***If you leave the premises for any reason other than official company business you must punch out. Please remember to punch in when you return.***

## Time Card Policy:

1. It is the employee's sole responsibility to punch in and out everyday.

2. Each employee may punch his/her own time card only.

3. All first shift employees will arrive in the morning between 6:31 and 7:00 a.m., punch in, change into their uniform, **and be at their workstation by 7:00 a.m.**

4. All employees will work their full shift, punch out and then change into their street clothes, **in that order.**

5. If the employee forgets to punch in, he/she will advise the Operations Manager immediately. The employee will then punch in. All employees will be paid only for the stamped time shown on their card.

6. If an employee forgets to punch out, he/she will be subject to corrective action.

7. The Operations Manager is the only person who can approve deviations of this policy.

## If You Will be Absent or Late.....

The company must be notified within 2 hours of the start of the shift if an employee is going to be absent or late. Failure to notify the Operations Manager of a pending absence or late arrival may result in corrective action being taken. **Notifying any other staff member, supervisor or manager other than the Operations Manager may result in corrective action being taken.**

## Sick Leave

**Electrolizing, Inc./ME-92 Operations provides no sick leave to its employees.** If you are ill, you must call the plant and notify the Operations Manager using the same procedure described above. Illnesses that last longer than 2 days will require a doctor's note upon return to work.

## Leave of Absence

Leaves of absence without pay are available from time to time as the production schedule permits. All requests for leave must be discussed with the Operations Manager and approved by the Human Resources Manager

## Funeral Leave

For deaths in the immediate family only, (spouse, child, parents, siblings), **two (2) paid days** leave are given. Additional unpaid leave or vacation time may be taken with approval from the Operations Manager. No paid leave will be given for funeral leave required outside the immediate family. Requests for funeral leave outside the immediate family must be approved by the Operations Manager.

## If you are injured

If you are injured while working, it is your responsibility to report the injury to the Production Supervisor, the Operations Manager, or the Facilities Supervisor. **It is important to report any injury, however small or seemingly unimportant** so that Electrolizing, Inc./ME-92 Operations can maintain a written record of plant injuries. If the injury becomes worse with time, Electrolizing, Inc./ME-92 Operations must have a complete record of the injury so that it can be covered by workers compensation insurance.

## Smoking Policy:

**Electrolizing, Inc./ME-92 Operations is a smoke-free facility.** Smoking is not allowed anywhere within the production, break room, locker room, QC, shipping/receiving areas, and the front office.

1. Smoking is permitted only outside the building.

2. You may smoke during morning coffee break or during lunch break (if you take a lunch break).

3. If you must smoke at times other that the times listed in #2, you will have 15 minutes deducted from your pay each day. You may not exceed 15 minutes on any single day. This is defined as the "Special Smoking Program".

4. If you enter into the "Special Smoking Program" you are in it permanently. You may not enter into or exit from the program on a daily basis.
5. You must advise the Operations Manager in writing if you would like to be in the "Special Smoking Program".

6. Failure to follow this policy may result in termination.

## Telephone/Pager/Beeper Policy

1. **Cell phones, beepers, pagers or any other electronic device are not allowed in work areas of the plant.**

2. Employees may use the pay phone in the break room or use their personal cell phones only during the morning coffee break or the lunch break.

3. All incoming calls to employees will be taken in the front office. A message will then be given to the employee who was called.

4. Employees will be allowed to take **emergency calls** from members of their immediate family only.

5. Employees will use the company phones **only** when directed by the Operations Manager.

6. Electrolizing Inc./ME-92 Operations takes **no responsibility for damage** or theft of any electronic devices brought to the plant.

## Uniform Policy

1. All full-time employees will be supplied a uniform at no charge

2. **Uniforms are considered part of official PPE and are required to be worn while working.**

3. The company will deduct $10 per pay for 10 pay periods ($100 total) for a uniform deposit. The $100 will be returned to the employee upon retirement or termination, only after all uniform pieces have been returned.

4. **The uniforms will not leave the facility for any reason**. The uniform supplier will do all washing and repair work.

5. The uniforms will be worn in a professional manner at all times.

6. The uniform shirt will be worn tucked into the uniform pants.
7. During hot periods of the year, (April to October), you may wear a clean, plain, white tee shirt in place of the blue shirt. The tee shirt will be worn tucked into the pants. PLAIN OR BLUE

8. During cold periods of the year, (November to March) a sweater or sweatshirt may be worn.

9. It is the employee's responsibility to notify management when a uniform piece becomes damaged or does not fit correctly.

## Uniforms/Quality Control Department

The Quality Department will be supplied with a uniform allotment to be used to purchase the following clothing items that constitute the official QC uniform:

1. Solid white shirt (long or short sleeved)

2. Dark brown, blue, green or black pants (no denim jeans)

3. Black or brown casual shoes (no tennis shoes or sandals)

4. In addition, company-provided smocks are required to be worn while working

The employee is responsible for cleaning and mending shirts, pants and shoes. Clothing will be replaced or exchanged once per year.

Failure to follow the Quality Department dress code will result in corrective action being taken.

## Dress requirements/Other staff:

Employees involved in sales, laboratory, clerical and managerial functions at Electrolizing, Inc./ME-92 Operations should wear appropriate, professional clothing while at work. The Operations Manager will evaluate any questionable dress.

## Personal Protective Equipment:

Personal protective equipment (PPE) will be issued to all new employees before they begin work at their station. **All employees are required to have the PPE assigned to them at all times while they are at their workstation.** Failure to wear any part of the required PPE may result in Corrective Action being taken. *Please go to the chapter on safety located in this guide for more information on PPE.*

# Benefits

## VACATION and HOLIDAY INFORMATION

**THE FOLLOWING INFORMATION APPLIES TO BOTH EXEMPT AND NON-EXEMPT EMPLOYEES.**

At Electrolizing, Inc./ME-92 Operations we are pleased to offer our full-time, regular employees time off with pay each year.

- At the end of **1 year** of service you are eligible for **5 days of vacation**
- At the end of **2 years** of service you are eligible for **10 days of vacation**
- At the end of **5 years** of service you are eligible for **15 days of vacation**
- **After 10 years** of service you are eligible for **20 days of vacation**

**Vacation Year:** The vacation year is from **November 1 though October 31**. For the first year of service, the regular vacation year is not in effect. Vacation may be taken only after the hire date passes one year later. Then the regular November/October schedule will be in effect.

***For example:***

***If you are hired on April 15, 2000, you may not take any vacation until April 15, 2001, and it must be used by October 31, 2001. On November 1, 2001, you will be eligible for 10 days of vacation that must be used by October 31, 2002.***

**Single vacation days:** Individual vacation days may be taken under the following guide: A three (3) day advance notice is required to be given to the Operations Manager. The Operations Manager must approve the request. No more than two (2) individual vacation days may be used consecutively. **No ½ day or partial vacation days may be taken.**

**Vacation without pay:** Employees may have unpaid vacation if the production and vacation schedules allow it and if it is approved by the Operations Manager. Thirty (30) days notice must be given to the Operations Manager when requesting unpaid vacation time.

**Unused vacation:** Vacation time does not accrue from one year to the next. All vacation days must be taken by October 31or the vacation time is forfeited. No refunds will be issued for vacation days not used.

**Cash conversion privilege:** Any employee with 15 days or more vacation may choose to receive cash instead of time off for one week of vacation time at his/her scheduled vacation. This needs to be cleared and scheduled by the Operations Manager.

**Calculating vacation time:** Vacation time is calculated based on hours worked beginning November 1. Total hours worked per year assuming a 40-hour week is 2080 hours. If an employee quits or is terminated, vacation time is calculated and paid using the following method:

**10 days = number of hours actually worked X .038**
**15 days = number of hours actually worked X .0577**
**20 days = number of hours actually worked X .076**

No partial vacation pay is given to anyone who quits or is terminated before completing one full year of employment.

With approval from the HR Manager, employees may use additional vacation days not yet earned. If the employee leaves the company for any reason prior to completing enough service to earn the vacation pay, the vacation pay will be deducted from his or her last paycheck.

**Vacation scheduling:** All production plant employees must notify the Operations Manager with his/her vacation request before December 1. A vacation schedule will be made based upon seniority for each individual department. Employees will lose their seniority privilege if vacation request is received after December 1.

**Holidays:** In addition to paid vacation time, Electrolizing, Inc./ME-92 Operations offer the following paid holidays:

- New Years Day JAN
- Memorial Day MAY
- Fourth of July JUL
- VJ Day AUG
- Labor Day SEP
- Columbus Day OCT
- Veteran's Day NOV
- Thanksgiving NOV
- Christmas Day DEC

**To qualify for paid holidays:** Full time employees who have worked a minimum of 90 days and work the day before and the day after the paid holiday qualify.

If the holiday falls on a weekend, Electrolizing, Inc./ME-92 Operations will observe the holiday on the same day as the state and federal agencies.

If a paid holiday falls within an employee's scheduled vacation time, one (1) extra day of vacation time is given.

Electrolizing, Inc./ME-92 Operations management reserves the right to change the vacation schedule at any time to meet production requirements.

Electrolizing, Inc./ME-92 Operations management reserves the right to schedule work on paid holidays to meet special production scheduling requirements.

## FAMILY MEDICAL LEAVE

Electrolizing, Inc./ME-92 Operations provides family and medical leave to employees in accordance with applicable law, including the Family and Medical Leave Act of 1993 and the Americans with Disabilities Act. Eligible employees are entitled to up to 12 weeks of unpaid leave per 12 months for one of the following reasons:

- The birth or adoption of a child
- To care for a seriously ill member of the employee's immediate family
- For the employee's own serious illness

**The following conditions will apply to anyone seeking family and medical leave:**

- An eligible employee is one who has been employed at least 12 months and has provided at least 1,250 hours of service during that period. Temporary and seasonal employees do not qualify for leave.

- Employees are to give at least 30 days notice for family or medical leave if the leave is foreseeable. If leave is taken on the basis of planned medical treatments, please schedule appointments so that they will avoid unduly disrupting the operations of the company.

- Electrolizing, Inc./ME-92 Operations requires that all paid leave (vacation, personal or sick leave) be used before unpaid leave begins. If such paid leave is available, the company will provide only enough unpaid leave to total 12 weeks.

- For any leave taken, Electrolizing, Inc./ME-92 Operations requires employees to provide written certification of the health condition from the medical doctor who is treating the condition. If leave is to be taken intermittently, a schedule of treatment dates and duration is to be provided to the company from the medical doctor handling the treatment. Electrolizing, Inc./ME-92 Operations has the right to seek a second opinion (at company expense). Such information will be held in strict confidence in accordance with the Americans with Disabilities Act.

- Employees who take family or medical leave do not jeopardize health benefits that were originally available to them before the leave was taken. Vacation time and profit sharing **will not** accrue during family and medical leave. Holidays that fall within leave time taken will not count as part of the 12-week limit. Employee 401K plans are also not jeopardized. Taking leave will not affect participation or vesting interest. No contributions will be made by the company in lieu of regular payroll deductions during leave.

- Upon return to work, you may be restored to the position you held before the leave began, ***if possible.*** If your job has been filled while you were on leave, Electrolizing, Inc./ME-92 Operations will attempt to give you another job as equivalent to the one held previously as possible. If you are an employee within the highest paid 10% of the Electrolizing, Inc./ME-92 Operations workforce, and if returning you to work causes substantial economic injury to the business, there is no obligation to restore you to your original position. If this is the case, the employee will be notified prior to leave that their job may be filled.

**ALL QUESTIONS REGARDING THE FAMILY AND MEDICAL LEAVE ACT SHOULD BE DIRECTED TO THE HUMAN RESOURCES MANAGER.**

## TUITION REIMBURSEMENT POLICY

*Electrolizing Inc./ME-92 Operations encourages its employees to pursue all avenues of personal enrichment. Tuition for educational advancement may be reimbursed by the Corporation under the following guidelines:*

- Employees must have full-time status and must have been employed by the company for at least one year.
- The Human Resources Manager must approve the class, program, or workshop, in advance.
- The class, program, or workshop must have relevance and be beneficial to the company.
- The employee will pay for the class, program or workshop **in advance**.
- Employees must maintain their full-time status. Accommodations to the employee's work schedule will be decided on a case by case basis by the Operations Manager and the HR Manager. In all cases, the educational opportunity will not be allowed to disrupt normal working schedules.
- Tuition reimbursement **will only** occur when the employee submits a bill for tuition and a final grade of a "B" or better to the HR Manager. Classes that receive a "Pass/Fail" mark or anything other than a letter grade will not be reimbursed.
- Reimbursement is for **tuition fee only**. Books, supplies, lab fee, activity fees, travel expense or other additional costs incurred as a result of taking the class do not qualify for reimbursement.
- Classes taken to learn **English (as a second language),** and costs associated with such classes may be eligible for pre-payment by the company. English (as a second language) classes must be approved by the Human Resources Manager **prior to enrollment** to qualify for reimbursement.

**ALL QUESTIONS REGARDING TUITION REIMBURSEMENT SHOULD BE DIRECTED TO THE HUMAN RESOURCES MANAGER.**

## SCHOOL VISITATION

The School Visitation Rights Act was passed in 1994. This act permits parents and guardians who are unable to meet with educators because of a work conflict the right to time off from work (unpaid leave) to attend school conferences or other necessary educational activities at the school their children attend. Electrolizing, Inc./ME-92 Operations complies with this act and asks that all employees follow these guidelines when requesting leave for school visitation:

- Eligible employees are those that have been employed for at least six consecutive months immediately preceding a request for time off from work.
- A child is defined as a biological, adopted, or foster child, a step child, or a legal ward of an employee who is enrolled in primary or secondary public or private school in Rhode Island or in a state that borders Rhode Island.
- Leave must be requested at least 7 days in advance, if possible.
- All vacation time must be used before leave is given
- Leave is limited to a total of 8 hours per school year. No more than 4 hours of leave may be used in a single day.
- The employee must provide proof of the school visit to the Operations Manager. The employee will be given a form for the school official to sign after the school visit.

**ALL QUESTIONS REGARDING THE SCHOOL VISITATION RIGHTS ACT SHOULD BE DIRECTED TO THE HUMAN RESOURCES MANAGER.**

## HEALTH BENEFITS

The following is a brief summary of the medical health insurance that Electrolizing, Inc./ME-92 Operations provides for its employees:

Full time employees are eligible for health insurance after a short waiting period. For plant employees the waiting period is 3 months and for office employees, the waiting period is one month. The coverage begins on the first day of the next full month following the waiting period.

***For example:***

***If you start your job in the plant on May 15, your waiting period ends on August 15. Your coverage begins on September 1 (the first day of the next full month after the waiting period).***

**The cost for coverage is:**

- **For single coverage -- $10.50 per paycheck**
- **For family coverage -- $16.00 per paycheck**

The deductible for single coverage is $250.00 per year and for family coverage the deductible is $500.00 per year. (For family coverage, expenses incurred by all family members are combined to reach the deductible limit).

### Prescription Card:

Electrolizing Inc./ME-92 Operations health plan includes a prescription card. With this card, generic prescriptions are $10 each; brand name drugs are $20 each. You may also choose to use a mail-order service that charges $15 for a generic three-month supply of medicine or $25 for a brand name three-month supply. There is no deductible to meet with the prescription card. The card may be used at most local pharmacies.

### Well Care:

As a part of the medical insurance, each employee can receive up to $300 in well care per year. There is a $10 co-pay at the time of service. See the Human Resources Manager for more information.

### Life Insurance:

Employees enrolled in the health plan receive a life insurance policy as a part of their paid premium in the amount of $15,000. The policy for management is $30,000. This plan has a double indemnity clause that doubles the benefit in the case of accidental death.

**COBRA coverage:**

Electrolizing Inc./ME-92 Operations pays 90% of the cost of coverage for employees. Health care coverage ends when an employee is terminated or ends employment with Electrolizing Inc./ME-92 Operations for any reason. Extended coverage is available to terminated employees (at their own expense) through COBRA. Information on extended benefits is sent to all employees and their covered dependents that end employment or are terminated.

**THIS SUMMARY IS NOT THE COMPLETE PICTURE OF ELECTROLIZING, INC./ME-92 OPERATIONS'S HEALTH PLAN. FOR MORE INFORMATION, PLEASE SEE THE OPERATIONS MANAGER OR THE HUMAN RESOURCES MANAGER.**

## 401K AND PROFIT SHARING PLAN

**Electrolizing, Inc./ME-92 Operations offers our employees the benefit of a 401K savings plan and a profit sharing plan. Both plans are an excellent means of saving for retirement with an annual return that is usually higher than can be found in conventional savings plans.**

Each year at the company annual meeting, at the end of October, both plans are explained for new employees, and progress reports are given to employees already enrolled in the plans. Anytime during the year, the Operations Manager, Human Resources Manager or the Corporate accountant can answer employee questions about these plans.

**A 401K plan is a long-term savings plan that allows employees to contribute a certain percentage (1 % to 6 % for matching funds), or dollar amount of their paycheck to a group savings account.** All funds contributed are held in the employee's own name, but invested with everyone's money to help achieve a higher return. The funds are invested in a diversified combination of stocks, mutual funds, annuities, T-bills and other investment vehicles administered by the plan trustees. At the end of the fiscal year, Electrolizing, Inc./ME-92 Operations may match all or part of the money that the employees have contributed. For example, if an employee contributes $10 per paycheck to the 401K plan, at the end of the year, that employee will have $260 credited to their account. The account earns income for that year through the investments made by the plan trustees. In addition to the income earned, Electrolizing, Inc./ME-92 Operations may put money into the employee's account. Some years, the company has matched 50%, or in our example, would put $130 into the employee's account. Other years, Electrolizing, Inc./ME-92 Operations has been able to match a full 100%, making our example account worth over $520 in just one year! **The company strongly suggests that all employees who are eligible participate in this plan.**

**The profit sharing plan** requires no contribution on the employee's part other than giving their best work effort during the year to ensure that Electrolizing, Inc./ME-92 Operations makes a good profit margin. All employees are enrolled in profit sharing as soon as they are eligible, as defined by the plan.

**THE ABILITY TO OFFER THESE TYPES OF SAVINGS PLANS PROVIDES A UNIQUE OPPORTUNITY FOR OUR EMPLOYEES. PLEASE USE THEM TO YOUR BEST ADVANTAGE. DIRECT YOUR QUESTIONS TO THE HUMAN RESOURCES MANAGER.**

***The benefits described in this part of the guide are not guaranteed. All benefits are subject to change at any time by the company. Acceptance of the benefits listed do not in any way constitute a contract of employment. All employees of Electrolizing, Inc./ME-92 Operations are considered at-will employees.***

# Safety

## ELECTROLIZING, INC./ME-92 OPERATIONS SAFETY PLAN

Electrolizing, Inc./ME-92 Operations has a long record of safety within the plant. In over 45 years, no one has lost their life or been seriously injured while working for us. There have been no major fires, chemical spills or explosions. **This is a result of the fact that Electrolizing, Inc./ME-92 Operations takes worker and plant safety very seriously.** A combination of written programs, on-the-job instruction, training classes, and supervisor/employee knowledge has been successfully used to help prevent serious injuries. Listed below are descriptions of some of the training and prevention programs that Electrolizing, Inc./ME-92 Operations has in place.




### Hazardous Waste Operations and Emergency Response (Hazwoper) Training

The federal government has ruled that anyone who comes in contact with hazardous material should have a basic understanding of how to recognize, handle, label and store the materials safely. In accordance with this ruling, Electrolizing, Inc./ME-92 Operations has put together a training session to **qualify our employees as "First Responders" in a chemical spill or fire emergency.** The training consists of 3 hours of classroom training, a hands-on demonstration of safe practices, and a written test. Whenever an emergency occurs, a First Responder and/or supervisor should be notified immediately. In addition to the First Responders, Electrolizing, Inc./ME-92 Operations has an Emergency Coordinator (EC). The EC has completed 8 hours of training in a certified training program and is familiar with the Electrolizing, Inc./ME-92 Operations **Contingency Plan.** The EC is also qualified to handle emergency situations and any subsequent clean up.

### Forklift Training

Electrolizing Inc./ME-92 Operations forklift operators have been trained in accordance with OSHA standard 1910.178. The training consists of 2 hours of classroom instruction, a road test, and a written test. **Only those employees who have completed the forklift training can drive the forklifts.** *There are no exceptions to this rule.*

## New Employee Orientation

Every new employee at Electrolizing, Inc./ME-92 Operations participates in a one hour safety orientation class with the Facilities Supervisor. New employees discuss the various safety issues that they are likely to encounter while at work. **All employees are encouraged to ask questions about any aspect of their work.** The Facilities Supervisor issues the employee personal protective equipment and shows them how to use it correctly. The new employees are then given a tour of the plant so that they can locate all exits, fire extinguishers, emergency showers, and first aid stations. The orientation session also introduces employees to this Information booklet.

## Material Safety Data Sheets

Material Safety Data Sheets or MSDS are written descriptions developed originally by OSHA as a part of the Hazard Communication Standard or Right to Know regulation. **MSDS provide one easy reference point for information on all the hazardous substances in our plant.** Every company we do business with that distributes a hazardous substance must provide an MSDS sheet with their product. The MSDS describes the substance in terms that include: what it is, who makes it, why it's hazardous, how to handle it safely, what its physical properties are, and what to do if there is a spill or emergency. **The sheets are located in a binder on the wall of the break room and in the Facilities Supervisor's office.**

## Protective Equipment (PPE)

**PPE is one of the best defenses against on-the job hazards.** At Electrolizing, Inc./ME-92 Operations accurate and consistent PPE usage is strictly enforced. During each orientation session, employees will be given instruction on the proper selection and use of the PPE necessary for the given job as determined by the OSHA mandated PPE assessment completed by the management at Electrolizing, Inc./ME-92 Operations. **The required PPE must be worn.**