# Exhibit 2

*Mineral Spring Pediatrics, Inc.*
Teresa L. Jeraldo, MD & Miguel A. Fuentes, MD
967 Mineral Spring Avenue; North Providence, RI 02904
Phone: (401)312-0444; Fax: (401)312-0446

Thursday, March 13, 2008

To: To whom it may concern

Re: John Bonilla

John Bonilla is an 8 year old boy who comes to our office for medical care. He was seen on 2 /6/06 with acute symptoms of ear pain, sore throat and fever. He was prescribed antibiotics and medications for fever control. Also, he was sent for XRays of his neck and a consult was ordered to see the Ears, Nose and Throat specialist (ENT). His younger sister also became ill with similar symptoms that day.

I recall his mother calling me from work stating that John was worse, he had redness and swelling of his face and that her daughter had been diagnosed with Scarlet fever recently. I told her that John had to be re-evaluated soon. Scarlet fever is more diffuse and severe form of Streptococcal throat Infection wich can produce severe acute symptoms as well as potential heart and kidney complications in the longer term. I recall her calling me from work stating that she could not leave work unless I would speak with the supervisor at work. I recall doing so in order to allow her to bring her child to the Hasbro Hospital Emergency Room. It is unusual for me to have to talk personally to work supervisors, usually a note after the fact is sufficient, and that is why I recall the case.

Thank you for your attention to this matter.

Teresa Jeraldo, MD

# Mineral Spring Pediatrics, Inc.; SICK Visit; John Bonilla

Date: 2/6/2006; Age: 6.4y; Allergies: None

HISTORY: The patient is here due to ear pain, runny nose.

Patient complaining of persistent earache ; pain Is intense and pulsate. Recent history of cough & cold symptoms. Low-grade fever, appetite decreased.

ROS: no respiratory distress; no vomiting or diarrhea; no skin rash. Historian: Father.

Medications: none

Active Problems: Asthma; Hypertrophy of T&A; Obesity; Allergic Rhinitis

PE: VS: WT=76 Lbs; T=99.8 F; RR= 24 / min; HR= / min.

General: congested; well hydrated.

Head: atraumatic, no lesions.

Eyes: normal conjunctiva.

Nose: congested.

Ears: erythematous TM's bulging with purulent exudate

Mouth: clear mucosa, moist; no exudate.

Neck: supple.

Chest/Lung: clear to auscultation.

Heart: regular rhythm, no murmurs.

Abdomen: deferred.

Back: deferred.

Skin: clear.

Genitalia: deferred.

Extremities: well-perfused.

Neuro: alert.

DIAGNOSIS: 1) Otitis Media, Acute, Purulent. 2) Earache, otogenic. 3) Allergic Rhinitis. 4) Snoring

MEDICATION:

.- Keflex 250mg/5ml, 10ml twice a day for 7 days; Dispense 7 days supply; Refill: none

.- Tylenol with Codeine solution, 14ml every 4-6 hrs as needed for pain for 2 days; Dispense 160ml; Refill: none

.- Motrin 100mg / 5ml , 17ml every 6 to 8 hours as needed for fever for 3 days; Dispense 1 bottle; Refill: one

Immunization: none

Laboratories: None

Procedure: none.

Imaging test: 1) Soft tissue neck

Referrals: 1) ENT- Alliance and Hearing Center

Plan: 1) Diagnosis & treatment discused.. 2) Observe closely; call if symptoms worsens. The patient should be taken to the ER if the condition gets much worse.. 3) A written instruction about medication use was given to patient together with the prescription

Miguel Fuentes, MD

# Mineral Spring Pediatrics, Inc.; SICK Visit; Janitza Bonilla

Date: 2/6/2006; Age: 2.7y; Allergies: None

HISTORY: The patient is here due to rash & Pharyngitis.

Patient is having sore throat & high fever since a f few days ago; patient developed a rash a few hours ago; rash in non-pruritic; Fever persist but decreased with OTC medications; also decreased appetite. Mo called this afternoon very concerned about fever &n rash; she was seen immediately.

ROS: No respiratory distress, chest pain or cough. No congestion. Negative joint pain or swelling. Historian: Father.

Medications: Zyrtex

Active Problems: Allergic Rhinitis; Hypertrophy of T&A

PE: VS: WT=30 Lbs; T=101.5 F; RR= 26 / min; HR= / min.

General: fully alert, well hydrated, NAD, tired.

Head: atraumatic, no lesion.

Eyes: normal conjunctivas.

Nose: patent, no discharge.

Ears: erythematous TM, no retraction, no bulging

Mouth: very erythematous mucosa; large tonsils with purulent exudate.

Neck: tender submandibular and anterior cervical lymph nodes.

Chest/Lung: clear to auscultation.

Heart: regular rhythm, no murmurs.

Abdomen: deferred.

Back: deferred.

Skin: diffuse sand-paper rash mostly on the trunk.

Genitalia: deferred.

Extremities: deferred.

Neuro: fully alert, no focal deficit.

DIAGNOSIS: 1) Scarlet Fever/ Scarlatina. 2) Pharyngitis, Acute. 3) Fever ,hyperpirexia, pyrexia, chills with fever

MEDICATION:

.- Keflex 250mg/5ml, 5ml twice a day for 7 days; Dispense 100ml; Refill: none

.- Motrin 100mg / 5ml , 7ml every 6 to 8 hours as needed for fever or pain, for 3 days; Dispense 1 bottle; Refill: one

.- Tylenol suspension 160mg/5ml, 4ml every 4 hrs as needed for fever or pain, for 3 days; Dispense 1 bottle; Refill: one

.- Zantac 15 mg/ml, 2ml 2 times per day for 14 days; Dispense 14 days supply; Refill: none

Immunization: none

Laboratories: None

Procedure: none.

Imaging test: 1) Soft tissue neck

Referrals: 1) ENT- Alliance and Hearing Center

Plan: 1) Keep light clothing, do not overdress; provide plenty of fluids, parents may give a bath if temperature is over 102.. 2) A written instruction about medication use was given to patient together with the prescription. 3) A written instruction about medication use was given to patient together with the prescription

Miguel Fuentes, MD