**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ENID BONILLA,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLIZING, INC., ALAN GODIN and DAVE RICHARDS,<br><br>Defendants. | C.A. No. 07-331S |

## ASSENTED TO MOTION FOR AN EXTENSION OF TIME

Defendants Electrolizing, Inc., Alan Godin and Dave Richards, hereby move for a four day extension of their time to file a reply memorandum in further support of their Motion for Summary Judgment. Plaintiff filed her opposition papers. Pursuant to Local Rule 7(b)(2) Defendants' reply memorandum is due, at the earliest, on Monday, July 28, 2008. Defense counsel, however, is unavailable during much, if not all, of the week of July 22, 2008. Adam Ramos became a first-time father on Saturday, July 19, 2008 and is busy with family obligations in the short term. Geoffrey Millsom is in California for most of the week taking depositions on another case pending before this court (*Saccucci Auto Group v. American Honda Motor Co.*, et al., No. 08-121-S). If this motion is granted, Defendants reply memorandum would be due on August 1, 2008.

Plaintiff has consented to this motion.

Dated: Providence, Rhode Island
July 23, 2008

ELECTROLIZING, INC., ALAN GODIN and DAVID RICHARDS,
By their attorneys,

*/s/ Richard R. Beretta*

Richard R. Beretta (#4313)
Geoffrey W. Millsom (#6483)
Adam M. Ramos (#7591)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604/351-4607
rberetta@apslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Assented to Motion for Extension of Time through the ECF system on the 23rd day of July, 2008, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case C.A. No. 07-331-S

*/s/ Richard R. Beretta*

462300_1.doc