UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ENID BONILLA
vs. C.A. No. 07-331S
ELECTROLIZING, INC., ALAN GODIN
and DAVID RICHARDS

DEPOSITION OF ERISSON CARRASCO, a Witness in the above-entitled case, taken on behalf of the Plaintiff, before Linda L. Guglielmo, RPR-RMR, a Notary Public in and for the State of Rhode Island, at the offices of Adler, Pollock & Sheehan, PC, One Citizens Plaza, Providence, Rhode Island on April 25, 2008 at 11:00 A.M.

APPEARANCES:

FOR THE PLAINTIFF.........LAW OFFICE OF MARK GAGLIARDI
BY: MARK P. GAGLIARDI, ESQUIRE
FOR THE DEFENDANTS........ADLER, POLLOCK & SHEEHAN, PC
BY: GEOFFREY W. MILLSOM, ESQ.

ALSO PRESENT: Chris Bejml

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920
401/946-5500

A. Yes, it was in Providence.
Q. How long have you been in Rhode Island?
A. 20 years.
Q. 20 years. Were you born in this country?
A. No.
Q. Where were you born?
A. Dominican Republic.
Q. How far did you get in school?
A. 12th grade.
Q. Graduate high school?
A. No, I didn't finish.
Q. When did you start working at Electrolizing?
A. June 2002.
Q. Where did you work before Electrolizing?
A. Temp agencies, different companies.
Q. Was this your first full-time job?
A. No, they were all full time, but most of the jobs I had only lasted six months, three months.
Q. What kind of work did you do?
A. Well I used to do -- used to work for a company detailing cars, then I used ~~to do logos~~ for the names of clothes.
Q. Tags?
A. Yup.
Q. Who do you report to right now? Who is your

Q. Right now does the company provide family and medical leave to its employees?

A. Yes.

Q. Right now?

A. Yes.

Q. What is your understanding of how that works?

THE WITNESS: Medical insurance?

MR. GAGLIARDI: No, are you talking about health insurance.

A. Yes.

Q. Let me rephrase the question. Are you familiar with the Family Medical Leave Act?

A. No.

Q. What is your understanding of the company's policy if an employee needs time off because of a medical illness, how does that work?

A. Oh, if you don't have vacation, let's say I'm going to be out? It happened to me because they give me the time with some problem. I didn't have the vacation. I had to leave the country, I was bringing my family. They told me to go, no problem, I'll have my job when I come back again.

Q. You had to leave the country to get back to the Dominican Republic?

A. Yes.

Q. Without getting too personal, what was --
A. I was bringing my family, to go to the American Embassy.
Q. You were trying to bring your family to the United States?
A. Yes.
Q. When was this?
A. About five years and a half ago.
Q. You've only been there six years?
A. Six years.
Q. So it was shortly after you started working there?
A. Yes.
Q. How long were you gone for?
A. Three -- I was going to go for one week, but I had to wait for the passports, so I stayed there for three weeks.
Q. You worked for the company?
A. Yes.
Q. I'm trying to understand this. You approached them and said I have to go to the Dominican Republic. They said, okay. You went for three weeks, you came back and they had a job for you?
A. Yes.
Q. Were you terminated and rehired?
A. No.