UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ENID BONILLA
Plaintiff,

v. C.A. NO.: 07-331S

ELECTROLIZING, INC., ALAN GODIN,
and DAVID RICHARDS
Defendants.

DEPOSITION OF ANILSA SORIANO, in the above-entitled cause, taken on behalf of the Defendants, pursuant to notice, before Jane F. Cormier, CSR, a Notary Public in and for the State of Rhode Island, at the offices of Adler Pollock & Sheehan P.C., One Citizens Plaza, Providence, Rhode Island, on Thursday, March 13, 2008, convening at 9:30 a.m.

PRESENT:

FOR THE PLAINTIFF...... LAW OFFICE OF MARK P. GAGLIARDI
BY: MARK P. GAGLIARDI, ESQUIRE

FOR THE DEFENDANTS..... ADLER POLLOCK & SHEEHAN P.C.
BY: JAIME J. LAPORTE, ESQUIRE

day?
A. Um-hmm.
Q. What were your hours when you worked at Electrolizing?
THE WITNESS: Excuse me?
Q. What time did you start in the morning at Electrolizing?
A. Okay. The first time, they asked me for part time. But they said part time for maybe three months. But next week, they saw me, I left after, and they ask me, can you start 8:00 o'clock, please. I said okay. I need money, I need the job. And we had to finish the job maybe 4:00, but sometime I stayed 4:30, because I need a job.
Q. And about what time would you go from the receiving department to the shipping department?
A. Maybe 3:00 o'clock.
Q. And who did you work with in the receiving department?
A. Enid Bonilla.
Q. So, she was the only other person in that department?
A. Yes.
Q. And who did you work with in the shipping department?