**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ENID BONILLA,<br>Plaintiff | : | |
| v. | : | C.A. No. 07-331S |
| ELECTROLIZING, INC.,<br>ALAN GODIN, *alias*,<br>DAVE RICHARDS, *alias*, and<br>any and all defendants,<br>Defendants | : | |

**MOTION FOR CONTINUANCE OF HEARING SCHEDULED FOR SEPTEMBER 3, 2008**

Now comes Enid Bonilla, the Plaintiff in the above-captioned matter, and hereby moves this Honorable Court to continue Defendants' Motion for Summary Judgment currently scheduled for a hearing on September 3, 2008.

As grounds for her motion, Plaintiff states that Attorney Brandon Bell, an integral part of her legal team, will be unavailable to appear in this Court on September 3, 2008 due to two matters in Providence Family Court previously scheduled for the same day (*Blair v. Surani et al.*, C.A. No. P08-0762M and *Miguel Aguileira-Hurtado v. Jennifer Aguileira-Hurtado*, C.A. No. P07-2092). Attorney Bell's matters both involve witnesses and parties from New Mexico and, therefore, he is unable to

reschedule these hearings. Moreover, since the September 3, 2008 hearing could result in the dismissal of all of Plaintiff's claims, Plaintiff states that it is essential that both of her attorneys be present at oral argument.

Plaintiff and Defendants have attempted to consent on an alternative date for the September 3, 2008 hearing, but have been unable to do so. Plaintiff has been informed that, as of the date of the filing of this motion, the Court is available to hear this matter on September 16, 2008 at 10:00 AM. Accordingly, for the reasons already stated, Plaintiff respectfully requests that this matter be continued to September 16, 2008 at 10:00 AM or to any other date and time that this Honorable Court deems appropriate.

Enid Bonilla
By Her Attorneys,

/s/Mark P. Gagliardi (#6819)
LAW OFFICE OF MARK P. GAGLIARDI
111 Wayland Avenue
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)
e-mail: mark@gagliardilaw.net

/s/Brandon S. Bell (#5871)
MCOSKER & BELL LLP
120 Wayland Avenue
Providence, RI 02906
(401) 272-6303
(401) 277-4163 (fax)
e-mail: bbellesq@aol.com

**CERTIFICATION**

I hereby certify that on this **11th** day of **August**, 20**08**, I filed electronically this motion with the Clerk of the U.S. District Court for the District of Rhode Island. The following counsels of record have received notice electronically:

Adam M. Ramos, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
aramos@apslaw.com

Geoffrey W. Millsom, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
gmillsom@apslaw.com

Richard R. Beretta, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
rberetta@apslaw.com

/s/Mark P. Gagliardi